AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.   Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Rhodium JV LLC**
     **c/o Corporation Service Company**
     **251 Little Falls Drive**
     **Wilmington, DE 19808**

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

                 **Henry Pogorzelski**
                 **K&L Gates LLP**
                 **2801 Via Fortuna**
                 **Suite 350**
                 **Austin, TX 78746**

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT
**s/IDELMA RIVERA**
DEPUTY CLERK

**ISSUED ON 2022−01−14 15:11:20**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22–CV–00050–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐  I personally served the summons on the individual at *(place)*_____
   _____on *(date)*_____; or

☐  I left the summons at the individual's resident or usual place of abode with*(name)*_____
   _____, a person of suitable age and discretion who resides there,
   on *(date)*_____, and mailed a copy to the individual's last known address; or

☐  I served the summons on*(name of individual)*_____, who is
   designated by law to accept service of process on behalf of*(name of organization)*_____
   _____ on*(date)*_____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify):_____
   _____
   _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                     _____
                                                              *Server's signature*

                                            _____
                                                              *Printed name and title*

                                            _____
                                                              *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____