AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.  Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Rhodium Shared Services PR Inc.
c/o CT Corporation
361 San Franciso Street, Ste. 4
San Juan, PR 00901
Puerto Rico**

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Henry Pogorzelski
> K&L Gates LLP
> 2801 Via Fortuna
> Suite 350
> Austin, TX 78746**

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT
 **s/IDELMA RIVERA**
DEPUTY CLERK

**ISSUED ON 2022−01−14 15:16:05**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22–CV–00050–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐    I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐    I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐    I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐    I returned the summons unexecuted because _____; or

☐    Other (specify):_____
      _____
      _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                            _____
                                                                                           *Server's signature*

                                                                                      _____
                                                                                      *Printed name and title*

                                                                                      _____
                                                                                     *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____