# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

Midas Green Technologies, LLC

vs.                                          Case No.:  6:22-cv-00050-ADA

Rhodium Enterprises, Inc. et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Benjamin J. Weed__, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __Plaintiff Midas Green Technologies, LLC__ in this case, and

would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

__K&L Gates LLP__ with offices at:

Mailing address: __70 W. Madison Street, Suite 3300__

City, State, Zip Code: __Chicago, IL 60602__

Telephone: __(312) 781-7166__          Facsimile: __(312) 345-1843__

2.      Since __2007__, Applicant has been and presently is a

member of and in good standing with the Bar of the State of __Illinois__.

Applicant's bar license number is __6294052__.

3.      Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| US Dist. Court, Northern Dist. of IL | |
| US Court of Appeals, Federal Circuit | |
| Eastern District of Michigan | |

4.     Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

N/A

5.     I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

court in Case[s]:

Number: 6:20-cv-00564-ADA   on the 30 day of July , 2020 .

Number: 6:20-cv-00661-ADA   on the 22 day of July , 2020 .

Number: 6:20-cv-00663-ADA   on the 22 day of July , 2020 .

6.     Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as

provided:

N/A

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

N/A

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas

and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _Henry Pogorzelski - K&L Gates LLP_

Mailing address: _2801 Via Fortuna, Suite 650_

City, State, Zip Code: _Austin, Texas 78746_

Telephone: _(512) 482-6826_

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of _Benjamin J. Weed_ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Benjamin J. Weed
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _14_ day of _January_, _2022_.

Benjamin J. Weed
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

Midas Green Technologies, LLC

vs.                                                              Case No.:  6:22-cv-00050-ADA

Rhodium Enterprises, Inc. et al


# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Benjamin J. Weed                                    , counsel for

Plaintiff Midas Green Technologies, LLC          , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Benjamin J. Weed                              may appear on behalf of  Plaintiff Midas Green Technologies,

in the above case.

IT IS FURTHER ORDERED that  Benjamin J. Weed                                    , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  January                              , 20_____ .


_____

UNITED STATES DISTRICT JUDGE