UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** | CASE NO. 6:22-CV-00050 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **Rhodium Enterprises, Inc.;** **Rhodium Technologies LLC;** **Rhodium 10mw LLC;** **Rhodium 2.0 LLC;** **Rhodium 30mw LLC;** **Rhodium Encore LLC;** **Rhodium Industries LLC;** **Rhodium JV LLC;** **Rhodium Renewables LLC;** **Rhodium Shared Services LLC;** **Rhodium Shared Services PR Inc.;** **Chase Blackmon;** **Cameron Blackmon; and** **Nathan Nichols**, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF KAT LI

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, and Rhodium Shared Services PR Inc. (together "Rhodium"), and Nathan Nichols (collectively "Defendants") hereby notifies the Court and the Clerk of Court of the appearance of Kat Li of Kirkland & Ellis LLP as counsel on its behalf.  Accordingly, Defendants respectfully requests that Kat Li, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and the Parties' service lists

Dated: January 28, 2022                                   Respectfully submitted,

                                                                   KIRKLAND & ELLIS LLP

                                                                   By:  */s/ Kat Li*
                                                                   Kat Li
                                                                   State Bar No. 24070142
                                                                   kat.li@kirkland.com
                                                                   401 Congress Avenue
                                                                   Austin, TX 78701
                                                                   Telephone:  (512) 678-9100
                                                                   Facsimile:  (512) 678-9101

                                                                   ATTORNEY FOR DEFENDANTS
Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., and Nathan Nichols

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 28, 2022 with a copy of this document via the Court's CM/ECF system.

Respectfully submitted,

By: /s/ *Kat Li*
Kat Li