AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

       V.

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

Civil Action No. **6:22−CV−00050−ADA**

## SUMMONS IN A CIVIL ACTION

TO:   **Rhodium 2.0 LLC**
      **c/o Corporation Service Company**
      **251 Little Falls Drive**
      **Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

             **Henry Pogorzelski**
             **K&L Gates LLP**
             **2801 Via Fortuna**
             **Suite 350**
             **Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/IDELMA RIVERA**
DEPUTY CLERK



ISSUED ON 2022−01−14 15:03:31

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rhodium 2.0 LLC c/o Corporation Service Company

was received by me on *(date)* _____ 01/17/2022 _____     .

□ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____  ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynanne Gares, Litigation Mgmt Services Leader   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium 2.0 LLC at 251 Little

Falls Dr, Wilmington, DE. 19808 @ 12:30pm   on *(date)*   01/21/2022   ; or

□ I returned the summons unexecuted because _____  ; or

□ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____ 01/24/2022 _____

_____
*Server's signature*

Ramona Talvacchio, Private Process Server
_____
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Rhodium 10mw LLC**
**c/o Corportion Services Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Henry Pogorzelski**
> **K&L Gates LLP**
> **2801 Via Fortuna**
> **Suite 350**
> **Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/IDELMA RIVERA**

DEPUTY CLERK



ISSUED ON 2022−01−14 15:04:54

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rhodium 10mw LLC c/o Corporation Service Company

was received by me on *(date)*          01/17/2022          .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynanne Gares, Litigation Mgmt Services Leader   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium 10mw LLC at 251

Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm          on *(date)*   01/21/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     01/24/2022

_____
*Server's signature*

Ramona Talvacchio, Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:   **Rhodium 30mw LLC**
      **c/o Corporation Service Company**
      **251 Little Falls Drive**
      **Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Henry Pogorzelski**
> **K&L Gates LLP**
> **2801 Via Fortuna**
> **Suite 350**
> **Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/IDELMA RIVERA**
DEPUTY CLERK



ISSUED ON 2022−01−14 15:06:12

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rhodium 30mw LLC c/o Corporation Service Company

was received by me on *(date)* _____ 01/ 7/2022 _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☑ I served the summons on *(name of individual)*   Lynanne Gares, Litigation Mgmt Services Leader   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium 30mw LLC at 251

Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm   on *(date)*   01/21/2022   ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____ 01/24/2022 _____

                                   *Server's signature*

                       Ramona Talvacchio, Private Process Server

                                *Printed name and title*

                              1108 Lavaca Street
                              Suite 110-440
                              Austin, Texas 78701

                                    *Server's address*

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA Document 10 Filed 01/14/22 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22-CV-00050-ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: **Rhodium Encore LLC**
**c/o Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Henry Pogorzelski**
**K&L Gates LLP**
**2801 Via Fortuna**
**Suite 350**
**Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/IDELMA RIVERA**

DEPUTY CLERK

ISSUED ON 2022-01-14 15:07:26

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rhodium Encore LLC c/o Corporation Service Company

was received by me on *(date)*          01/17/2022          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynanne Gares, Litigation Mgmt Services Leader    , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium Encore LLC at 251

Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm        on *(date)*      01/21/2022      ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:     01/24/2022                          *Ramona Talvacchio*
                                              _____
                                                     *Server's signature*

                                              Ramona Talvacchio, Private Process Server
                                              _____
                                                     *Printed name and title*

                                                   1108 Lavaca Street
                                                   Suite 110-440
                                                   Austin, Texas 78701
                                              _____
                                                     *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: **Rhodium Enterprises, Inc.**
**c/o Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Henry Pogorzelski**
**K&L Gates LLP**
**2801 Via Fortuna**
**Suite 350**
**Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/IDELMA RIVERA**

DEPUTY CLERK



ISSUED ON 2022−01−14 15:08:46

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*   Rhodium Enterprises LLC c/o Corporation Service Company

was received by me on *(date)*  _____01/17/2022_____  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynanne Gares, Litigation Mgmt Services Leader   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium Enterprises LLC at

251 Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm   on *(date)*   01/21/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/24/2022

*Server's signature*

Ramona Talvacchio, Private Process Server

*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701

*Server's address*

Additional information regarding attempted service, etc:

Case 6:22-CV-00050-ADA   Document 12   Filed 01/14/22   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.                                                           Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:   **Rhodium Industries LLC**
      **c/o Corporation Service Company**
      **251 Little Falls Drive**
      **Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      **Henry Pogorzelski**
      **K&L Gates LLP**
      **2801 Via Fortuna**
      **Suite 350**
      **Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/IDELMA RIVERA**
DEPUTY CLERK



