Case 6:22-cv-00050-ADA Document 4 Filed 01/14/22 Page 1 of 2
Case 6:22-cv-00050-ADA Document 26 Filed 01/31/22 Page 1 of 6
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

MIDAS GREEN TECHNOLOGIES, LLC,
*Plaintiff*

V.            Civil Action No. **6:22−CV−00050−ADA**

RHODIUM ENTERPRISES, INC., ET AL.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Cameron Blackmon
2204 Mistletoe Blvd.
Fort Worth, TX 76110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Henry Pogorzelski
> K&L Gates LLP
> 2801 Via Fortuna
> Suite 350
> Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT
**s/IDELMA RIVERA**
DEPUTY CLERK



ISSUED ON 2022−01−14 14:58:01

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Cameron Blackmon
was received by me on *(date)* January 18th, 2022

☒ I personally served the summons on the individual at *(place)* 2204 Mistletoe Blvd. Fort Worth, TX 76110 on *(date)* January 21, 2022; or at 12:40PM

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: 1/22/21

*Server's signature*

Christopher LaFountain
*Printed name and title*   PSC: 16473
(3-31-23)

3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

MIDAS GREEN TECHNOLOGIES, LLC,
*Plaintiff*

V.

Civil Action No. **6:22-CV-00050-ADA**

RHODIUM ENTERPRISES, INC., ET AL.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Chase Blackmon
     4412 Summercrest Ct.
     Fort Worth, TX 76109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Henry Pogorzelski
> K&L Gates LLP
> 2801 Via Fortuna
> Suite 350
> Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/IDELMA RIVERA
DEPUTY CLERK



ISSUED ON 2022-01-14 15:00:48

Case 6:22-cv-00050-ADA   Document 5   Filed 01/14/22   Page 2 of 2
Case 6:22-cv-00050-ADA   Document 26   Filed 01/31/22   Page 4 of 6
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Chase Blackmon__
was received by me on *(date)* __JAN 18, 2022 12:00pm__

☑ I personally served the summons on the individual at *(place)* __4412 Summercrest Ct. Ft. Worth TEXAS 76109__ on *(date)* __JAN 18, 2022 7:25PM__; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: __JAN 18, 2022__

Curtis Orrick #3118 11-30-23
*Server's signature*

CURTIS ORRICK  PROCESS SERVER
*Printed name and title*

3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

MIDAS GREEN TECHNOLOGIES, LLC,
*Plaintiff*

V.　　　　　　　　　　　　　　　　　　Civil Action No. **6:22-CV-00050-ADA**

RHODIUM ENTERPRISES, INC., ET AL.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:　Nathan Nichols
　　　500 Chris Kelley Blvd.
　　　Hutto, TX 78634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　Henry Pogorzelski
　　　　　K&L Gates LLP
　　　　　2801 Via Fortuna
　　　　　Suite 350
　　　　　Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/IDELMA RIVERA**
DEPUTY CLERK



ISSUED ON 2022-01-14 15:02:11

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nathan Nichols

was received by me on *(date)* 01/17/2022 .

☑ I personally served the summons on the individual at *(place)* 500 Chris Kelley Blvd, Apt. 1302, Hutto, Texas 78634 @ 5:01pm on *(date)* 01/21/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/23/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701

*Server's address*

Additional information regarding attempted service, etc: