AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

MIDAS GREEN TECHNOLOGIES, LLC,
*Plaintiff*

V.  Civil Action No. **6:22-CV-00050-ADA**

RHODIUM ENTERPRISES, INC., ET AL.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: Rhodium Shared Services PR Inc.
c/o CT Corporation
361 San Franciso Street, Ste. 4
San Juan, PR 00901
Puerto Rico

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Henry Pogorzelski
K&L Gates LLP
2801 Via Fortuna
Suite 350
Austin, TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT
s/IDELMA RIVERA
DEPUTY CLERK

ISSUED ON 2022-01-14 15:16:05

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22–CV–00050–ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Rhodium Shared Services PR, Inc. c/o CT Corporation was received by me on *(date)* 1/19/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Elizabeth Gutierrez , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation, Ledo. Federico Calg on *(date)* 1/28/2022 ; or 1:15 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty that this information is true.

Date: 1/28/2022

_____
Server's signature

SILVIA MARIA ARIAS - PROCESS SERVER
*Printed name and title*

404 ave de la Constitucion
Suite 708
San Juan, PR 00901
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

RECEIVED
JAN 28 2022
REICHARD & CALAF P.S.C.
1:10 pm