UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Midas Green Technologies, LLC

vs.

Rhodium Enterprises, et al

Case No.: 6:22-cv-00050

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Nicholas F. Lenning, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Midas Green Technologies, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) K&L Gates, LLP with offices at:

   Mailing address: 925 Fourth Avenue, Suite 2900
   City, State, Zip Code: Seattle, WA 98104
   Telephone: (206) 623-7580   Facsimile: (206) 623-7022

2. Since February 27, 2019, Applicant has been and presently is a member of and in good standing with the Bar of the State of Washington. Applicant's bar license number is 54740.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC District of Columbia | 04/01/2013 |
   | USDC Western Dist. of Washington | 11/04/2019 |
   | US Court of Appeals, Federal Circuit | 11/18/2019 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:20-cv-00564-ADA   on the 17   day of July   , 2020  .
   Number: _____   on the ___   day of _____, ___  .
   Number: _____   on the ___   day of _____, ___  .

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Henry Pogorzelski - K&L Gates, LLP

Mailing address: 2801 Via Fortuna, Suite 650

City, State, Zip Code: Austin, Texas 75746

Telephone: (512) 482-6826

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Nicholas F. Lenning to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Nicholas F. Lenning
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14 day of January, 2022.

Nicholas F. Lenning
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Midas Green Technologies, LLC

vs.                                                    Case No.: 6:22-cv-00050

Rhodium Enterprises, et al

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Nicholas F. Lenning , counsel for  Plaintiff Midas Green Technologies, LLC , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Nicholas F. Lenning  may appear on behalf of  Plaintiff Midas Green Technologies,  in the above case.

IT IS FURTHER ORDERED that  Nicholas F. Lenning , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  January , 20_____.

_____
UNITED STATES DISTRICT JUDGE