**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| Midas Green Technologies, LLC | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 6:22-cv-0050 |
| | § | |
| Rhodium Enterprises, Inc., et al | § | |
| | § | |
| Defendant | § | |

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Midas Green Technologies, LLC and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

Dated: February 4, 2022

Respectfully submitted,

*/s/ Michael Smith*

Michael C. Smith
State Bar No. 18650410
Scheef & Stone, LLP
113 E. Austin Street
Marshall, Texas 75670
Office: (903) 938-8900
michael.smith@solidcounsel.com

COUNSEL FOR MIDAS GREEN
TECHNOLOGIES, LLC