UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon; and**<br>**Nathan Nichols**,<br><br>Defendants. | CASE NO. 6:22-CV-00050<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE

Pursuant to the Court's August 11, 2021 Standing Order, Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, and Rhodium Shared Services PR Inc. (together "Rhodium"), and Nathan Nichols (collectively "Defendants"), hereby submit this Notice of Unopposed Request to Change Deadline to answer or otherwise respond to Midas Green Technologies, LLC's Complaint for Patent Infringement (Dkt. # 1). Defendants seek an extension up to and including March 28, 2022, representing a 38-day extension for Rhodium

Shared Services PR Inc., and a 45-day extension for the other Rhodium defendants and Nathan Nichols. Plaintiff has confirmed that it is not opposed to the extension of time.

Dated: February 4, 2022

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ Kat Li
Kat Li
State Bar No. 24070142
kat.li@kirkland.com
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101

ATTORNEY FOR DEFENDANTS
Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., and Nathan Nichols

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(i), counsel for Defendant conferred with counsel for Plaintiff regarding the notice for extension of time by electronic mail on February 2, 2022. Counsel for Plaintiff does not oppose this notice and the extension sought hereby.

/s/ Kat Li
Kat Li

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 4, 2022 with a copy of this document via the Court's CM/ECF system.

Respectfully submitted,

By: /s/ Kat Li
Kat Li