UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC**; <br> **Rhodium Encore LLC**; <br> **Rhodium Industries LLC**; <br> **Rhodium JV LLC**; <br> **Rhodium Renewables LLC**; <br> **Rhodium Shared Services LLC**; <br> **Rhodium Shared Services PR Inc.**; <br> **Chase Blackmon;** <br> **Cameron Blackmon;** and <br> **Nathan Nichols**, <br><br>     Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE

Pursuant to the Court's August 11, 2021 Standing Order, Plaintiff Midas Green Technologies, LLC hereby submits this notice, at the request of counsel for Defendants Chase Blackmon and Cameron Blackmon, to extend the deadlines for Chase Blackmon and Cameron Blackmon to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement (Dkt. 1). Defendants Chase Blackmon and Cameron Blackmon seek an extension up to and including March 28, 2022, which represents a 48 day extension for Chase Blackmon and a 45 day extension for Cameron Blackmon. Plaintiff does not oppose this extension of time.

1

Dated: February 9, 2022

                                                Respectfully submitted,

                                                /s/ *draft*
                                                Henry M. Pogorzelski
                                                Texas Bar No. 24007852
                                                K&L Gates LLP
                                                2801 Via Fortuna, Suite 650
                                                Austin, Texas 78746
                                                Telephone: (512) 482-6800
                                                Fax: (512) 482-6859
                                                henry.pogorzelski@klgates.com

                                                Counsel for Plaintiff
                                                Midas Green Technologies, LLC

CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on February 9, 2022 with a copy of this document via the Court's CM/ECF system.

                                                /s/ *draft*
                                                Henry M. Pogorzelski