# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** | ) |
| Plaintiffs, | ) ) ) Case No. 6:22-cv-00050-ADA |
| - vs. - | ) ) **Jury Trial Demanded** |
| **Rhodium Enterprise, Inc.;** <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC;** <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC;** <br> **Rhodium Encore LLC;** <br> **Rhodium Industries LLC;** <br> **Rhodium JV LLC;** <br> **Rhodium Renewables LLC;** <br> **Rhodium Shared Services LLC;** <br> **Rhodium Shared Services PR Inc.;** <br> **Chase Blackmon;** <br> **Cameron Blackmon;** and <br> **Nathan Nichols,** | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF KAT LI

Defendants Chase Blackmon and Cameron Blackmon (collectively "Defendants") hereby notifies the Court and the Clerk of Court of the appearance of Kat Li of Kirkland & Ellis LLP as counsel on its behalf. Accordingly, Defendants respectfully requests that Kat Li, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and the Parties' service lists

DATED: March 18, 2022                             Respectfully submitted,

                                                              */s/ Kat Li*

Kat Li
State Bar No. 258913
Kat.Li@kirkland.com
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9167
Facsimile:   (512) 678-9101

Attorneys for Defendants
Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Nathan Nichols, Chase Blackmon and Cameron Blackmon.

## **CERTIFICATE OF SERVICE**

I, Kat Li an attorney, hereby certify that on March 18, 2022, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED:  March 18, 2022

                                         */s/ Kat Li*
                                         Kat Li