IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** | ) |
| Plaintiff, | ) |
| - vs. - | ) Case No. 6:22-cv-00050-ADA |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) **Jury Trial Demanded** |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10mw LLC;** | ) |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30mw LLC;** | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Industries LLC;** | ) |
| **Rhodium JV LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Shared Services LLC;** | ) |
| **Rhodium Shared Services PR Inc.;** | ) |
| **Chase Blackmon;** | ) |
| **Cameron Blackmon;** and | ) |
| **Nathan Nichols,** | ) |
| Defendants. | ) |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1 (a)(3)(D), and LR 81.2, Defendants, Rhodium Enterprises, Inc., et al., hereby disclose that:

- Rhodium Enterprises, Inc. is the parent of Rhodium Technologies LLC;

- Rhodium Technologies LLC is the parent of Rhodium Renewables LLC; Rhodium Shared Services LLC; Rhodium Industries LLC; Rhodium JV LLC; Rhodium 10mw LLC; Rhodium 2.0 LLC; Rhodium 30mw LLC; and Rhodium Encore LLC;

- Rhodium JV LLC is the parent of Rhodium 10mw LLC; Rhodium 2.0 LLC; Rhodium 30mw LLC; and Rhodium Encore LLC;

- Rhodium Shared Services LLC is the parent of Rhodium Shared Services PR Inc; and

- There are no publicly held corporations that own 10% or more of the stock in Rhodium Enterprises, Inc.; Rhodium Technologies LLC; Rhodium 10mw LLC; Rhodium 2.0 LLC; Rhodium 30mw LLC; Rhodium Encore LLC; Rhodium Industries LLC; Rhodium JV LLC; Rhodium Renewables LLC; Rhodium Shared Services LLC; or Rhodium Shared Services PR Inc.

In addition, below is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

1. Plaintiff: Midas Green Technologies, LLC.

2. Defendants: Rhodium Enterprises, Inc.; Rhodium Technologies LLC; Rhodium 10mw LLC; Rhodium 2.0 LLC; Rhodium 30mw LLC; Rhodium Encore LLC; Rhodium Industries LLC; Rhodium JV LLC; Rhodium Renewables LLC; Rhodium Shared Services LLC; Rhodium Shared Services PR Inc.; Chase Blackmon; Cameron Blackmon; Nathan Nichols.

3. Imperium Investments Holdings LLC.

DATED: March 21, 2022

Respectfully submitted,

*/s/ Kat Li*

Kat Li
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9167
Facsimile: (512) 678-9101

Attorneys for Defendants
Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, and Nathan Nichols

## **CERTIFICATE OF SERVICE**

      I, Kat Li, an attorney, hereby certify that on March 21, 2022, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system upon all counsel of record.

DATED:  March 21, 2022

                                                      */s/ Kat Li*
                                                      Kat Li