### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
**Please Choose Division**

MIDAS GREEN TECHNOLOGIES, LLC,
- VS. -
RHODIUM ENTERPRISE, INC.; RHODIUM TECHNOLOGIES LLC;
RHODIUM 10MW LLC; RHODIUM 2.0 LLC; RHODIUM 30MW
LLC; RHODIUM ENCORE LLC; RHODIUM INDUSTRIES LLC;
RHODIUM JV LLC; RHODIUM RENEWABLES LLC; RHODIUM
SHARED SERVICES LLC; RHODIUM SHARED SERVICES PR
INC.; CHASE BLACKMON; CAMERON BLACKMON; AND
NATHAN NICHOLS,

Case No. 6:22-cv-00050-ADA

### MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Benjamin Allen Herbert_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent _____Rhodium Enterprise, Inc. et al._____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    _____Kirkland & Ellis LLP_____ with offices at:

    Mailing address: _____555 S. Flower Street, Suite 3700_____

    City, State, Zip Code: _____Los Angeles, CA 90071_____

    Telephone: __(213) 680-8577__     Facsimile: __(213) 680-8500__

2.  Since _____07/07/2011_____, Applicant has been and presently is a

    member of and in good standing with the Bar of the State of _____California_____.

    Applicant's bar license number is _____277356_____.

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| California State Court | 07/07/2011 |
| US Court of Appeals, Federal Circuit | 08/10/2012 |
| See Attached Additional Courts | |

3. Additional Court Admissions

| Court | Admission Date | Active or Inactive |
|---|---|---|
| US Court of Appeals, Ninth Circuit | 5/15/2020 | Active |
| US District Court, CDCA | 2/24/2014 | Active |
| US District Court, NDCA | 12/22/2017 | Active |
| US District Court, SDCA | 10/25/2013 | Active |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

        N/A

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

        Number: _____ on the _____ day of _____, _____.

        Number: _____ on the _____ day of _____, _____.

        Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

        N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

        N/A

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: _____ Kat Li _____

Mailing address: _____ 401 Congress Avenue _____

City, State, Zip Code: _____ Austin, TX 78701 _____

Telephone: _____ 5 l2-67 8-9 l00 _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ Benjamin Allen Herbert _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Benj amin Allen Herbert

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of

record and the original upon the Clerk of Court on this the 21st day of _____ March _____, 2022.

Benj amin Allen Herbert

[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

### Please Choose Division

MIDAS GREEN TECHNOLOGIES, LLC,
- VS. -
RHODIUM ENTERPRISE, INC.; RHODIUM TECHNOLOGIES
LLC; RHODIUM 10MW LLC; RHODIUM 2.0 LLC; RHODIUM
30MW LLC; RHODIUM ENCORE LLC; RHODIUM
INDUSTRIES LLC; RHODIUM JV LLC; RHODIUM
RENEWABLES LLC; RHODIUM SHARED SERVICES LLC;
RHODIUM SHARED SERVICES PR INC.; CHASE
BLACKMON; CAMERON BLACKMON; AND NATHAN
NICHOLS,

Case No.: 6:22-cv-00050

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _____Benjamin Allen Herbert_____, counsel for

_____Rhodium Enterprise, Inc. et al._____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_____Benjamin Allen Herbert_____ may appear on behalf of _____Rhodium Enterprise, Inc. et al._____

in the above case.

IT IS FURTHER ORDERED that _____Benjamin Allen Herbert_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____March_____, 20__22__.

_____

Please Choose Judge