UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

MIDAS GREEN TECHNOLOGIES, LLC,
- VS. -
RHODIUM ENTERPRISE, INC.; RHODIUM TECHNOLOGIES LLC; RHODIUM 10MW LLC; RHODIUM 2.0 LLC; RHODIUM 30MW LLC; RHODIUM ENCORE LLC; RHODIUM INDUSTRIES LLC; RHODIUM JV LLC; RHODIUM RENEWABLES LLC; RHODIUM SHARED SERVICES LLC; RHODIUM SHARED SERVICES PR INC.; CHASE BLACKMON; CAMERON BLACKMON; AND NATHAN NICHOLS,

Case No.: 6:22-cv-00050

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Gianni Cutri , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Rhodium Enterprise, Inc. et al.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Kirkland & Ellis LLP with offices at:

   Mailing address: 300 North La Salle

   City, State, Zip Code: Chicago, IL 60654

   Telephone: (312) 862-2000    Facsimile: (312) 862-2200

2. Since 11/9/2000, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6272109.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Illinois State Court | 11/9/2000 |
| US Court of Federal Claims | 8/1/2001 |
| See Attached Additional Courts | |

3.

Additional Court Admissions

| Court | Admission Date | Active or Inactive |
|---|---|---|
| US District Court, NDIL | April 29, 2003 | Active |
| US District Court, EDTX | March 2, 2011 | Active |
| US Court of Appeals, Federal | November 16, 2011 | Active |
| US Court of Appeals, Seventh Circuit | February 10, 2012 | Active |
| US District Court, NDIL, Trial Bar | July 12, 2013 | Active |
| US District Court, CDIL | January 15, 2019 | Active |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 13-cv-0116 on the 24 day of January, 2017.

Number: 05-cv-0008 on the 28 day of February, 2005.

Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kat Li

Mailing address: 401 Congress Avenue

City, State, Zip Code: Austin, TX 78701

Telephone: 512-678-9100

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Gianni Cutri to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Gianni Cutri
[printed name of Applicant]

/s/ Gianni Cutri
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21st day of March, 2022.

Gianni Cutri
[printed name of Applicant]

/s/ Gianni Cutri
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Please Choose Division

MIDAS GREEN TECHNOLOGIES, LLC,
- VS. -
RHODIUM ENTERPRISE, INC.; RHODIUM TECHNOLOGIES LLC; RHODIUM 10MW LLC; RHODIUM 2.0 LLC; RHODIUM 30MW LLC; RHODIUM ENCORE LLC; RHODIUM INDUSTRIES LLC; RHODIUM JV LLC; RHODIUM RENEWABLES LLC; RHODIUM SHARED SERVICES LLC; RHODIUM SHARED SERVICES PR INC.; CHASE BLACKMON; CAMERON BLACKMON; AND NATHAN NICHOLS,

Case No.: 6:22-cv-00050

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _____Gianni Cutri_____, counsel for _____Rhodium Enterprise, Inc. et al._____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _____Gianni Cutri_____ may appear on behalf of _____Rhodium Enterprise, Inc. et al._____ in the above case.

IT IS FURTHER ORDERED that _____Gianni Cutri_____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____March_____, 20_22_.

_____
Please Choose Judge