IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>       Plaintiffs,<br><br>   - vs. -<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon;** and<br>**Nathan Nichols,**<br><br>       Defendants. | Case No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Having considered of Defendants' Motion to Dismiss Plaintiff's Complaint, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint is hereby granted.

 SO ORDERED

Dated: _____

_____
Honorable Judge Alan D. Albright
UNITED STATES DISTRICT COURT JUDGE