UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**MIDAS GREEN TECHNOLOGIES, LLC**

v.  Case No.: 6:22-cv-00050-ADA

**RHODIUM ENTERPRISES, INC. ET AL**

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Ashley Ross** ("Applicant"), counsel for **Cameron Blackmon, Chase Blackmon, Nathan Nichols, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Enterprises, Inc., Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Rhodium Technologies, LLC**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Cameron Blackmon, Chase Blackmon, Nathan Nichols, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Enterprises, Inc., Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Rhodium Technologies, LLC** in the above case.

IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

IT IS FURTHER ORDERED that if the corresponding Motion for Admission *Pro Hac Vice* was e-filed, the attorney who filed the Motion on behalf of the Applicant is **directed** to notify the Applicant of this order.

IT IS FINALLY ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order, **if he/she has not previously done so on**

**a prior case in this District**.

SIGNED this the 18th day of July, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE