# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § § | |
| vs. | § § § | NO:  WA:22-CV-00050-ADA |
| RHODIUM ENTERPRISES, INC., RHODIUM TECHNOLOGIES, LLC, RHODIUM 10MW LLC, RHODIUM 2.0 LLC, RHODIUM 30MW LLC, RHODIUM ENCORE LLC, RHODIUM INDUSTRIES LLC, RHODIUM JV LLC, RHODIUM RENEWABLES LLC, RHODIUM SHARED SERVICES LLC, RHODIUM SHARED SERVICES PR INC., CHASE BLACKMON, CAMERON BLACKMON, NATHAN NICHOLS | | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on December 13, 2022  at  01:30 PM.

IT IS SO ORDERED this 9th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE