# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00050-ADA |
| | § | |
| RHODIUM ENTERPRISES, INC., RHODIUM TECHNOLOGIES, LLC, RHODIUM 10MW LLC, RHODIUM 2.0 LLC, RHODIUM 30MW LLC, RHODIUM ENCORE LLC, RHODIUM INDUSTRIES LLC, RHODIUM JV LLC, RHODIUM RENEWABLES LLC, RHODIUM SHARED SERVICES LLC, RHODIUM SHARED SERVICES PR INC., CHASE BLACKMON, CAMERON BLACKMON, NATHAN NICHOLS | § | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Tuesday, December 13, 2022 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 19th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE