# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MIDAS GREEN TECHNOLOGIES, LLC,** | § § § § | |
| *Plaintiff,* | § § | 6:22-cv-00050-ADA |
| -v- | § § § | |
| **RHODIUM ENTERPRISES, INC.** *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER VACATING APPOINTMENT OF TECHNICAL ADVISOR

The appointment of Darryl J. Adams to serve as a technical advisor (ECF No. 56) is hereby vacated.

**SIGNED** this 20th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE