UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § § | |
| vs. | § § § | NO: WA:22-CV-00050-ADA |
| RHODIUM ENTERPRISES, INC., RHODIUM TECHNOLOGIES, LLC, RHODIUM 10MW LLC, RHODIUM 2.0 LLC, RHODIUM 30MW LLC, RHODIUM ENCORE LLC, RHODIUM INDUSTRIES LLC, RHODIUM JV LLC, RHODIUM RENEWABLES LLC, RHODIUM SHARED SERVICES LLC, RHODIUM SHARED SERVICES PR INC., CHASE BLACKMON, CAMERON BLACKMON, NATHAN NICHOLS | § | |

## **ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM for purposes of limited referral on Monday November 07, 2022 at 10:00 AM before the Honorable Derek T. Gilliland. The Zoom hearing may be accessible by the attorneys of record at the following link:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09.

SIGNED this 4th day of November, 2022.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE