

November 7, 2022

**_Via Hand Delivery_**
U.S. District Court Clerk
Western District of Texas, Waco Division
800 Franklin Avenue, Room 301
Waco, Texas 76701

  Re: TXWD Case No. 6:22-cv-0050-ADA; Midas Green Technologies, LLC v. Rhodium Enterprises, Inc. et al

Dear Clerk:

  Please find enclosed two hardcopies of the Second Amended Complaint for Patent Infringement and exhibits delivered via Courier to your office for manual filing today in the above referenced action in this Court. Please return a date stamped copy with the Courier for our records.

  The Second Amended Compliant adds the following parties to the lawsuit:

- **Rhodium 2.0 Sub LLC;**
- **Rhodium Encore Sub LLC;**
- **Rhodium Renewables Sub LLC;**
- **Rhodium Ready Ventures LLC;**
- **Rhodium 10MW Sub LLC;**
- **Rhodium 30MW Sub LLC;**
- **i Ventures Enterprises LLC (fka Energy Tech LLC);**
- **Air HPC LLC;**
- **Jordan HPC LLC;** and
- **Jordan HPC Sub LLC.**

  Should you have any questions or need more information, please feel free to reach our office.

          Sincerely,

          Henry Pogorzelski

HMP/aml
Enclosure