AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Midas Green Technologies, LLC <br> *Plaintiff(s)* <br> v. <br> Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al <br> *Defendant(s)* | Civil Action No. 6:22-cv-00050-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Air HPC LLC
c/o CSC
211 E. 7th Street, 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022

Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Air HPC LLC c/o Corporation Service Company

was received by me on *(date)*  11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm  on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  11/13/2022

Server's signature

Chris Dathe, PSC-6008, Certified Private Process Server
Printed name and title

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701

Server's address

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA   Document 64   Filed 11/09/22   Page 3 of 20
Case 6:22-cv-00050-ADA   Document 65   Filed 11/16/22   Page 3 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Midas Green Technologies, LLC )
)
Plaintiff(s) )
v. ) Civil Action No. 6:22-cv-00050-ADA
)
Rhodium Enterprises, Inc. Rhodium Technologies, )
LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, )
Rhodium 30mw LLC, Rhodium Encore LLC, )
Rhodium Industries LLC, et al )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

i Ventures Enterprises LLC (fka Energy Tech LLC)
c/o CSC
211 E. 7th Street, Ste 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* i Ventures Enterprises LLC c/o Corporation Service Company
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm  on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

_____
Server's signature

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Midas Green Technologies, LLC  )
*Plaintiff(s)*  )
v.  )  Civil Action No. 6:22-cv-00050-ADA
Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al  )
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jordan HPC LLC
c/o CSC
211 E. 7th Street, 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Jordan HPC LLC c/o Corporation Service Company
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Midas Green Technologies, LLC

*Plaintiff(s)*

v.

Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al

*Defendant(s)*

Civil Action No. 6:22-cv-00050-ADA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jordan HPC Sub LLC
c/o CSC
211 E. 7th Street, 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Jordan HPC Sub LLC c/o Corporation Service Company
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701

*Server's address*

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA   Document 64   Filed 11/09/22   Page 9 of 20
Case 6:22-cv-00050-ADA   Document 65   Filed 11/16/22   Page 9 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Texas

| | |
|---|---|
| Midas Green Technologies, LLC <br> *Plaintiff(s)* <br> v. <br> Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al <br> *Defendant(s)* | Civil Action No. 6:22-cv-00050-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rhodium 2.0 Sub LLC
c/o CSC
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022



*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rhodium 2.0 Sub LLC c/o Corporation Service Company
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Midas Green Technologies, LLC<br>*Plaintiff(s)*<br>v.<br>Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al<br>*Defendant(s)* | Civil Action No. 6:22-cv-00050-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rhodium 10MW Sub LLC
c/o CSC
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022



*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rhodium 10MW Sub LLC c/o Corporation Service Company
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA   Document 64   Filed 11/09/22   Page 13 of 20
Case 6:22-cv-00050-ADA   Document 65   Filed 11/16/22   Page 13 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Midas Green Technologies, LLC )
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 6:22-cv-00050-ADA
)
Rhodium Enterprises, Inc. Rhodium Technologies, )
LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, )
Rhodium 30mw LLC, Rhodium Encore LLC, )
Rhodium Industries LLC, et al )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rhodium 30MW Sub LLC
c/o CSC
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022



*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rhodium 30MW Sub LLC c/o Corporation Service Company was received by me on *(date)* 11/10/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Midas Green Technologies, LLC <br> *Plaintiff(s)* <br> v. <br> Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al <br> *Defendant(s)* | Civil Action No. 6:22-cv-00050-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rhodium Encore Sub LLC
c/o CSC
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022

*Signature of Clerk / Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rhodium Encore Sub LLC c/o Corporation Service Company was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701

*Server's address*

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA    Document 64    Filed 11/09/22    Page 17 of 20
Case 6:22-cv-00050-ADA    Document 65    Filed 11/16/22    Page 17 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Midas Green Technologies, LLC )
)
Plaintiff(s) )
v. ) Civil Action No. 6:22-cv-00050-ADA
)
Rhodium Enterprises, Inc. Rhodium Technologies, )
LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, )
Rhodium 30mw LLC, Rhodium Encore LLC, )
Rhodium Industries LLC, et al )
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Rhodium Ready Ventures LLC
c/o CSC
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022



Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Rhodium Ready Ventures LLC c/o Corporation Service Co.
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

Case 6:22-cv-00050-ADA   Document 64   Filed 11/09/22   Page 19 of 20
Case 6:22-cv-00050-ADA   Document 65   Filed 11/16/22   Page 19 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Midas Green Technologies, LLC<br>*Plaintiff(s)*<br>v.<br>Rhodium Enterprises, Inc. Rhodium Technologies, LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, et al<br>*Defendant(s)* | Civil Action No. 6:22-cv-00050-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rhodium Renewables Sub LLC
c/o CSC
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry Pogorzelski
K&L Gates, LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Henry.Pogorzelski@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/10/2022



*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00050-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rhodium Renewables Sub LLC c/o Corporation Service Co.
was received by me on *(date)* 11/10/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross-Intake Agent for Corp. Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
at 211 E 7th, Suite 620, Austin, TX. 78701 @ 12:45pm  on *(date)* 11/11/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2022

*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc: