## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.**; **Rhodium Technologies LLC**; **Rhodium 10mw LLC**; **Rhodium 2.0 LLC**; **Rhodium 30mw LLC**; **Rhodium Encore LLC**; **Rhodium Industries LLC**; **Rhodium JV LLC**; **Rhodium Renewables LLC**; **Rhodium Shared Services LLC**; **Rhodium Shared Services PR Inc.**; **Chase Blackmon**; **Cameron Blackmon**; **Nathan Nichols**, and **Rhodium 2.0 Sub LLC**; **Rhodium Encore Sub LLC**; **Rhodium Renewables Sub LLC**; **Rhodium Ready Ventures LLC**; **Rhodium 10MW Sub LLC**; **Rhodium 30MW Sub LLC**; **i Ventures Enterprises LLC (fka Energy Tech LLC)**; **Air HPC LLC**; **Jordan HPC LLC**; and **Jordan HPC Sub LLC.** | |
| Defendants. | |

## JOINT NOTICE FOR ENTRY OF AMENDED SCHEDULING ORDER

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw

LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC,

Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, Nathan Nichols, Rhodium 2.0 Sub LLC, Rhodium Encore Sub LLC, Rhodium Renewables Sub LLC, Rhodium Ready Ventures LLC, Rhodium 10MW Sub LLC, Rhodium 30MW Sub LLC, i Ventures Enterprises LLC (fka Energy Tech LLC), Air HPC LLC, Jordan HPC LLC, and Jordan HPC Sub LLC (collectively "Defendants") and Plaintiff Midas Green Technologies, LLC ("Midas") hereby file this joint notice for entry of amended scheduling order in the above-captioned matter.  Defendants and Midas file this joint notice to reflect an agreement by both parties to amend the due date for final invalidity contentions to be due on December 6, 2022.

DATED: November 17, 2022                     Respectfully submitted,


*/s/ Michael C. Smith*                       */s/ Kat Li*
Michael C. Smith                            Kat Li
Texas Bar 18650410                          State Bar No. 24070142
SCHEEF & STONE, LLP                         KIRKLAND & ELLIS LLP
113 East Austin Street                      401 Congress Avenue
Marshall, Texas 75670                       Austin, TX 78701
Telephone: (903) 938-8900                   Telephone:  (512) 678-9100
michael.smith@solidcounsel.com              Facsimile:  (512) 678-9101
                                            kat.li@kirkland.com

Henry M. Pogorzelski                        Benjamin A. Herbert (*Admitted Pro Hac*
Texas Bar No. 24007852                      *Vice*)
K&L GATES LLP                               California State Bar No. 277356
2801 Via Fortuna, Suite 650                 KIRKLAND & ELLIS LLP
Austin, Texas 78746                         555 S. Flower St.
Telephone: (512) 482-6800                   Los Angeles, CA 90071
Fax: (512) 482-6859                         Telephone:  (213) 680-8400
Henry.pogorzelski@klgates.com               Facsimile: (213) 680-8500
                                            benjamin.herbert@kirkland.com

Nicholas F. Lenning (*admitted p.h.v.*)
Ruby A. Nagamine (*admitted p.h.v.*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 370-6685
Fax: (206) 370-6006
nicholas.lenning@klgates.com


James A. Shimota  (*admitted p.h.v.*)
Gina A. Johnson  (*admitted p.h.v.*)
Benjamin E. Weed  (*admitted p.h.v.*)
K&L GATES LLP
70 WEST Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
gina.johnson@klgates.com
benjamin.weed@klgates.com

*Counsel for Plaintiff*
Midas Green Technologies, LLC

Gianni Cutri (*Admitted Pro Hac Vice*)
Illinois State Bar No. 6272109
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
gianni.cutri@kirkland.com

Ashley L.B. Ross
New York State Bar No. 5303706
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4600
ashley.ross@kirkland.com

*Attorneys for Defendants*
Rhodium Enterprises, Inc., Rhodium
Technologies LLC, Rhodium 10mw LLC,
Rhodium 2.0 LLC, Rhodium 30mw LLC,
Rhodium Encore LLC, Rhodium Industries
LLC, Rhodium JV LLC, Rhodium
Renewables LLC, Rhodium Shared Services
LLC, Rhodium Shared Services PR Inc.,
Chase Blackmon, Cameron Blackmon,
Nathan Nichols, and Rhodium 2.0 Sub LLC,
Rhodium Encore Sub LLC, Rhodium
Renewables Sub LLC, Rhodium Ready
Ventures LLC, Rhodium 10MW Sub LLC,
Rhodium 30MW Sub LLC;
i Ventures Enterprises LLC (fka Energy Tech
LLC), Air HPC LLC, Jordan HPC LLC, and
Jordan HPC Sub LLC.

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on November 17, 2022 with a copy of this document via the Court's CM/ECF system.

             */s/ Kat Li*    
             Kat Li