## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** ) | |
| ) | |
| Plaintiff, ) | Case No. 6:22-cv-00050-ADA |
| ) | |
| - vs. - ) | **Jury Trial Demanded** |
| ) | |
| **Rhodium Enterprises, Inc.;** ) | |
| **Rhodium Technologies LLC;** ) | |
| **Rhodium 10mw LLC;** ) | **ORAL ARGUMENT** |
| **Rhodium 2.0 LLC;** ) | **REQUESTED** |
| **Rhodium 30mw LLC;** ) | |
| **Rhodium Encore LLC;** ) | |
| **Rhodium Industries LLC;** ) | |
| **Rhodium JV LLC;** ) | |
| **Rhodium Renewables LLC;** ) | |
| **Rhodium Shared Services LLC;** ) | |
| **Rhodium Shared Services PR Inc.;** ) | |
| **Chase Blackmon;** ) | |
| **Cameron Blackmon;** ) | |
| **Nathan Nichols;** ) | |
| **Rhodium 2.0 Sub LLC;** ) | |
| **Rhodium Encore Sub LLC;** ) | |
| **Rhodium Renewables Sub LLC;** ) | |
| **Rhodium Ready Ventures LLC;** | |
| **Rhodium 10MW Sub LLC;** | |
| **Rhodium 30MW Sub LLC;** | |
| **I Ventures Enterprises LLC (fka Energy Tech LLC);** | |
| **Air HPC LLC;** | |
| **Jordan HPC LLC; and** | |
| **Jordan HPC Sub LLC.** | |
| | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Having considered of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's

Second Amended Complaint is hereby granted.

**SO ORDERED**

Dated: _____

_____
Honorable Judge Alan D. Albright
UNITED STATES DISTRICT COURT JUDGE