## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| Midas Green Technologies, LLC | ) ) | |
| Plaintiff, | ) ) | Case No. 6:22-cv-00050-ADA |
| v. | ) ) | |
| Rhodium Enterprises, Inc., et al. | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF MIDAS GREEN TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Midas Green Technologies, LLC ("Plaintiff") hereby files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Benjamin Weed and Gina Johnson of K&L Gates LLP be permitted to withdraw as counsel of record for Plaintiff in the above-captioned action. Plaintiff will continue to be represented by counsel of the firms K&L Gates LLP and Scheef & Stone, LLP.

Granting this Motion will cause no prejudice to any party, or delay in this matter. Defendants do not oppose this withdrawal.

1

Dated: December 20, 2022								Respectfully submitted,

											By:  */s/ Benjamin E. Weed*
											Benjamin E. Weed (*admitted pro hac vice*)
											benjamin.weed@klgates.com
											Gina A. Johnson, (*admitted pro hac vice*)
											gina.johnson@klgates.com
											**K&L GATES LLP**
											70 West Madison Street, Suite 3100
											Chicago, IL 60602
											Telephone: +1 312 372 1121
											Facsimile: +1 312 827 8000

											*Attorneys for Plaintiff Midas Green Technologies, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(g). Counsel for Plaintiff conferred with counsel for Defendants on December 20, 2022, and counsel for Defendants indicated that they do not oppose the relief sought herein.

By: */s/ Benjamin E. Weed*
Benjamin E. Weed

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: */s/ Benjamin E. Weed*
Benjamin E. Weed