**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| Midas Green Technologies, LLC )<br>　　　Plaintiff, )<br>v. )<br>Rhodium Enterprises, Inc., et al. )<br>　　　Defendants. ) | Case No. 6:22-cv-00050-ADA |

### ORDER GRANTING PLAINTIFF MIDAS GREEN TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is Plaintiff Midas Green Technologies, LLC's Unopposed Motion to Withdraw Benjamin Weed and Gina Johnson of K&L Gates LLP as Counsel. The Court, having reviewed the Motion, finds that the Motion should, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Benjamin Weed and Gina Johnson are withdrawn as attorneys of record for Plaintiff Midas Green Technologies, LLC. It is further **ORDERED** that electronic notices sent in this case to Benjamin Weed and Gina Johnson shall terminate effective the date of this Order.