UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**,<br><br>    Plaintiff,<br><br>    - vs. -<br><br>**Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC**;<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC**;<br>**Rhodium Renewables LLC**;<br>**Rhodium Shared Services LLC**;<br>**Rhodium Shared Services PR Inc.**;<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols**;<br>**Rhodium 2.0 Sub LLC**;<br>**Rhodium Encore Sub LLC**;<br>**Rhodium Renewables Sub LLC**;<br>**Rhodium Ready Ventures LLC**;<br>**Rhodium 10MW Sub LLC**;<br>**Rhodium 30MW Sub LLC**;<br>**i Ventures Enterprises LLC (fka Energy Tech LLC)**;<br>**Air HPC LLC**;<br>**Jordan HPC LLC**; and<br>**Jordan HPC Sub LLC**.<br><br>    Defendants. | Civil Action No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

### SUPPLEMENT TO PLAINTIFF'S OPPOSED MOTION
### TO MODIFY SCHEDULING ORDER

This supplement corrects one statement in Plaintiff's opposed motion to modify the scheduling order. At the time Plaintiff's counsel gave instructions to its paralegal to finalize and file the motion at approximately 7:00 pm on December 20th, the substance of the motion was

correct – Plaintiff had not received a response to their multiple requests to meet and confer. At that time, however, the Western District of Texas ECF was unavailable and filing therefore was delayed by about ninety minutes. Within that period at 8:16 pm Central Standard Time on December 20th, Defendants' counsel responded to Plaintiff's December 15th email, offering to meet and confer. Plaintiff's paralegal was able to complete the filing of the opposed motion at 8:28 pm Central Standard Time, unaware of this development. This supplement therefore corrects that Defendants' counsel did offer to meet and confer on this issue 12 minutes before the motion was actually filed.

      Subsequently, the parties met and conferred, and Defendants confirmed that they oppose the relief sought in this motion, and have counterproposed a deadline for substantial completion of document discovery and email/ESI discovery on February 10, 2023.  The parties are continuing to meet and confer on this issue.

Dated: December 22, 2022

                                    Respectfully submitted,

                                    /s/ *Henry M. Pogorzelski*
                                  Henry M. Pogorzelski
                                  Texas Bar No. 24007852
                                  K&L Gates LLP
                                  2801 Via Fortuna, Suite 650
                                  Austin, Texas 78746
                                  Telephone: (512) 482-6800
                                  Fax: (512) 482-6859
                                  henry.pogorzelski@klgates.com

Nicholas F. Lenning
Ruby A. Nagamine
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 370-6685
Fax: (206) 370-6006
nicholas.lenning@klgates.com
ruby.nagamine@klgates.com

James A. Shimota
Gina A. Johnson
Benjamin E. Weed.
K&L Gates LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
gina.johnson@klgates.com
benjamin.weed@klgates.com

Michael C. Smith
Scheef & Stone, LLP
115 E. Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Counsel for Plaintiff
Midas Green Technologies, LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are being served on December 22, 2022 via the Court's ECF system.

/s/ *Henry Pogorzelski*
Henry Pogorzelski