UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols;**<br>**Rhodium 2.0 Sub LLC;**<br>**Rhodium Encore Sub LLC;**<br>**Rhodium Renewables Sub LLC;**<br>**Rhodium Ready Ventures LLC;**<br>**Rhodium 10MW Sub LLC;**<br>**Rhodium 30MW Sub LLC;**<br>**I Ventures Enterprises LLC (fka Energy Tech LLC);**<br>**Air HPC LLC;**<br>**Jordan HPC LLC; and**<br>**Jordan HPC Sub LLC.**<br><br>      Defendants. | CASE NO. 6:22-CV-00050<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE

Pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC,

Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon; Cameron Blackmon; Nathan Nichols; Rhodium 2.0 Sub LLC; Rhodium Encore Sub LLC; Rhodium Renewables Sub LLC; Rhodium Ready Ventures LLC; Rhodium 10MW Sub LLC; Rhodium 30MW Sub LLC; I Ventures Enterprises LLC (fka Energy Tech LLC); Air HPC LLC; Jordan HPC LLC; and Jordan HPC Sub LLC (collectively, "Defendants"), submit this Notice of Unopposed Request to Change Deadline to respond to Midas Green Technologies, LLC's Opposed Motion to Modify Scheduling Order (Dkt. 73).  Defendants seek a 7-day extension up to and including January 3, 2023.  Plaintiff confirmed that it is not opposed to the extension of time.

Dated: December 22, 2022

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Kat Li*
Kat Li
State Bar No. 24070142
kat.li@kirkland.com
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:   (512) 678-9101

ATTORNEY FOR DEFENDANTS
Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., and Nathan Nichols

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(i), counsel for Defendant conferred with counsel for Plaintiff regarding the notice for extension of time by electronic mail on December 21, 2022. Counsel for Plaintiff does not oppose this notice and the extension sought hereby.

                                              */s/ Kat Li*
                                              Kat Li

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 22, 2022 with a copy of this document via the Court's CM/ECF system.

                                              */s/ Kat Li*
                                              Kat Li