IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>Plaintiff,<br><br>- vs. -<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols;**<br>**Rhodium 2.0 Sub LLC;**<br>**Rhodium Encore Sub LLC;**<br>**Rhodium Renewables Sub LLC;**<br>**Rhodium Ready Ventures LLC;**<br>**Rhodium 10MW Sub LLC;**<br>**Rhodium 30MW Sub LLC;**<br>**I Ventures Enterprises LLC (fka Energy Tech LLC);**<br>**Air HPC LLC;**<br>**Jordan HPC LLC; and**<br>**Jordan HPC Sub LLC.**<br><br>Defendants. | Case No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

## DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL FROM CASE OF ATTORNEY BENJAMIN A. HERBERT

Kat Li, as Counsel in the above-referenced matter, respectfully requests the Court remove Benjamin A. Herbert (CA SBN 277356) as attorney of record in this case. As Mr. Herbert is leaving Kirkland & Ellis LLP, he will no longer be involved in the above-referenced matter.

The requested withdrawal of counsel will not cause continuance or delay in this case.

Plaintiff is not opposed to this motion.

Accordingly, Defendants respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED: December 28, 2022

Respectfully submitted,

/s/ Kat Li

Gianni Cutri (*Admitted Pro Hac Vice*)
Illinois State Bar No. 6272109
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
gianni.cutri@kirkland.com

Kat Li
State Bar No. 24070142
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:  (512) 678-9101
kat.li@kirkland.com

*Attorneys for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, Nathan Nichols, Rhodium 2.0 Sub LLC, Rhodium Encore Sub LLC, Rhodium Renewables Sub LLC, Rhodium Ready Ventures LLC, Rhodium 10MW Sub LLC, Rhodium 30MW Sub LLC, I Ventures Enterprises LLC (fka Energy Tech LLC), Air HPC LLC, Jordan HPC LLC, and Jordan HPC Sub LLC.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel conferred and Plaintiff's counsel agreed to the relief sought on December 22, 2022.  Accordingly, this motion and the relief requested herein are unopposed.

>                             /s/ Kat Li
>                             Kat Li

**CERTIFICATION OF SERVICE**

I, Kat Li, do hereby certify that on December 28, 2022, a true and correct copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL FROM CASE OF ATTORNEY BENJAMIN A. HERBERT was filed with the Clerk of the Court using the Court's ECF System, which will automatically send notification to all counsel of record.

>                             /s/ Kat Li
>                             Kat Li