IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** | )<br>) |
| Plaintiff, | )<br>)<br>) |
| - vs. - | ) Case No. 6:22-cv-00050-ADA<br>) |
| **Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols;**<br>**Rhodium 2.0 Sub LLC;**<br>**Rhodium Encore Sub LLC;**<br>**Rhodium Renewables Sub LLC;**<br>**Rhodium Ready Ventures LLC;**<br>**Rhodium 10MW Sub LLC;**<br>**Rhodium 30MW Sub LLC;**<br>**I Ventures Enterprises LLC (fka Energy Tech LLC);**<br>**Air HPC LLC;**<br>**Jordan HPC LLC; and**<br>**Jordan HPC Sub LLC.** | ) **Jury Trial Demanded**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

BEFORE THE COURT is Defendants' Unopposed Motion to Withdraw Benjamin A. Herbert as Counsel. Having considered the Motion to Withdraw, the Court hereby **GRANTS** this motion.

It is therefore **ORDERED** that that Benjamin A. Herbert is withdrawn as counsel of record for Defendants. The Court directs the Clerk to remove Benjamin A. Herbert from the Court's CM/ECF service list for this cause of action.

**SIGNED** on this _____ day of _____, 2022.

By:_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE