UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>             Plaintiff,<br><br>v.<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols;**<br>**Rhodium 2.0 Sub LLC;**<br>**Rhodium Encore Sub LLC;**<br>**Rhodium Renewables Sub LLC;**<br>**Rhodium Ready Ventures LLC;**<br>**Rhodium 10MW Sub LLC;**<br>**Rhodium 30MW Sub LLC;**<br>**I Ventures Enterprises LLC (fka Energy Tech LLC);**<br>**Air HPC LLC;**<br>**Jordan HPC LLC; and**<br>**Jordan HPC Sub LLC.**<br><br>             Defendants. | CASE NO. 6:22-CV-00050<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE

Pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC,

Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon; Cameron Blackmon; Nathan Nichols; Rhodium 2.0 Sub LLC; Rhodium Encore Sub LLC; Rhodium Renewables Sub LLC; Rhodium Ready Ventures LLC; Rhodium 10MW Sub LLC; Rhodium 30MW Sub LLC; I Ventures Enterprises LLC (fka Energy Tech LLC); Air HPC LLC; Jordan HPC LLC; and Jordan HPC Sub LLC (collectively, "Defendants"), submit this Notice of Unopposed Request to Change Deadline to respond to Midas Green Technologies, LLC's Opposed Motion to Modify Scheduling Order (Dkt. 73). Defendants sought a 7-day extension up to and including January 10, 2023. Plaintiff confirmed that it is not opposed to an extension to January 6, 2023. Thus the parties agree that Defendants' deadline to response to Midas Green Technologies, LLC's Opposed Motion to Modify Scheduling Order (Dkt. 73) is January 6, 2023.

Dated: January 2, 2023                              Respectfully submitted,

                                                    KIRKLAND & ELLIS LLP

                                                    By: /s/ Kat Li
                                                    Kat Li
                                                    State Bar No. 24070142
                                                    kat.li@kirkland.com
                                                    401 Congress Avenue
                                                    Austin, TX 78701
                                                    Telephone: (512) 678-9100
                                                    Facsimile: (512) 678-9101

                                                    ATTORNEY FOR DEFENDANTS
                                                    Rhodium Enterprises, Inc., Rhodium
                                                    Technologies LLC, Rhodium 10mw LLC,
                                                    Rhodium 2.0 LLC, Rhodium 30mw LLC,
                                                    Rhodium Encore LLC, Rhodium Industries
                                                    LLC, Rhodium JV LLC, Rhodium Renewables
                                                    LLC, Rhodium Shared Services LLC,
                                                    Rhodium Shared Services PR Inc., and
                                                    Nathan Nichols

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(i), counsel for Defendant conferred with counsel for Plaintiff regarding the notice for extension of time by electronic mail on December 31, 2022. Counsel for Plaintiff does not oppose this notice and the extension sought hereby.

*/s/ Kat Li*
Kat Li

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 2, 2023 with a copy of this document via the Court's CM/ECF system.

*/s/ Kat Li*
Kat Li