**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **Midas Green Technologies, LLC,** | CASE NO. 6:22-CV-00050 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **Rhodium Enterprises, Inc.;** **Rhodium Technologies LLC;** **Rhodium 10mw LLC;** **Rhodium 2.0 LLC;** **Rhodium 30mw LLC;** **Rhodium Encore LLC;** **Rhodium Industries LLC;** **Rhodium JV LLC;** **Rhodium Renewables LLC;** **Rhodium Shared Services LLC;** **Rhodium Shared Services PR Inc.;** **Chase Blackmon;** **Cameron Blackmon;** **Nathan Nichols;** **Rhodium 2.0 Sub LLC;** **Rhodium Encore Sub LLC;** **Rhodium Renewables Sub LLC;** **Rhodium Ready Ventures LLC;** **Rhodium 10MW Sub LLC;** **Rhodium 30MW Sub LLC;** **I Ventures Enterprises LLC (fka Energy Tech LLC);** **Air HPC LLC;** **Jordan HPC LLC; and** **Jordan HPC Sub LLC.** | |
| Defendants. | |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE

Pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or

Unopposed Request to Change Deadlines, Defendants Rhodium Enterprises, Inc., Rhodium

Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium

Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC,

Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon; Cameron Blackmon; Nathan Nichols; Rhodium 2.0 Sub LLC; Rhodium Encore Sub LLC; Rhodium Renewables Sub LLC; Rhodium Ready Ventures LLC; Rhodium 10MW Sub LLC; Rhodium 30MW Sub LLC; I Ventures Enterprises LLC (fka Energy Tech LLC); Air HPC LLC; Jordan HPC LLC; and Jordan HPC Sub LLC (collectively, "Defendants"), submit this Notice of Unopposed Request to Change Deadline to respond to Midas Green Technologies, LLC's Opposed Motion to Modify Scheduling Order (Dkt. 73). Plaintiffs previously filed a Notice of Unopposed Request to Change Deadline to January 6, 2023 (Dkt. 78). Defendants now seek a two business day extension up to and including January 10, 2023. Plaintiff confirmed that it is not opposed to the extension of time. Thus, the parties agree that Defendants' deadline to respond to Midas Green Technologies, LLC's Opposed Motion to Modify Scheduling Order (Dkt. 73) is January 10, 2023.

Dated: January 5, 2023

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Kat Li*
Kat Li
State Bar No. 24070142
kat.li@kirkland.com
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:  (512) 678-9101

ATTORNEY FOR DEFENDANTS
Rhodium Enterprises, Inc., Rhodium
Technologies LLC, Rhodium 10mw LLC,
Rhodium 2.0 LLC, Rhodium 30mw LLC,
Rhodium Encore LLC, Rhodium Industries
LLC, Rhodium JV LLC, Rhodium Renewables
LLC, Rhodium Shared Services LLC,
Rhodium Shared Services PR Inc., and
Nathan Nichols

3

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(i), counsel for Defendant conferred with counsel for Plaintiff regarding the notice for extension of time by electronic mail on January 4, 2023. Counsel for Plaintiff does not oppose this notice and the extension sought hereby.

*/s/ Kat Li*
Kat Li


**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 5, 2023 with a copy of this document via the Court's CM/ECF system.

*/s/ Kat Li*
Kat Li