# Exhibit 2

| | |
|---|---|
| **From:** | Lenning, Nicholas F. |
| **To:** | Polins, Greg; Ross, Ashley; Pogorzelski, Henry M. |
| **Cc:** | Michael Smith; Neufeld, Courtney A.; Nagamine, Ruby A.; Cutri, Gianni; Herbert, Benjamin Allen; Morrill, Drew; Li, Kat; #Rhodium-Midas |
| **Subject:** | RE: Midas v. Rhodium - Defendants" Discovery Issues |
| **Date:** | Friday, December 30, 2022 2:36:59 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Greg,

Nice to meet you as well. We are working on getting redlines back to you on the email discovery stipulation, hopefully later today but it might be early next week. We think it will be beneficial for the parties to meet and confer on your proposed email discovery stipulation and hope that we can come to agreement.

We're disappointed, however, the Defendants apparently are revoking their offer and making it contingent on first agreeing to email discovery, which was never stated before (contrary to your email, what I stated was that the email discovery deadline obviously would only apply if the parties actually agree to email discovery, which hasn't happened yet). We hope that Defendants will reconsider and that the parties can file a joint motion to modify the scheduling order with that deadline to moot the pending motion.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

**From:** Polins, Greg <greg.polins@kirkland.com>
**Sent:** Wednesday, December 28, 2022 1:38 PM

**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Ross, Ashley <ashley.ross@kirkland.com>; Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>
**Cc:** Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>; #Rhodium-Midas <rhodium-midas@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' Discovery Issues

Hi Nicholas --

I am joining the Kirkland team and wanted to introduce myself to you and all others at KL Gates. I am planning on filing a pro hac vice motion shortly. I am sure we'll talk on the phone, or meet in person, at some point but for now an introductory email will have to suffice. Looking forward to working with you to amicably resolve any disputes we may have.

With regards to Midas's pending motion, as you correctly noted in your e-mail, our agreement to a February 10, 2023 deadline for substantial completion of discovery, including non-email and email discovery, is contingent upon the parties reaching agreement on the scope of ESI discovery. If there is no agreement on the scope of ESI discovery, we intend to oppose Midas's motion and cross-move for entry of an ESI order. To that end, attached is a draft ESI stipulation. As you can see in the proposed stipulation, our position is that Midas should collect and search the emails on Jim Koen's hard drive. Mr. Koen's emails are highly and uniquely relevant to numerous issues in this litigation as evidenced by Rhodium's invalidity contentions as only one example. Indeed emails already produced by Midas confirm Mr. Koen's unique role and relevance, and collecting emails from Chris Boyd will not suffice. While we understand there are some costs associated with this, the costs are not high in comparison to the damages that Midas seeks, particularly given the relevance of Mr. Koen. As you are no doubt aware, certain costs are inevitable with litigation and Rhodium has borne costs associated with email collection too, even though it was Midas's choice -- not Rhodium's -- to file this lawsuit.

Please let us know your position on the ESI Stipulation. If we cannot reach agreement on this stipulation, we intend to move the Court for entry of an ESI order reflecting the stipulation as-drafted. Given the holidays, if you believe additional time would permit the parties to reach agreement on scope of the ESI discovery, please confirm you agree to a short further extension to our opposition.

Regards,

**Greg Polins**
============================================
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3511   **M** +1 703 618 5828
**F** +1 312 862 2200
============================================

greg.polins@kirkland.com

---

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Friday, December 23, 2022 2:48 PM
**To:** Ross, Ashley <ashley.ross@kirkland.com>; Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>
**Cc:** Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>; #Rhodium-Midas <rhodium-midas@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' Discovery Issues

Hi Ashley and Gianni,

Midas accepts your proposal of February 10, 2023 as the mutual date for substantial completion of discovery, including non-email and email discovery (assuming the parties reach agreement on the scope of email discovery, which we're hoping happens soon). We will send over a proposed joint motion to modify the scheduling order to add that deadline.

I was not clear to me if your proposal included exchange of privilege logs on that date. We propose also using February 10th for that exchange as well and having it be part of the same deadline, but let us know if you have a counter-proposal.

Assuming we reach agreement on the above and submit the joint motion, we'll then withdraw the pending motion to modify the scheduling order as it will be moot. To everyone who celebrates, have a merry Christmas.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685

He/Him/His

**From:** Ross, Ashley <ashley.ross@kirkland.com>
**Sent:** Wednesday, December 21, 2022 6:42 AM
**To:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Cc:** Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>; #Rhodium-Midas <rhodium-midas@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' Discovery Issues


Counsel,

We appreciate that Midas is willing to now meet and confer on all issues raised in my email below, and would like to speak this Thursday at 3 CT / 4 ET.  Please provide a dial-in for us to use.

We are also surprised at Midas' premature and procedurally improper motion to compel discovery to the Court, which appears to have been filed minutes after we again confirmed that we were willing to confer - and in fact provided two proposed dates for such conference.   That said, in view of the holidays, we request an extension to Tuesday, January 3 for Defendants' response to Midas' motion.  Please tell us no later than 12 pm CT whether you will agree.

Regards,

Ashley

**Ashley Ross**

-------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4954
**F** +1 212 446 4900
-------------------------------------------------
ashley.ross@kirkland.com

**From:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>
**Sent:** Tuesday, December 20, 2022 9:51 PM
**To:** Ross, Ashley <ashley.ross@kirkland.com>; Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Cc:** Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill,

Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>; #Rhodium-Midas <rhodium-midas@kirkland.com>; Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>
**Subject:** RE: Midas v. Rhodium - Defendants' Discovery Issues

Dear Ashley,

Thank you for your email requesting a meet and confer on a number of discovery issues of concern to Defendants.  We will check with Michael Smith for his schedule to confirm, but tentatively, we think it likely that our side will be available to meet and confer on Thursday afternoon between 1 and 4 pm CT.

Regards,



**Henry Pogorzelski**
Partner
K&L Gates LLP
2801 Via Fortuna
Suite 650
Austin, TX 78746-7568
Phone: (512) 482-6826
Mobile: (713) 824-3103
Fax: (512) 482-6859
henry.pogorzelski@klgates.com
www.klgates.com

***Our office has moved! Effective December 15, our new address is 2801 Via Fortuna, Suite 650, Austin, Texas 78746. Please update your records.***

---

**From:** Ross, Ashley <ashley.ross@kirkland.com>
**Sent:** Tuesday, December 20, 2022 8:16 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>; #Rhodium-Midas <rhodium-midas@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Nick,

The fact that you have for weeks ignored our emails on other issues - as laid out in my email below - while simultaneously demanding a meet and confer on a one-sided, early "deadline" that is not required under the OGP is not well taken.  We can be available Wednesday or Thursday to discuss **all** of the issues raised in my email below.  Please confirm Midas will be prepared to discuss all issues raised in my email below.

In the meantime, please provide answers to my questions below. If Midas refuses, please provide your basis for doing so.

Regards,

Ashley

**Ashley Ross**

------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 446 4954
F +1 212 446 4900
------------------------------------------------

ashley.ross@kirkland.com

---

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, December 15, 2022 6:16 PM
**To:** Ross, Ashley <ashley.ross@kirkland.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Ashley,

We again request that Defendants' provide their availability to meet and confer, as requested in my previous email. We intend to file a motion with the Court to modify the scheduling order to add the January 6, 2023 deadline for substantial completion of non-email discovery, as well as production of associated privilege logs. We do not agree to tying non-email discovery, for which there is no reason the parties cannot comply with their discovery obligations, to email

discovery, the bounds of which the parties are still negotiating.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Ross, Ashley <ashley.ross@kirkland.com>
**Sent:** Thursday, December 15, 2022 2:17 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Nick,

It's disappointing that, despite Midas' representation a month ago that it would provide a proposed ESI stipulation, it has not done so. Your email does not address any of the concerns I raised. To set forth those questions again:

1. Will Midas provide the documents it has received through third party discovery to us now? If not, please provide the basis for Midas' refusal.
2. What is Midas' proposal for an ESI stipulation? We expect such stipulation would lay out:
    a. the custodians the parties have agreed to search
    b. the search terms the parties are going to use
    c. the metadata that shall be produced with email discovery
    d. the scope and content of any privilege log that the parties are going to complete - for instance, whether logs should contain documents and correspondence created after the filing of the complaint

It makes little sense to set the deadline that you have suggested below, which parses out ESI discovery from non-ESI discovery. We therefore propose discussing a deadline -- set after the holidays -- for the parties to substantially complete all document production.

We furthermore request an update each of the following outstanding issues:

- Midas' analysis of Mr. Koen's hard drive.
- When Midas will provide Rhodium with the materials it has received pursuant to third party subpoena requests in this litigation.
- Whether Midas agrees with the draft Protective Order that Ben sent over a month ago on November 1
- Midas' response to the issues raised in Ben's October 19 email, from almost two months ago (to which Midas responded that it would respond "shortly")

We look forward to receiving your responses.

Regards,

Ashley

**Ashley Ross**

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4954
**F** +1 212 446 4900

--------------------------------------------------

ashley.ross@kirkland.com

---

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Wednesday, December 14, 2022 6:58 PM
**To:** Ross, Ashley <ashley.ross@kirkland.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Ashley,

We have not received a response to the below. Please either confirm, provide a counter-proposal, or provide Defendants' availability to meet and confer this week. Thank you.

Best,

Nick Lenning

K&L Gates LLP

(206) 370-6685

He/Him/His

---

**From:** Lenning, Nicholas F.
**Sent:** Thursday, December 08, 2022 9:14 AM
**To:** 'Ross, Ashley' <ashley.ross@kirkland.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Ashley,

Midas proposes January 6, 2023 as the mutual deadline for substantial completion of non-email document productions and privilege logs. Please confirm Defendants agree. If Defendants do not agree, please send your counter-proposal and provide a time to meet and confer.

Best,

Nick Lenning

K&L Gates LLP

(206) 370-6685

He/Him/His

---

**From:** Ross, Ashley <ashley.ross@kirkland.com>
**Sent:** Thursday, December 01, 2022 11:31 AM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>; Cutri, Gianni <gcutri@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Nick

Thank you for your follow-up email. Defendants note that this is the second time that Midas has made demonstrably false accusations about Defendants' discovery responses and obligations without taking the time to verify whether Midas' accusations have merit. We once again request that Midas refrain from making such unfounded accusations. Defendants are diligently working to identify, gather, and produce, additional materials responsive to Midas's requests for production.

It is not lost on Defendants that Midas has similarly produced very little responsive material in this action, producing only a handful of materials outside of documents Midas previously produced in the Immersion litigation, and has provided no materials received from third-parties in response to subpoenas. To the extent Midas has received such third-party materials, please provide them to us immediately, or, if you have received such materials and intend to withhold them, please provide your basis for doing so.

In regard to your request that we "provide a date certain when Defendants, including the Individual Defendants, intend to substantially complete their document productions," as noted on the last two meet and confers, the parties should come to a mutual agreement on this and the privilege log.  The parties are still actively engaged in negotiations regarding search terms and custodians for ESI collection, as well as on an overarching ESI search protocol, and as such the scope of necessary remaining discovery remains unclear.  On our last call on ESI issues, we had asked that you provide a full ESI proposal, but have not received it. We therefore propose that Midas provide the ESI proposal that was discussed on our November 10 call by tomorrow so that we may consider it in advance of a call mid-next week to discuss. Please confirm your agreement and provide your availability.


Best,

Ashley

**Ashley Ross**

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4954
**F** +1 212 446 4900

--------------------------------------------------

ashley.ross@kirkland.com


**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Monday, November 21, 2022 7:01 PM
**To:** Cutri, Gianni <gcutri@kirkland.com>; Ross, Ashley <ashley.ross@kirkland.com>; Herbert, Benjamin Allen <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Cc:** Pogorzelski, Henry M. <Henry.Pogorzelski@klgates.com>; Michael Smith <Michael.Smith@Solidcounsel.com>; Neufeld, Courtney A. <Courtney.Neufeld@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>

**Subject:** RE: Midas v. Rhodium - Defendants' document productions

Counsel,

I wanted to correct the number of documents as my prior email was inaccurate. The correct number is 30, not 13, excluding public custodian documents and the Christiaan Best declarations. Apologies for the error which I just discovered. The points in my email, however, stand. Please let us know when Defendants intend to produce documents in response to Midas' discovery requests and substantially complete their production. Thank you.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Lenning, Nicholas F.
**Sent:** Saturday, November 19, 2022 6:57 AM
**To:** Cutri, Gianni <gcutri@kirkland.com>; Ross, Ashley <ashley.ross@kirkland.com>; 'Herbert, Benjamin Allen' <benjamin.herbert@kirkland.com>; Morrill, Drew <drew.morrill@kirkland.com>; Li, Kat <kat.li@kirkland.com>
**Subject:** Midas v. Rhodium - Defendants' document productions

Counsel,

We write concerning Defendants' document productions. To date, Defendants have produced only 13 documents that are not either prior art or captures of publicly available materials. Rhodium has produced no such documents since its initial technical document production and the Individual Defendants have produced no documents at all. Defendants have produced no documents in response to Midas' RFPs served September 6 or the ROGs to which Defendants gave a Rule 33(d) response on October 6.

Defendants' delay in producing documents responsive to discovery requests is prejudicial to Midas. We ask that Defendants please provide a date certain when Defendants, including the Individual Defendants, intend to substantially complete their document productions.

Best,

Nick Lenning



Nick Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 370-6685
Fax: (206) 623-6449
Pronouns: He/Him/His
nicholas.lenning@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Henry.Pogorzelski@klgates.com.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.