IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>　　　　　Plaintiffs,<br><br>　- vs. -<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC;**<br>**Rhodium Industries LLC;**<br>**Rhodium JV LLC;**<br>**Rhodium Renewables LLC;**<br>**Rhodium Shared Services LLC;**<br>**Rhodium Shared Services PR Inc.;**<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols;**<br>**Rhodium 2.0 Sub LLC;**<br>**Rhodium Encore Sub LLC;**<br>**Rhodium Renewables Sub LLC;**<br>**Rhodium Ready Ventures LLC;**<br>**Rhodium 10MW Sub LLC;**<br>**Rhodium 30MW Sub LLC;**<br>**I Ventures Enterprises LLC (fka Energy Tech LLC);**<br>**Air HPC LLC;**<br>**Jordan HPC LLC; and**<br>**Jordan HPC Sub LLC.**<br><br>　　　　　Defendants. | Case No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

## ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO MODIFY SCHEDULING ORDER

　　Having considered Plaintiff's Opposed Motion to Modify Scheduling Order, the Court finds that the motion should be DENIED.

　　IT IS ORDERED that the parties continue to meet and confer on a deadline for substantial completion of email and non-email production.

1

**SO ORDERED**

Dated: _____

                                        _____
                                        Honorable Judge Alan D. Albright
                                        UNITED STATES DISTRICT COURT JUDGE