UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC**;<br>**Rhodium Encore LLC**;<br>**Rhodium Industries LLC**;<br>**Rhodium JV LLC**;<br>**Rhodium Renewables LLC**;<br>**Rhodium Shared Services LLC**;<br>**Rhodium Shared Services PR Inc.**;<br>**Chase Blackmon;**<br>**Cameron Blackmon;**<br>**Nathan Nichols**;<br>**Rhodium 2.0 Sub LLC**;<br>**Rhodium Encore Sub LLC**;<br>**Rhodium Renewables Sub LLC**;<br>**Rhodium Ready Ventures LLC**;<br>**Rhodium 10MW Sub LLC**;<br>**Rhodium 30MW Sub LLC**;<br>**i Ventures Enterprises LLC (fka Energy Tech LLC)**;<br>**Air HPC LLC**;<br>**Jordan HPC LLC**; and<br>**Jordan HPC Sub LLC**.<br><br>Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Having considered Plaintiff's Motion to Modify Scheduling Order, any opposition, and supporting materials, the Court finds that the motion should be GRANTED for good cause shown.

IT IS THEREFORE ORDERED that the Amended Scheduling Order [DKT. 54] be and hereby is modified to add February 10, 2023 as a new deadline for the parties' substantial completion of non-email document production; and (2) February 24, 2023 as a new deadline for the parties to exchange privilege logs for their non-email document production.

**SO ORDERED**

Dated: _____

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT JUDGE