UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC § | |
| § | |
| vs. § | NO:   WA:22-CV-00050-ADA |
| § | |
| RHODIUM ENTERPRISES, INC., § | |
| RHODIUM TECHNOLOGIES, LLC, | |
| RHODIUM 10MW LLC, RHODIUM 2.0 | |
| LLC, RHODIUM 30MW LLC, RHODIUM | |
| ENCORE LLC, RHODIUM INDUSTRIES | |
| LLC, RHODIUM JV LLC, RHODIUM | |
| RENEWABLES LLC, RHODIUM SHARED | |
| SERVICES LLC, RHODIUM SHARED | |
| SERVICES PR INC., CHASE BLACKMON, | |
| CAMERON BLACKMON, NATHAN | |
| NICHOLS | |

## ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on January 25, 2023 at 01:30 PM.

IT IS SO ORDERED this 20th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE