# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § | |
| | § | |
| vs. | § | NO:   WA:22-CV-00050-ADA |
| | § | |
| RHODIUM ENTERPRISES, INC., RHODIUM TECHNOLOGIES, LLC, RHODIUM 10MW LLC, RHODIUM 2.0 LLC, RHODIUM 30MW LLC, RHODIUM ENCORE LLC, RHODIUM INDUSTRIES LLC, RHODIUM JV LLC, RHODIUM RENEWABLES LLC, RHODIUM SHARED SERVICES LLC, RHODIUM SHARED SERVICES PR INC., CHASE BLACKMON, CAMERON BLACKMON, NATHAN NICHOLS | § | |

## ORDER RESETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTIONS HEARING by Zoom on February 01, 2023  at  09:30 AM .

IT IS SO ORDERED this 23rd day of January, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE