# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| Midas Green Technologies, LLC | § § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 6:22-cv-0050 |
| | § | |
| Rhodium Enterprises, Inc., et al | § § | |
| Defendant | § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Midas Green Technologies, LLC and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

Dated: January 24, 2023

Respectfully submitted,

*/s/ Anna Rebecca Skupin*
Anna Rebecca Skupin
State Bar No. 24084272
Scheef & Stone, LLP
200 North Travis Street
Suite 402
Sherman, Texas 75090
Office: (430) 262-5660
becca.skupin@solidcounsel.com

COUNSEL FOR MIDAS GREEN
TECHNOLOGIES, LLC