UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § § | |
| vs. | § § | NO:  WA:22-CV-00050-ADA |
| RHODIUM ENTERPRISES, INC., RHODIUM TECHNOLOGIES, LLC, RHODIUM 10MW LLC, RHODIUM 2.0 LLC, RHODIUM 30MW LLC, RHODIUM ENCORE LLC, RHODIUM INDUSTRIES LLC, RHODIUM JV LLC, RHODIUM RENEWABLES LLC, RHODIUM SHARED SERVICES LLC, RHODIUM SHARED SERVICES PR INC., CHASE BLACKMON, CAMERON BLACKMON, NATHAN NICHOLS | § | |

## ORDER RESETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for DISCOVERY HEARING VIA ZOOM on Monday February 27, 2023 at 09:30 AM before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel.

SIGNED this 23rd day of February, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE