# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC;** <br> **Rhodium Encore LLC**; <br> **Rhodium Industries LLC**; <br> **Rhodium JV LLC;** <br> **Rhodium Renewables LLC**; <br> **Rhodium Shared Services LLC**; <br> **Rhodium Shared Services PR Inc.**; <br> **Chase Blackmon;** <br> **Cameron Blackmon;** <br> **Nathan Nichols;** <br> **Rhodium 2.0 Sub LLC;** <br> **Rhodium Encore Sub LLC;** <br> **Rhodium Renewables Sub LLC;** <br> **Rhodium Ready Ventures LLC;** <br> **Rhodium 10MW Sub LLC;** <br> **Rhodium 30MW Sub LLC;** <br> **i Ventures Enterprises LLC (fka Energy Tech LLC);** <br> **Air HPC LLC;** <br> **Jordan HPC LLC;** and <br> **Jordan HPC Sub LLC.** <br><br> Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

## JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.2—Patent Cases, Plaintiff Midas Green Technologies, LLC and Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium

1

Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, Nathan Nichols, Rhodium 2.0 Sub LLC, Rhodium Encore Sub LLC, Rhodium Renewables Sub LLC, Rhodium Ready Ventures LLC, Rhodium 10MW Sub LLC, Rhodium 30MW Sub LLC, i Ventures Enterprises LLC (fka Energy Tech LLC), Air HPC LLC, Jordan HPC LLC, and Jordan HPC Sub LLC (*i.e.,* all Defendants) hereby provide an amended proposed case schedule and respectfully request that the Court revise the case deadlines as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for party to produce a privilege log for any emails withheld on the basis of privilege | 2/21/2023 | 2/28/2023 |
| Deadline for Defendants to provide any objections to Midas's deposition topical outline | NA | 2/28/2023 |
| Deadline to complete any production required by paragraph 20 of Dkt. 97 | 2/24/2023 | 3/3/2023 |
| Last day for Midas to conduct two hour 30(b)(6) deposition on corporate entities | N/A | 3/22/2023 |
| Last day for Midas to file final amended complaint | N/A | 3/29/23 |
| Last day for Defendants to respond to Midas's third amended complaint | N/A | 4/12/2023 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. | 3/27/2023 | 7/7/2023 |

2

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | 4/24/2023 | 7/28/2023 |
| Opening of Expert Reports | 5/1/2023 | 8/11/2023 |
| Rebuttal Expert Reports | 5/30/2023 | 9/8/2023 |
| Close of Expert Discovery | 6/20/2023 | 9/29/2023 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | 6/26/2023 | 9/29/2023 |
| Last court day to file joint report regarding results of second meet and confer. | 7/3/2023 | 10/6/2023 |
| Dispositive motion deadline and Daubert motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). (Dkt. 54) | 7/3/2023 | 10/5/2023 |
| Last court day to file and serve response to dispositive motion and Daubert motions. ***Note: CV-7(d)(2) may set different deadline to file response. Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | 7/17/2023 | 10/26/2023 |
| Serve replies to dispositive motions and Daubert motions | 7/24/2023 | 11/2/2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures | 7/31/2023 | 11/8/2023 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | 8/1/2023 | 11/9/2023 |
| Last court day to serve objections to rebuttal disclosures; file Motions in limine. | 8/7/2023 | 11/15/2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. | 8/14/2023 | 11/20/2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | 8/21/2023 | 11/20/2023 |
| Last court day for parties to jointly email to Judge's law clerks text-editable chart listing each motion in limine. | 8/22/2023 | 11/22/2023 |
| Last court day for parties to jointly contact court's law clerk for a Box link to submit to chambers unredacted copies of all pending motions and their exhibits, and to jointly send to chambers paper copies of motions without exhibits. ***Note: Parties to also jointly send courtesy email providing Judge's law clerks with list of pending motions. | 8/22/2023 | 11/22/2023 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Last court day for party asserting invalidity or noninfringement to give notice to adverse party of information set forth in 35 USC 282. | 8/25/2023 | 12/8/2023 |
| File Joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | 9/1/2023 | 12/8/2023 |
| Re non-jury trial: Last court day to submit proposed final findings of fact and conclusions of law by email to Judge's law clerks. | 9/1/2023 | 12/8/2023 |
| Final Pretrial Conference. Held in person unless otherwise requested. | 9/5/2023 | 12/13/2023 |
| Reminder: Any party that intends to present evidence at trial that requires the use of technology is required to communicate this intention to court staff in advance of commencement of trial. | 9/20/2023 | 12/19/2023 |
| Reminder: Counsel are required to bring physical copies of any depositions that have been taken of any witnesses who will testify at trial. | 9/22/2023 | 12/19/2023 |
| Jury Selection/Trial Date | 9/25/2023 | 1/16/2024 |

## **CONCLUSION**

The Parties respectfully request that the Court enter the above amended proposed schedule for this case.

DATED: March 14, 2023

*/s/ Joseph E. Thomas*

Joseph E. Thomas (*admitted p.h.v.*)
THOMAS WHITELAW & KOLEGRAFF LLP
18101 Von Karman Avenue, Suite 230
Irvine, CA 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com

Henry M. Pogorzelski
Texas Bar No. 24007852
K&L GATES LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Telephone: (512) 482-6800
Fax: (512) 482-6859
Henry.pogorzelski@klgates.com

Nicholas F. Lenning (*admitted p.h.v.*)
Ruby A. Nagamine (*admitted p.h.v.*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 370-6685
Fax: (206) 370-6006
nicholas.lenning@klgates.com

James A. Shimota  (*admitted p.h.v.*)
Gina A. Johnson  (*admitted p.h.v.*)
Benjamin E. Weed  (*admitted p.h.v.*)
K&L GATES LLP
70 WEST Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
gina.johnson@klgates.com
benjamin.weed@klgates.com

*Counsel for Plaintiff*
*Midas Green Technologies, LLC*

Respectfully submitted,

*/s/ Kat Li*

Kat Li
State Bar No. 24070142
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:  (512) 678-9101
kat.li@kirkland.com

Gianni Cutri (*Admitted Pro Hac Vice*)
Greg Polins (*Admitted Pro Hac Vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
gianni.cutri@kirkland.com
greg.polins@kirkland.com

Ashley L.B. Ross (*Admitted Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4600
ashley.ross@kirkland.com

*Attorneys for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, Nathan Nichols, and Rhodium 2.0 Sub LLC, Rhodium Encore Sub LLC, Rhodium Renewables Sub LLC, Rhodium Ready Ventures LLC, Rhodium 10MW Sub LLC, Rhodium 30MW Sub LLC; i Ventures Enterprises LLC (fka Energy Tech LLC), Air HPC LLC, Jordan HPC LLC, and Jordan HPC Sub LLC.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants has conferred with counsel for Plaintiff and the parties agree to the relief sought in this motion.

                                                    */s/ Kat Li*
                                                    Kat Li

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on March 14, 2023 with a copy of this document via the Court's CM/ECF system.

                                                    */s/ Kat Li*
                                                  Kat Li