UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC**; <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC**; <br> **Rhodium Encore LLC**; <br> **Rhodium Renewables LLC**; <br> **Rhodium Renewables Sub LLC;** <br> **Rhodium Ready Ventures LLC;** <br><br> Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

## NOTICE OF AGREEMENT REGARDING
## RESPONSE TO THIRD AMENDED COMPLAINT

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC (collectively, "Rhodium") hereby files this notice that Rhodium and Plaintiff Midas Green Technologies, LLC ("Midas") have conferred and agree that:

- Rhodium's deadline to answer Midas's Third Amended Complaint is extended from April 12, 2023, to April 19, 2023.

DATED: April 5, 2023                        Respectfully submitted,

                                                                          */s/ Kat Li*

Kat Li
State Bar No. 24070142
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
kat.li@kirkland.com

Gianni Cutri (*Admitted Pro Hac Vice*)
Greg Polins (*Admitted Pro Hac Vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
gianni.cutri@kirkland.com
greg.polins@kirkland.com

Ashley L.B. Ross (*Admitted Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4600
ashley.ross@kirkland.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on April 5, 2023 with a copy of this document via the Court's CM/ECF system.

*/s/ Kat Li*
Kat Li