# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 6:22-cv-00050-ADA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC;** | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF ELIZABETH R. BRANNEN

Notice is hereby given that Elizabeth R. Brannen of Stris & Maher, LLP enters her appearance on behalf of Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC; and Rhodium Ready Ventures LLC in this matter as counsel of record.

Elizabeth R. Brannen may receive all communications from the Court and from other parties at Stris & Maher, LLP, 777 South Figueroa Street, Suite 3850, Los Angeles, CA 90017; Telephone: (213) 995-6800; Facsimile: (213) 261-0299; e-mail ebrannen@stris.com.

Dated: April 10, 2023 Respectfully submitted,

By: */s/ Elizabeth R. Brannen*
 Elizabeth R. Brannen
 California State Bar No. 226234
 STRIS & MAHER LLP
 777 S. Figueroa St, Ste 3850
 Los Angeles, CA 90017
 Telephone: (213) 995-6800
 Fascimile: (213) 216-0299
 Email: ebrannen@stris.com

*Attorney for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC; and Rhodium Ready Ventures LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, April 10, 2023, with a copy of this document via the Court's CM/ECF system.

                */s/ Elizabeth R. Brannen*
                Elizabeth R. Brannen