UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC**; <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC**; <br> **Rhodium 30mw LLC**; <br> **Rhodium Encore LLC**; <br> **Rhodium Renewables LLC**; <br> **Rhodium Renewables Sub LLC**; <br> **Rhodium Ready Ventures LLC**; <br><br> Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

**NOTICE OF AGREEMENT REGARDING**
**RESPONSE TO THIRD AMENDED COMPLAINT**

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC (collectively, "Rhodium") hereby files this notice that Rhodium and Plaintiff Midas Green Technologies, LLC ("Midas") have conferred and agree that:

- Rhodium's deadline to answer Midas's Third Amended Complaint is extended from April 19, 2023, to April 26, 2023.

DATED: April 18, 2023 	Respectfully submitted,

	*/s/ Kat Li*

	Kat Li
	State Bar No. 24070142
	KIRKLAND & ELLIS LLP
	401 Congress Avenue
	Austin, TX 78701
	Telephone:  (512) 678-9100
	Facsimile:  (512) 678-9101
	kat.li@kirkland.com

	Gianni Cutri (*Admitted Pro Hac Vice*)
	Greg Polins (*Admitted Pro Hac Vice*)
	KIRKLAND & ELLIS LLP
	300 N. LaSalle
	Chicago, IL 60654
	Telephone:  (312) 862-2000
	Facsimile:  (312) 862-2200
	gianni.cutri@kirkland.com
	greg.polins@kirkland.com

	Ashley L.B. Ross (*Admitted Pro Hac Vice*)
	KIRKLAND & ELLIS LLP
	601 Lexington Ave.
	New York, NY 10022
	Telephone:  (212) 446-4800
	Facsimile:  (212) 446-4600
	ashley.ross@kirkland.com

	*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who have appeared electronically in this case are deemed to have consented to electronic service and are being served on April 18, 2023 with a copy of this document via the Court's CM/ECF system.

                                            */s/ Kat Li*
                                            Kat Li