# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 6:22-CV-00050-ADA |
| | ) |
| v. | ) JURY **TRIAL DEMANDED** |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC**; | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC.** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC; and Rhodium Ready Ventures LLC this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: April 26, 2023                                      Respectfully submitted,

                                                          */s/ Melissa R. Smith*
                                                          Melissa R. Smith
                                                          State Bar No. 24001351
                                                          GILLAM & SMITH, LLP
                                                          303 South Washington Avenue
                                                          Marshall, Texas 75670
                                                          Telephone:  (903) 934-8450
                                                          Facsimile:  (903) 934-9257
                                                          Email:  melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, April 26, 2023, with a copy of this document via the Court's CM/ECF system.

                                                          */s/ Melissa R. Smith*
                                                          Melissa R. Smith