UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Midas Green Technologies, LLC,

vs.   Case No.: 6:22-cv-00050-ADA

Rhodium Enterprises, Inc. et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Sarah Rahimi, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Stris & Maher LLP with offices at:

   Mailing address: 777 South Figueroa St., Suite 3850

   City, State, Zip Code: Los Angeles, CA 90017

   Telephone: (213) 293-3008   Facsimile: (213) 261-0299

2. Since December 7, 2019, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 328652.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | State of California | 12/7/2019 |
   | Central District of California | 01/2020 |
   | Court of Appeals, Ninth Circuit | 01/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   None.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
   Number: 6:20-cv-01031  on the 23 day of November, 2021.
   Number: 6:20-cv-1151   on the 29 day of November, 2021.
   Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   None.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Melissa R. Smith

Mailing address: 303 South Washington Avenue

City, State, Zip Code: Marshall, Texas 75670

Telephone: (903) 934-8450

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Sarah Rahimi to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Sarah Rahimi
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of May, 2023.

Sarah Rahimi
[printed name of Applicant]

*[signature]*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Midas Green Technologies, LLC,

vs.                                                                 Case No.: 6:22-cv-00050-ADA

Rhodium Enterprises, Inc. et al

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Sarah Rahimi, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Sarah Rahimi may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Sarah Rahimi, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE