# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

Midas Green Technologies, LLC

vs.

Rhodium Enterprises, Inc. et al

Case No.: 6:22-cv-00050-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kenneth Halpern, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Stris & Maher LLP with offices at:

   Mailing address: 777 S. Figueroa St., Suite 3850

   City, State, Zip Code: Los Angeles, CA, 90017

   Telephone: (213) 995-6808     Facsimile: (213) 261-0299

2. Since 3/10/97 (inactive 1/1/99-7/10/00), Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 187663.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Northern District of California | 4/30/1997 |
   | Central District of California | 7/24/2018 |
   | U.S. Court of Appeals, Federal Circuit | 12/10/2007 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   None.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:20:-cv-1151 on the 10 day of August, 2021.
   Number: 6:20-cv-01031 on the 4th day of February, 2021.
   Number: 1:11-cv-00132 on the 3rd day of March, 2011.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   None.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Melissa R. Smith

Mailing address: 303 South Washington Avenue

City, State, Zip Code: Marshall, Texas 75670

Telephone: (903) 934-8450

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kenneth Halpern to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kenneth Halpern
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of May, 2023.

Kenneth Halpern
[printed name of Applicant]

*[signature]*
[signature of Applicant]