# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Midas Green Technologies, LLC

vs.                                                                 Case No.: 6:22-cv-00050-ADA

Rhodium Enterprises, Inc. et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kenneth Halpern, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kenneth Halpern may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Kenneth Halpern, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form