

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/243,732 | 01/09/2019 | Christopher L. Boyd | JMG001-02 | 9248 |

| 44070 | 7590 | 07/14/2022 |
|---|---|---|

J. V. MYERS & ASSOCIATES, P.C.
P. O. BOX 130
DRIFTWOOD, TX 78619

| EXAMINER |
|---|
| RUSSELL, DEVON L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3763 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/14/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

aap@jvmyers.com
jp@jvmyers.com
jvm@jvmyers.com

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

| | |
|---|---|
| In re Patent No. 10,820,446<br>Issue Date: 27 Oct 2020<br>Application No. 16/243,732<br>Filing or 371(c) Date: 9 Jan 2019<br>Attorney Docket No. JM G001-02 | REQUEST FOR INFORMATION |

This is a request for clarifying information regarding the petition requesting the acceptance of an unintentional delayed priority claim, filed under 37 CFR 1.78, on November 12, 2021.

On January 21, 2022, paper(s) was/were filed indicating that there is a district court proceeding which involves this patent.

In order to receive a decision on the petition filed on November 12, 2021, petitioner is required to respond to this notice with the following information: 1) a confirmation or denial that the district court proceeding is ongoing; 2) an identification of any other ongoing court proceeding(s) which involve this patent; 3) for any ongoing court proceeding identified in this notice or in the response, petitioner should additionally confirm that a) the court(s) has/have been alerted that the petition was filed and b) that the court(s) does/do not object to the USPTO issuing a decision on the petition filed November 12, 2021; and 4) any other information including any documents or other evidence that may reasonably be deemed material to the decision on the petition.

Telephone inquiries concerning this notice may be directed to Anna Pagonakis at (571) 270-3505.

/Cheryl Gibson-Baylor/
Cheryl Gibson-Baylor
Office of Petitions