**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc., et al.;** | |
| Defendants. | |

## ORDER ON PLAINTIFF'S NOTICE TO THE COURT OF PETITION TO CORRECT PATENT -IN-SUIT

Having considered Plaintiff's Unopposed Notice To The Court Of Petition To Correct Patent-In-Suit, the Court Orders as follows:

Midas Green Technologies, Inc. has alerted the Court that it has filed a Petition to Correct Unintentionally Delayed Priority claim for U.S. Patent 10,820,446.  The Court does not object to the USPTO issuing a decision on the Petition.

SIGNED this the ___ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE