# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc., et al.;** <br><br> Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

### ORDER ON PLAINTIFF'S NOTICE TO THE COURT OF PETITION TO CORRECT PATENT -IN-SUIT

Having considered Plaintiff's Unopposed Notice To The Court Of Petition To Correct Patent-In-Suit, the Court Orders as follows:

Midas Green Technologies, Inc. has alerted the Court that it has filed a Petition to Correct Unintentionally Delayed Priority claim for U.S. Patent 10,820,446. The Court does not object to the USPTO issuing a decision on the Petition.

SIGNED this 24th day of May, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE