UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.;** | |
| **Rhodium Technologies LLC;** | |
| **Rhodium 10mw LLC;** | |
| **Rhodium 2.0 LLC;** | |
| **Rhodium 30mw LLC;** | |
| **Rhodium Encore LLC;** | |
| **Rhodium Renewables LLC;** | |
| **Rhodium Renewables Sub LLC;** | |
| **Rhodium Ready Ventures LLC** | |
| Defendants. | |

**JOINT MOTION TO ENTER
<u>AGREED PROTECTIVE ORDER</u>**

The parties respectfully request that the Court enter the proposed Protective Order attached as Exhibit A.

Dated: June 6, 2023

 /s/ *Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Elizabeth R. Brannen
California State Bar No. 226234
**STRIS & MAHER LLP**
777 S. Figueroa St, Ste 3850
Los Angeles, CA 90017
Telephone: (213) 995-6800
Fascimile: (213) 216-0299
Email: ebrannen@stris.com

Attorneys for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC; and Rhodium Ready Ventures LLC

Respectfully submitted,

/s/ *Michael C. Smith*
Michael C. Smith
**SCHEEF & STONE, LLP**
State Bar No. 18650410
113 East Austin Street
Marshall, Texas 75670
Office: (903) 938-8900

Joseph E. Thomas
Joseph E. Thomas (admitted p.h.v.)
William J. Kolegraff (admitted p.h.v.)
Grant J. Thomas (admitted p.h.v.)
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

Henry M. Pogorzelski
Texas Bar No. 24007852
**K&L Gates LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Telephone: (512) 482-6800
Fax (512) 482-6859
Henry.pogorzelski@klgates.com

Counsel for Plaintiff
Midas Green Technologies, LLC

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that, on June 2, 2023, he met and conferred with counsel for Defendants and Defendants agrees to the relief requested herein.

/s/ Michael C. Smith
Michael C. Smith

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 6, 2023. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael C. Smith
Michael C. Smith