# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC**; <br> **Rhodium Encore LLC**; <br> **Rhodium Renewables LLC**; <br> **Rhodium Renewables Sub LLC;** <br> **Rhodium Ready Ventures LLC;** <br><br> Defendants. | Case No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

## DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL FROM CASE OF ATTORNEYS KAT LI, GIANNI CUTRI, GREGORY POLINS, AND ASHLEY ROSS

Kat Li, as Counsel in the above-referenced matter, respectfully requests the Court remove the following attorneys as attorney of record in this case:

Kat Li

Gianni Cutri

Gregory Polins

Ashley Ross

Kirkland & Ellis LLP will no longer be involved in the above-referenced matter, and Defendants have additional counsel from Stris & Maher, LLP. As such, the requested withdrawal of counsel will not cause continuance or delay in this case.

Plaintiff is not opposed to this motion.

Accordingly, Defendants respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED: August 3, 2023                                  Respectfully submitted,

                                                        /s/ Kat Li

                                                       Gianni Cutri (*Admitted Pro Hac Vice*)
                                                       Illinois State Bar No. 6272109
                                                       KIRKLAND & ELLIS LLP
                                                       300 N. LaSalle
                                                       Chicago, IL 60654
                                                       Telephone:  (312) 862-2000
                                                       Facsimile:  (312) 862-2200
                                                       gianni.cutri@kirkland.com

                                                       Kat Li
                                                       State Bar No. 24070142
                                                       KIRKLAND & ELLIS LLP
                                                       401 Congress Avenue
                                                       Austin, TX 78701
                                                       Telephone:  (512) 678-9100
                                                       Facsimile:  (512) 678-9101
                                                       kat.li@kirkland.com

                                                       *Attorneys for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Industries LLC, Rhodium JV LLC, Rhodium Renewables LLC, Rhodium Shared Services LLC, Rhodium Shared Services PR Inc., Chase Blackmon, Cameron Blackmon, Nathan Nichols, Rhodium 2.0 Sub LLC, Rhodium Encore Sub LLC, Rhodium Renewables Sub LLC, Rhodium Ready Ventures LLC, Rhodium 10MW Sub LLC, Rhodium 30MW Sub LLC, I Ventures Enterprises LLC (fka Energy Tech LLC), Air HPC LLC, Jordan HPC LLC, and Jordan HPC Sub LLC.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel conferred and Plaintiff's counsel agreed to the relief sought on August 3, 2023. Accordingly, this motion and the relief requested herein are unopposed.

*/s/ Kat Li*
Kat Li

**CERTIFICATION OF SERVICE**

I, Kat Li, do hereby certify that on August 3, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's ECF System, which will automatically send notification to all counsel of record.

*/s/ Kat Li*
Kat Li
