IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**,<br><br>Plaintiff,<br><br>- vs. -<br><br>**Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC**;<br>**Rhodium Encore LLC**;<br>**Rhodium Renewables LLC**;<br>**Rhodium Renewables Sub LLC;**<br>**Rhodium Ready Ventures LLC;**<br><br>Defendants. | Case No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

## ORDER

BEFORE THE COURT is Defendants' Unopposed Motion to Withdraw Kat Li, Gianni Cutri, Gregory Polins, and Ashley Ross as Counsel. Having considered the Motion to Withdraw, the Court hereby **GRANTS** this motion.

It is therefore **ORDERED** that that is withdrawn as counsel of record for Defendants. The Court directs the Clerk to remove Kat Li, Gianni Cutri, Gregory Polins, and Ashley Ross from the Court's CM/ECF service list for this cause of action.

**SIGNED** on this _____ day of _____, 2023.

By:_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE