UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.;** <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC;** <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC;** <br> **Rhodium Encore LLC;** <br> **Rhodium Renewables LLC;** <br> **Rhodium Encore Sub LLC;** <br> **Rhodium Renewables Sub LLC;** <br> **Rhodium Ready Ventures LLC;** | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL FROM CASE OF ATTORNEYS:**

**Ruby A. Nagamine**

**Courtney A. Neufeld**

**James A. Shimota**

**Nicholas F. Lenning**

Joseph Thomas, as lead counsel in the above-reference matter, respectfully requests the Court remove the following attorneys as attorney of record in this case:

Ruby A. Nagamine;

Email: ruby.nagamine@klgates.com

Courtney A. Neufeld;

1

#418294v1

Email: courtney.neufeld@klgates.com

James A. Shimota;

Email: jim.shimota@klgates.com

Nicholas F. Lenning;

Email: nicholas.lenning@klgates.com

The attorneys Ruby A. Nagamine, Courtney A. Neufeld, James A. Shimota, and Nicholas F. Lenning from the law firm K&L Gates, LLP will no longer be involved in the above-referenced matter as counsel for the Plaintiff Midas Green Technologies, LLC. Plaintiff is represented by counsel from Thomas Whitelaw & Kolegraff LLP. The requested withdrawal of counsel will not cause prejudice or delay of representation in this case.

Defendants are not opposed to this motion.

Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the ECF notification system and the Court's records.

| | |
|---|---|
| DATED: September 29, 2023 | Respectfully submitted,<br> /s/ Joseph E. Thomas<br><br>Joseph E. Thomas (*admitted p.h.v.*<br>jthomas@twtlaw.com<br>William J. Kolegraff (*admitted p.h.v.*)<br>bkolegraff@twtlaw.com<br>Grant J. Thomas (*admitted p.h.v.*)<br>gthomas@twtlaw.com<br>THOMAS WHITELAW & KOLEGRAFF LLP<br>18101 Von Karman Ave., Suite 230<br>Irvine, California 92612<br>Telephone: (949) 679-6400 |

#418294v1

**CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel conferred and Defendants' counsel agreed to the relief sought on September 29, 2023. Accordingly, this motion and the relief requested herein are unopposed.

/s/ Joseph E. Thomas

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on September 29, 2023 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

/s/ Tierra Mendiola
Tierra Mendiola
tmendiola@twtlaw.com
Thomas Whitelaw & Kolegraff LLP

#418294v1