UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>Plaintiff,<br><br>- vs. -<br><br>**Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC**;<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC**;<br>**Rhodium 30mw LLC**;<br>**Rhodium Encore LLC**;<br>**Rhodium Renewables LLC**;<br>**Rhodium Encore Sub LLC**;<br>**Rhodium Renewables Sub LLC**;<br>**Rhodium Ready Ventures LLC**;<br><br>Defendants. | Civil Action No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

**PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION**

**FOR WITHDRAWAL FROM CASE OF ATTORNEYS:**

**Ruby A. Nagamine**

**Courtney A. Neufeld**

**James A. Shimota**

**Nicholas F. Lenning**

1

2

Having considered the Plaintiff's Unopposed Motion For Withdrawal From Case of Attorneys, the Court finds that the motion should be GRANTED.

IT IS ORDERED that the attorneys Ruby A. Nagamine, Courtney A. Neufeld, James A. Shimota, and Nicholas F. Lenning be withdrawn as counsel for the Plaintiff.

IT IS SO ORDERED this day of _____.

_____
Alan D. Albright
UNITED STATES DISTRICT JUDGE

2

#418327v1