UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:22-cv-50-ADA |
| | § | |
| RHODIUM ENTERPRISES, INC., *et al.* | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Midas Green Technologies, LLC ("Midas" or "Plaintiff") and Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium" or "Defendants") and respectfully request this Court extend deadlines in this matter pursuant to this Court's notice of unavailability of the scheduled March 18, 2023 trial date. (Dkt. 127) In support of this motion, the Parties would show the Court the following:

1. On July 12, 2023, the Parties respectfully requested all pending deadlines be extended an additional 60 days in order to allow them to complete the remaining discovery (Dkt. #126).

2. This Court granted the request on July 14, 2023 (Dkt. #127) and all deadlines were extended 60 days.

3. During the development of a deposition schedule, the parties came to realize that the fact discovery and expert discovery deadlines needed an additional 30 days to be

completed. They requested to extend fact and expert discovery without disrupting or changing the March 18, 2024 trial date.

4. The Parties submitted the amended scheduling order to extend fact and expert discovery and all other deadlines for an additional 30 days except for the trial date on September 20, 2023 (Dkt. 131).

5. The Court's clerk notified the Parties by email that the March 18, 2024 trial date is no longer available and suggested certain alternatives.

6. The Parties have met and conferred and conclude that Monday April 22, 2024 is amendable to the Parties as the new trial date.

7. Further, the Parties request that the scheduling order be modified to reflect the 34-day extension.

8. The Parties request the Court amend the scheduling order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. | 9/5/2023 | 11/08/2023 |
| Close of fact discovery | 9/26/2023 | 11/30/2023 |
| Opening of expert reports | 10/10/2023 | 12/15/2023 |
| Rebuttal of expert reports | 11/7/2023 | 1/19/2024 |

| | | |
|---|---|---|
| Close of expert discovery | 11/28/2023 | 2/09/2024 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | 11/28/2023 | 2/13/2024 |
| Last court day to file joint report regarding results of second meet and confer. | 12/5/2023 | 2/20/2024 |
| Dispositive motion deadline and Daubert motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). (Dkt. 54) | 12/4/2023 | 2/23/2024 |
| Last court day to file and serve response to dispositive motion and Daubert motions. ***Note: CV-7(d)(2) may set different deadline to file response. Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | 12/26/2023 | 3/8/2024 |
| Serve replies to dispositive motions and Daubert motions | 1/2/2024 | 3/19/2024 |
| Serve objections to pretrial disclosures/rebuttal disclosures | 1/8/2024 | 3/19/2024 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | 1/8/2024 | 3/19/2024 |

| | | |
|---|---|---|
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | | |
| Last court day to serve objections to rebuttal disclosures; file Motions in limine. | 1/14/2024 | 3/27/22 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. | 1/19/2024 | 4/03/24 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | 1/19/2024 | 4/03/24 |
| Last court day for parties to jointly email to Judge's law clerks text-editable chart listing each motion in limine. | 1/22/2024 | 4/04/23 |
| Last court day for parties to jointly contact court's law clerk for a Box link to submit to chambers unredacted copies of all pending motions and their exhibits, and to jointly send to chambers paper copies of motions without exhibits. ***Note: Parties to also jointly send | 1/22/2024 | 4/04/24 |

| | | |
|---|---|---|
| courtesy email providing Judge's law clerks with list of pending motions. | | |
| Last court day for party asserting invalidity or noninfringement to give notice to adverse party of information set forth in 35 USC 282. | 2/6/2024 | 4/04/24 |
| File Joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | 2/6/2024 | 4/04/24 |
| Re non-jury trial: Last court day to submit proposed final findings of fact and conclusions of law by email to Judge's law clerks. | 2/6/2024 | 4/04/24 |
| Final Pretrial Conference. Held in person unless otherwise requested. | 2/12/2024 | 4/09/24 |
| Reminder: Any party that intends to present evidence at trial that requires the use of technology is required to communicate this intention to court staff in advance of commencement of trial. | 2/19/2024 | 4/09/24 |
| Reminder: Counsel are required to bring physical copies of any depositions that have been taken of any witnesses who will testify at trial. | 2/19/2024 | 4/09/24 |
| Jury Selection/Trial Date | 3/18/2024 | 4/22/24 |

## CONCLUSION

The Parties respectfully request that the Court enter the above proposed schedule for this case.

| | |
|---|---|
| */s/ Melissa R. Smith*<br>Melissa R. Smith<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH LLP**<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: 903.934.8450<br>Facsimile: 903.934.9257<br><br>Elizabeth R. Brannen<br>**STRIS & MAHER LLP**<br>777 S. Figueroa St, Ste 3850 Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Fascimile: (213) 216-0299 Email:<br>ebrannen@stris.com<br>Attorneys for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 | */s/ Michael C. Smith*<br>Michael C. Smith<br>**SCHEEF & STONE, LLP**<br>State Bar No. 18650410<br>113 East Austin Street<br>Marshall, Texas 75670<br>Office: (903) 938-8900<br><br>Joseph E. Thomas (admitted p.h.v.)<br>William J. Kolegraff (admitted p.h.v.)<br>Grant J. Thomas (admitted p.h.v.)<br>**THOMAS WHITELAW & KOLEGRAFF LLP**<br>18101 Von Karman Ave., Suite 230 Irvine, California 92612<br>Telephone: (949) 679-6400<br>Fax: (949) 679-6405<br>jthomas@twtlaw.com<br>bkolegraff@twtlaw.com<br>gthomas@twtlaw.com<br>Attorneys for Plaintiff Midas Green Technologies |

## CERTIFICATE OF CONFERENCE

I certify that counsel for all Parties have conferred in good faith and this motion is joint.

*/s/ Joseph E. Thomas*

## CERTIFICATE OF SERVICE

I certify that counsel of record who have appeared electronically in this case have been served with a copy of this document via the Court's EM/ECF system.

*/s/ Tierra Mendiola*