**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 6:22-CV-00050-ADA |
| RHODIUM ENTERPRISES, INC., *et al*., | |
| *Defendant*. | |

## <u>NOTICE OF JOINT STIPULATION TO MODIFY DEADLINES</u>

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, dated March 7, 2022, Plaintiff Midas Green Technologies, LLC ("Midas") and Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium Defendants") (collectively, "Parties") hereby jointly notify the Court of the Parties' stipulation to extend the deadlines to serve opening and rebuttal expert reports.

Due to scheduling conflicts, the Parties have agreed to conduct the depositions of (i) Chase Blackmon; (ii) Cameron Blackmon; (iii) Jim Koen; (iv) Chris Boyd; (v) Kenneth Tooke; (vi) Michael Rainone; and (vii) Green Revolution Cooling after the close of fact discovery and before December 16, 2023. To accommodate these depositions, the Parties have agreed to extend the deadline to serve opening expert reports up to and including December 22, 2023, and the deadline to serve rebuttal expert reports up to and including January 26, 2024.

These extensions will not extend the deadline for any final submission that affects the

Court's ability to hold a hearing, trial, or other Court date nor will these extensions change the date of any hearing, trial, or other Court date. Finally, these extensions will not require any other modifications to the Court's schedule.

| CURRENT DEADLINE | NEW DEADLINE | EVENT |
| --- | --- | --- |
| December 11, 2023 | | Deadline to Produce Documents Pursuant to Federal Subpoena on Third-Party Bitmain, Inc. |
| December 11, 2023 | | Deadline to Produce Documents Pursuant to Federal Subpoena on Third-Party Canaan, Inc.. |
| December 11, 2023 | | Deadline to Produce Documents Pursuant to Federal Subpoena on Third-Party DCX USA, LLC |
| December 11, 2023 | | Deadline to Produce Documents Pursuant to Federal Subpoena on Third-Party MicroBT Whatsminer. |
| December 11, 2023 | | Deadline to Produce Documents Pursuant to Federal Subpoena on Third-Party Bixbit USA, Inc. |
| December 15, 2023 | **December 22, 2023** | Opening of expert reports |
| January 19, 2024 | **January 26, 2023** | Rebuttal expert reports |

Dated: December 1, 2023

Respectfully submitted,

*/s/ Joseph E. Thomas*

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (214) 706-4200

Anna Rebecca Skupin
Texas Bar No. 24084272
becca.skupin@solidcounsel.com

**SCHEEF & STONE, LLP**
200 North Travis Street, Suite 402
Sherman, Texas 75090
Telephone: (430) 262-5660

Joseph E. Thomas (*Pro Hac Vice*)
William J. Kolegraff (*Pro Hac Vice*)
Grant J. Thomas (*Pro Hac Vice*)
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

***Attorneys for Plaintiff***
***Midas Green Technologies***

*/s/ Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
Sarah Rahimi (*Pro Hac Vice*)
**STRIS & MAHER LLP**
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile:  (213) 216-0299
ebrannen@stris.com
khalpern@stris.com

pbrody@stris.com
srahimi@stris.com

Jhaniel James (*Pro Hac Vice*)
**STRIS & MAHER LLP**
111 North Calhoun Street, Suite 10
Tallahassee, Florida 21202
Telephone: (202) 800-5750
jjames@stris.com

***Attorneys for Rhodium Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a true and correct copy of this document via the Court's CM/ECF system on December 1, 2023.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith