# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>RHODIUM ENTERPRISES, INC., *et al*.,<br><br>  *Defendant*. | Civil Action No. 6:22-CV-00050-ADA |

## JOINT MOTION TO AMEND SCHEDULING ORDER

  Plaintiff Midas Green Technologies, LLC ("Midas Green") and Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium Defendants") (collectively, "Parties") file this Joint Motion to Amend Scheduling Order and would show the Court as follows:

  Pursuant to the Court's Order Granting Joint Motion for Entry of Amended Scheduling Order (Dkt. No. 139), the deadline for the Parties to file their dispositive and *Daubert* motions is February 23, 2024. *See* Dkt. No. 139. The deadline for the Parties to file their responses to dispositive and *Daubert* Motions is March 8, 2024. *Id*. The deadline for the Parties to file their replies to dispositive and *Daubert* motions is March 19, 2024. *Id*. At this time, the Parties respectfully request that the Court extend (1) the deadline to file dispositive and *Daubert* motions up to and including March 1, 2024; (2) the deadline to file responses to dispositive and *Daubert* motions up to and including March 15, 2024; and (3) the deadline to file replies to dispositive and *Daubert* motions up to and including March 26, 2024.

Good cause exists for these brief extensions. As the Court is aware, the Parties recently modified the deadlines for the Parties to complete expert witness discovery. *See* Dkt. No. 142. This brief one-week extension will ensure that that the Parties have sufficient time to finalize and file their dispositive and *Daubert* motions following the completion of expert witness discovery.

The Parties represent that this extension is not sought for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the deadline for the Parties to file (1) dispositive and *Daubert* motions up to and including March 1, 2024; (2) responses to dispositive and *Daubert* motions up to and including March 15, 2024; and (3) replies to dispositive and *Daubert* motions up to and including March 26, 2024.

Dated: February 20, 2024                           Respectfully submitted,

                                                                    */s/ Michael C. Smith (with permission)*
                                                                   _____
                                                                   Michael C. Smith
                                                                   Texas Bar No. 18650410
                                                                   michael.smith@solidcounsel.com
                                                                   **SCHEEF & STONE, LLP**
                                                                   113 East Austin Street
                                                                   Marshall, Texas 75670
                                                                   Telephone: (214) 706-4200

                                                                   Joseph E. Thomas (*Pro Hac Vice*)
                                                                   William J. Kolegraff (*Pro Hac Vice*)
                                                                   Grant J. Thomas (*Pro Hac Vice*)
                                                                   18101 Von Karman Avenue, Suite 230
                                                                   Irvine, California 92612
                                                                   jthomas@twtlaw.com
                                                                   bkolegraff@twtlaw.com
                                                                   gthomas@twtlaw.com

                                                                   ***Attorneys for Plaintiff***

*Midas Green Technologies*

 */s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
Sarah Rahimi (*Pro Hac Vice*)
**STRIS & MAHER LLP**
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile:  (213) 216-0299
ebrannen@stris.com
khalpern@stris.com
pbrody@stris.com
srahimi@stris.com

Jhaniel James (*Pro Hac Vice*)
**STRIS & MAHER LLP**
111 North Calhoun Street, Suite 10
Tallahassee, Florida 21202
Telephone: (202) 800-5750
jjames@stris.com

***Attorneys for Rhodium Defendants***

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a true and correct copy of this document via the Court's CM/ECF system on February 20, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith