**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>RHODIUM ENTERPRISES, INC., *et al*.,<br><br>　　　　*Defendant*. | Civil Action No. 6:22-CV-00050-ADA |

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

| Event | Former Date | New Date |
|---|---|---|
| Last court day to file joint report regarding results of second meet and confer | February 20, 2024 | |
| Dispositive motion deadline and Daubert motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). (Dkt. 54) | February 23, 2024 | **March 1, 2024** |
| Last court day to file and serve response to dispositive motion and Daubert motions. ***Note: CV-7(d)(2) may set different deadline to file response. Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | March 8, 2024 | **March 15, 2024** |
| Serve objections to pretrial disclosures/rebuttal disclosures | March 19, 2024 | |

| | | |
|---|---|---|
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | March 19, 2024 | |
| Serve replies to dispositive motions and Daubert motions | March 19, 2024 | **March 26, 2024** |
| Last court day to serve objections to rebuttal disclosures; file Motions in limine. | March 27, 2024 | |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. | April 3, 2024 | |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | April 3, 2024 | |
| Last court day for parties to jointly email to Judge's law clerks text-editable chart listing each motion in limine. | April 4, 2024 | |
| Last court day for parties to jointly contact court's law clerk for a Box link to submit to chambers unredacted copies of all pending motions and their exhibits, and to jointly send to chambers paper copies of motions without exhibits. ***Note: Parties to also jointly send courtesy email providing Judge's law clerks with list of pending motions. | April 4, 2024 | |

| | | |
|---|---|---|
| Last court day for party asserting invalidity or noninfringement to give notice to adverse party of information set forth in 35 USC 282. | April 4, 2024 | |
| File Joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | April 4, 2024 | |
| Re non-jury trial: Last court day to submit proposed final findings of fact and conclusions of law by email to Judge's law clerks. | April 4, 2024 | |
| Final Pretrial Conference. Held in person unless otherwise requested. | April 9, 2024 | |
| Reminder: Any party that intends to present evidence at trial that requires the use of technology is required to communicate this intention to court staff in advance of commencement of trial. | April 9, 2024 | |
| Reminder: Counsel are required to bring physical copies of any depositions that have been taken of any witnesses who will testify at trial. | April 9, 2024 | |
| Jury Selection/Trial Date | April 22, 2024 | |

**SIGNED** this _____ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE