United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Smith, Melissa Richards |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, February 21, 2024 |
| Re: | 06:22-CV-00050-ADA / Doc # 145 / Filed On: 02/20/2024 09:14 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Please refer to Judge Albright's Order Governing Proceedings in Patent Cases. Extensions of deadlines that do not change hearing dates are to be Noticed, not filed as a Motion. Please file the corrected document as a Notice. Extensions beyond 45 days from the original answer date are disfavored and require a motion.