IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

MIDAS GREEN TECHNOLOGIES, LLC,

    *Plaintiff*,

v.

RHODIUM ENTERPRISES, INC., *et al*.,

    *Defendant*.

Civil Action No. 6:22-CV-00050-ADA

## JOINT NOTICE TO AMEND SCHEDULING ORDER

Pursuant to the Court's Deficiency Notice (Dkt. No. 146) Plaintiff Midas Green Technologies, LLC ("Midas Green") and Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium Defendants") (collectively, "Parties") file this Joint Notice to Amend Scheduling Order and would show the Court as follows:

Pursuant to the Court's Order Granting Joint Motion for Entry of Amended Scheduling Order (Dkt. No. 139), the deadline for the Parties to file their dispositive and *Daubert* motions is February 23, 2024. *See* Dkt. No. 139. The deadline for the Parties to file their responses to dispositive and *Daubert* Motions is March 8, 2024. *Id*. The deadline for the Parties to file their replies to dispositive and *Daubert* motions is March 19, 2024. *Id*. At this time, the Parties respectfully request that the Court extend (1) the deadline to file dispositive and *Daubert* motions up to and including March 1, 2024; (2) the deadline to file responses to dispositive and *Daubert*

1

motions up to and including March 15, 2024; and (3) the deadline to file replies to dispositive and *Daubert* motions up to and including March 26, 2024.

| Event | Former Date | New Date |
|---|---|---|
| Dispositive motion deadline and Daubert motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). (Dkt. 54) | February 23, 2024 | **March 1, 2024** |
| Last court day to file and serve response to dispositive motion and Daubert motions. ***Note: CV-7(d)(2) may set different deadline to file response. Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | March 8, 2024 | **March 15, 2024** |
| Serve replies to dispositive motions and Daubert motions | March 19, 2024 | **March 26, 2024** |

Dated: February 21, 2024                    Respectfully submitted,

*/s/ Michael C. Smith (with permission)*

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (214) 706-4200

Joseph E. Thomas (*Pro Hac Vice*)
William J. Kolegraff (*Pro Hac Vice*)
Grant J. Thomas (*Pro Hac Vice*)
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
jthomas@twtlaw.com

bkolegraff@twtlaw.com
gthomas@twtlaw.com

*Attorneys for Plaintiff*
*Midas Green Technologies*

 */s/ Melissa R. Smith*
_____

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
Sarah Rahimi (*Pro Hac Vice*)
**STRIS & MAHER LLP**
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile:  (213) 216-0299
ebrannen@stris.com
khalpern@stris.com
pbrody@stris.com
srahimi@stris.com

Jhaniel James (*Pro Hac Vice*)
**STRIS & MAHER LLP**
111 North Calhoun Street, Suite 10
Tallahassee, Florida 21202
Telephone: (202) 800-5750
jjames@stris.com

*Attorneys for Rhodium Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a true and correct copy of this document via the Court's CM/ECF system on February 21, 2024.

*/s/ Melissa R. Smith*
———————————————
Melissa R. Smith