# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>RHODIUM ENTERPRISES, INC., *et al*.,<br><br>    *Defendant*. | Civil Action No. 6:22-CV-00050-ADA |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10mw LLC, Rhodium 2.0 LLC, Rhodium 30mw LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Defendants") respectfully requests that Jhaniel James of Stris & Maher LLP, be permitted to withdraw as counsel of record for Defendants. No prejudice will occur to any party because Defendants remain represented by other counsel of record at Stris & Maher LLP. Further, the granting of this motion imposes no delay and will not affect any deadlines in the case.

Dated: February 26, 2024

Respectfully submitted,

By: *Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

J. Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (Pro Hac Vice)
Peter J. Brody (Pro Hac Vice)
Sarah Rahimi (Pro Hac Vice)
STRIS & MAHER LLP
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile:  (213) 216-0299
ebrannen@stris.com
khalpern@stris.com
pbrody@stris.com
srahimi@stris.com

*Attorneys for Rhodium Defendants*

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2024, the documents filed with the Clerk of Court via the Court's CM/ECF system under seal in the above-captioned case were subsequently served on all counsel of record by electronic mail.

                                                                       */s/ Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff. Counsel for Plaintiff does not oppose this motion.

                                                                       */s/ Melissa R. Smith*