**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, *Plaintiff*, v. RHODIUM ENTERPRISES, INC., *et al.*, *Defendant*. | Civil Action No. 6:22-CV-00050-ADA |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Defendants' Unopposed Motion to Withdrawal Jhaniel James as attorney of record in the above-captioned matter. The Court, having considered same, is of the opinion the motion should be GRANTED.

SIGNED this ____ day of _____, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE