**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC**;<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC**;<br>**Rhodium 30mw LLC**;<br>**Rhodium Encore LLC**;<br>**Rhodium Renewables LLC**; | |
| Defendants. | |

## DECLARATION OF WILLIAM J. KOLEGRAFF IN SUPPORT OF PLAINTIFF'S

## MOTION TO CORRECT INVENTORSHIP UNDER 35 U.S.C. § 256

#420274v1

1

I, William J. Kolegraff, declare as follows:

1. I am a partner at Thomas Whitelaw & Kolegraff LLP, counsel of record for Plaintiff Midas Green Technologies, LLC ("Midas") in this action. The facts stated in this declaration are true to my knowledge, and if called as a witness, I can and would testify competently to them.

2. I make this declaration in support of Plaintiff's Motion to Correct Inventorship Under 35 U.S.C. 256.

3. Attached as **Exhibit A** is a true and accurate copy of Request for Correction of Inventorship in Patent Pursuant to 37 C.F.R § 1.324(a), dated March 21, 2023.

4. Attached as **Exhibit B** is a true and accurate copy of A statement from each person currently named as an inventor agreeing to change of inventorship.

5. Attached as **Exhibit C** is a true and accurate copy of A statement from the assignee of the parties, Midas Green Technologies, LLC, agreeing to the change of inventorship for U.S. Patent 10,405,457, dated March 20, 2023.

6. Attached as **Exhibit D** is a true and accurate copy of Application Data Sheet 37 CFR 1.76, dated March 21, 2023.

7. Attached as **Exhibit E** is a true and accurate copy of Statement under 37 CFR 3.73(c), dated March 7, 2023.

8. Attached as **Exhibit F** is a true and accurate copy of Power of Attorney executed by MIDAS GREEN TECHNOLOGIES, LLC, dated March 7, 2023.

9. Attached as **Exhibit G** is a true and accurate copy of the receipt showing full payment to the USPTO for making the correction.

10. Attached as **Exhibit H** is a true and accurate copy of a screenshot from the USPTO website of the current status for the '457 Patent, taken February 29, 2024.

I declare under penalty of perjury under the laws of the  that the foregoing is true and correct.

///

#420274v1                                              2

///

Executed March 1, 2024, at Irvine, California.

Respectfully submitted,
 /s/ William J. Kolegraff

Joseph E. Thomas (*admitted p.h.v.*)
*jthomas@twtlaw.com*
William J.  Kolegraff (*admitted p.h.v.*)
*bkolegraff@twtlaw.com*
Grant J. Thomas (*admitted p.h.v.*)
*gthomas@twtlaw.com*
THOMAS WHITELAW & KOLEGRAFF
LLP
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Attorneys for Plaintiff Midas Green
Technologies

#420274v1                           3

DECLARATION OF WILLIAM J. KOLEGRAFF
IN SUPPORT OF PLAINTIFF'S MOTION
TO CORRECT INVENTORSHIP UNDER 35 U.S.C. § 256

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on March 1, 2024 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

*/s/ Tierra Mendiola*

DECLARATION OF WILLIAM J. KOLEGRAFF
IN SUPPORT OF PLAINTIFF'S MOTION
TO CORRECT INVENTORSHIP UNDER 35 U.S.C. § 256