# EXHIBIT A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **Applicant:** MIDAS GREEN TECHNOLOGY, LLC | ) | **Examiner:** Devon, Russell L. |
| **Inventor(s):** C. Boyd et al. | ) | **Art Unit:** 3763 |
| **Patent No.** 10,405,457 B2 | ) | **Serial No.:** 14/355,533 |
| **Issue Date:** September 3, 2019 | ) | **Confirmation No.** 3995 |
| | ) | **Docket No.** JMG0001-01 |

**Title:**  APPLIANCE IMMERSION COOLING SYSTEM

<u>**REQUEST FOR CORRECTION OF INVENTORSHIP IN PATENT PURSUANT TO 37 C.F.R. § 1.324(a)**</u>

Pittsburgh, Pennsylvania 15222
March 21, 2023

<u>**VIA ELECTRONIC FILING**</u>

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

Pursuant to 37 C.F.R. § 1.324(a), Applicant respectfully requests amendment to the inventorship of U.S. Patent No. 10,405,457 B2 as outlined below.

An original Application Data Sheet was filed with the application naming Christopher L. Boyd, James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.  It has subsequently been determined that James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou should be removed as inventors of the patent.

Pursuant to 37 C.F.R. § 1.324(a), Applicant respectfully requests correction of the patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.  Christopher L. Boyd is the only inventor that should remain.  In support of this request, and pursuant to 37

C.F.R. § 1.324, please find attached:

(1) A statement from each person currently named as an inventor agreeing to the change of inventorship and stating that he/she has no disagreement in regard to the requested change;

(2) a statement from the assignee of the parties, MIDAS GREEN TECHNOLOGIES, LLC, under paragraph 37 C.F.R. § 1.324(b)(1) agreeing to the change of inventorship in the patent, which complies with the requirements of § 3.73(c);

(3) updated Application Data Sheet removing Inventors 2-7 and updating the Assignee name as follows:

> MIDAS GREEN ~~TECHNOLOGY~~, LLC
>
> MIDAS GREEN <u>TECHNOLOGIES</u>, LLC

(4) Statement under 37 C.F.R. § 3.73(c) executed by MIDAS GREEN TECHNOLOGIES, LLC attaching corrective Assignment;

(5) Power of Attorney executed by MIDAS GREEN TECHNOLOGIES, LLC; and

(6) the processing fee under 37 C.F.R. § 1.20(b).

If the Applicant's representative can be of assistance in addressing any remaining issues relating to this correction of inventorship, the Examiner may contact the undersigned at the number set forth below.

Respectfully submitted,

/Mark G. Knedeisen/
Mark G. Knedeisen
Registration No. 42,747

K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
(412) 355-6342

2