# EXHIBIT B

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: MIDAS GREEN TECHNOLOGY, LLC | Examiner: Devon, Russell L. |
| Inventor(s): C. Boyd et al. | Art Unit: 3763 |
| Patent No. 10,405,457 B2 | Serial No.: 14/355,533 |
| Issue Date: September 3, 2019 | Confirmation No. 3995 |
| | Docket No. JMG0001-01 |

Title: APPLIANCE IMMERSION COOLING SYSTEM

### STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

I, Christopher L. Boyd, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

Christopher L. Boyd

Signature: [signed]   Date: 2-24-23

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **Applicant:** MIDAS GREEN TECHNOLOGY, LLC | **Examiner:** Devon, Russell L. |
| **Inventor(s):** C. Boyd et al. | **Art Unit:** 3763 |
| **Patent No.** 10,405,457 B2 | **Serial No.:** 14/355,533 |
| **Issue Date:** September 3, 2019 | **Confirmation No.** 3995 |
| | **Docket No.** JMG0001-01 |

**Title:** APPLIANCE IMMERSION COOLING SYSTEM

### STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

I, James P. Koen, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

James P. Koen

Signature: [signed] 2-23-22
Date

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| **Applicant:** MIDAS GREEN TECHNOLOGY, LLC | ) | **Examiner:** Devon, Russell L. |
| **Inventor(s):** C. Boyd et al. | ) | **Art Unit:** 3763 |
| **Patent No.** 10,405,457 B2 | ) | **Serial No.:** 14/355,533 |
| **Issue Date:** September 3, 2019 | ) | **Confirmation No.** 3995 |
| | ) | **Docket No.** JMG0001-01 |

**Title:** APPLIANCE IMMERSION COOLING SYSTEM

---

### STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

I, David Christopher Laguna, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

<u>David Christopher Laguna</u>　　　　　　　*[signature]*　　　　　　　<u>March 20, 2023</u>
　　　　　　　　　　　　　　　　　　　　Signature　　　　　　　　　　Date

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: MIDAS GREEN TECHNOLOGY, LLC | ) | Examiner: Devon, Russell L. |
| Inventor(s): C. Boyd et al. | ) | Art Unit: 3763 |
| Patent No. 10,405,457 B2 | ) | Serial No.: 14/355,533 |
| Issue Date: September 3, 2019 | ) | Confirmation No. 3995 |
| | ) | Docket No. JMG0001-01 |

Title: APPLIANCE IMMERSION COOLING SYSTEM

## STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

I, Mario Conti Garcia, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

Mario Conti Garcia

*[Signature]*   02/23/23
Signature         Date

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **Applicant:** MIDAS GREEN TECHNOLOGY, LLC | **Examiner:** Devon, Russell L. |
| **Inventor(s):** C. Boyd et al. | **Art Unit:** 3763 |
| **Patent No.** 10,405,457 B2 | **Serial No.:** 14/355,533 |
| **Issue Date:** September 3, 2019 | **Confirmation No.** 3995 |
| | **Docket No.** JMG0001-01 |

**Title:** APPLIANCE IMMERSION COOLING SYSTEM

## STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

I, John Charles Tribou, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

John Charles Tribou

Signature: [signed] / 23 FEB 2023

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: MIDAS GREEN TECHNOLOGY, LLC | Examiner: Devon, Russell L. |
| Inventor(s): C. Boyd et al. | Art Unit: 3763 |
| Patent No. 10,405,457 B2 | Serial No.: 14/355,533 |
| Issue Date: September 3, 2019 | Confirmation No. 3995 |
| | Docket No. JMG0001-01 |

Title: APPLIANCE IMMERSION COOLING SYSTEM

## STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

I, Thomas R. Turner, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

Thomas R. Turner

Signature: *[signed]* Thomas R. Turner    Date: 2/28/2023

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant: MIDAS GREEN TECHNOLOGY, LLC ) | Examiner: Devon, Russell L. |
| ) | |
| Inventor(s): C. Boyd et al. ) | Art Unit: 3763 |
| ) | |
| Patent No. 10,405,457 B2 ) | Serial No.: 14/355,533 |
| ) | |
| Issue Date: September 3, 2019 ) | Confirmation No. 3995 |
| ) | |
| ) | Docket No. JMG0001-01 |

Title: APPLIANCE IMMERSION COOLING SYSTEM

**STATEMENT AGREEING TO CHANGE OF INVENTORSHIP**

I, Kenneth D. Swinden, am named as an inventor for U.S. Patent No. 10,405,457 B2. I hereby agree to change, and have no disagreement with changing, the inventorship of this patent to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

Kenneth D. Swinden                    *[signature]* 2-25-2023
                                       Signature            Date