# EXHIBIT C

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **Applicant:** MIDAS GREEN TECHNOLOGY, LLC | ) | **Examiner:** Devon, Russell L. |
| | ) | |
| **Inventor(s):** C. Boyd et al. | ) | **Art Unit:** 3763 |
| | ) | |
| **Patent No.** 10,405,457 B2 | ) | **Serial No.:** 14/355,533 |
| | ) | |
| **Issue Date:** September 3, 2019 | ) | **Confirmation No.** 3995 |
| | ) | |
| | ) | **Docket No.** JMG0001-01 |

**Title:** APPLIANCE IMMERSION COOLING SYSTEM

## STATEMENT AGREEING TO CHANGE OF INVENTORSHIP

Pursuant to 37 C.F.R. § 1.324(a), this is a statement from the assignee of the parties, MIDAS GREEN TECHNOLOGIES, LLC, under paragraph 37 C.F.R. § 1.324(b)(1) agreeing to the change of inventorship for U.S. Patent No. 10,405,457 B2, which complies with the requirements of 37 C.F.R. § 3.73(c). MIDAS GREEN TECHNOLOGIES, LLC agrees to the change of inventorship to remove James P. Koen, David Christopher Laguna, Thomas R. Turner, Kenneth D. Swinden, Mario Conti Garcia, and John Charles Tribou as inventors.

Signature _____     Date 3·20·23 _____

Printed Name: JAMES P KOEN

Title: CTO _____

MIDAS GREEN TECHNOLOGIES, LLC