ISSUED ON 2022−01−14 15:10:02

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rhodium Industries LLC c/o Corporation Service Company

was received by me on *(date)* _____01/17/2022_____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynanne Gares, Litigation Mgmt Services Leader   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium Industries LLC at

251 Little Falls Dr, Wilmington, DE  19808 @ 12:30pm    on *(date)* _____01/21/2022_____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____01/24/2022_____

_____
Server's signature

Ramona Talvacchio, Private Process Server
Printed name and title

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Rhodium JV LLC**
 **c/o Corporation Service Company**
 **251 Little Falls Drive**
 **Wilmington, DE 19808**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Henry Pogorzelski
 K&L Gates LLP
 2801 Via Fortuna
 Suite 350
 Austin, TX 78746

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/IDELMA RIVERA**

DEPUTY CLERK

ISSUED ON 2022−01−14 15:11:20

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Rhodium JV LLC c/o Corporation Service Company

was received by me on *(date)* _____ 01/17/2022

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynanne Gares, Litigation Mgmt Services Leader   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium JV LLC at

251 Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm   on *(date)*   01/21/2022   ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____ 01/24/2022

_Ramona Talvacchio_
Server's signature

Ramona Talvacchio, Private Process Server
Printed name and title

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22−CV−00050−ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: **Rhodium Renewables LLC**
    **c/o Corporation Service Company**
    **251 Little Falls Drive**
    **Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Henry Pogorzelski**
        **K&L Gates LLP**
        **2801 Via Fortuna**
        **Suite 350**
        **Austin. TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
_____

CLERK OF COURT

**s/IDELMA RIVERA**
_____

DEPUTY CLERK



ISSUED ON 2022−01−14 15:13:22

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Rhodium Renewable LLC c/o Corporation Service Company

was received by me on *(date)*  _____01/17/2022_____  .

    ❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☑ I served the summons on *(name of individual)*  Lynanne Gares, Litigation Mgmt Services Leader  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Rhodium Renewables LLC at

251 Little Falls Dr, Wilmington, DE  19808 @ 12:30pm  on *(date)*  01/21/2022  ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/24/2022 _____

_____
*Server's signature*

Ramona Talvacchio, Private Process Server
_____
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
_____
*Server's address*

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA   Document 15   Filed 01/14/22   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22–CV–00050–ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:   **Rhodium Shared Services LLC**
      **c/o Corporation Service Company**
      **251 Little Falls Drive**
      **Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Henry Pogorzelski
                    K&L Gates LLP
                    2801 Via Fortuna
                    Suite 350
                    Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/IDELMA RIVERA**

DEPUTY CLERK



ISSUED ON 2022–01–14 15:14:47

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Rhodium Shared Services LLC c/o Corporation Service Co.

was received by me on *(date)* _____ 01/17/2022 _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynanne Gares, Litigation Mgmt Services Leader    , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium Shared Services LLC

at 251 Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm   on *(date)* ____ 01/21/2022 ____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____ 0.00 ____ .

I declare under penalty of perjury that this information is true.

Date: ____ 01/24/2022 ____                    *Ramona Talvacchio*
                                        _____
                                                 *Server's signature*

                                        Ramona Talvacchio, Private Process Server
                                        _____
                                                 *Printed name and title*

                                                 1108 Lavaca Street
                                                 Suite 110-440
                                                 Austin, Texas 78701
                                        _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MIDAS GREEN TECHNOLOGIES, LLC,**
*Plaintiff*

V.

Civil Action No. **6:22-CV-00050-ADA**

**RHODIUM ENTERPRISES, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Rhodium Technologies, LLC**
   **c/o Corporation Service Company**
   **251 Little Falls Drive**
   **Wilmington, DE 19808**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   **Henry Pogorzelski**
   **K&L Gates LLP**
   **2801 Via Fortuna**
   **Suite 350**
   **Austin, TX 78746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/IDELMA RIVERA**

DEPUTY CLERK



ISSUED ON 2022-01-14 15:17:28

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-CV-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rhodium Technologies, LLC c/o Corporation Service Co.

was received by me on *(date)*        01/17/2022            .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*     Lynanne Gares, Litigation Mgmt Services Leader     , who is

designated by law to accept service of process on behalf of *(name of organization)*   Rhodium Technologies, LLC

at 251 Little Falls Dr, Wilmington, DE. 19808 @ 12:30pm   on *(date)*      01/21/2022      ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00          .


I declare under penalty of perjury that this information is true.


Date:      01/24/2022                                     _____
                                                                            *Server's signature*

                                                         Ramona Talvacchio, Private Process Server
                                                         _____
                                                                      *Printed name and title*

                                                                    1108 Lavaca Street
                                                                    Suite 110-440
                                                                    Austin, Texas 78701
                                                         _____
                                                                        *Server's address*


Additional information regarding attempted service, etc: