# EXHIBIT E

PTO/AIA/96 (08-12)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: MIDAS GREEN TECHNOLOGIES, LLC

Application No./Patent No.: 10,405,457    Filed/Issue Date: September 3, 2019

Titled: Appliance Immersion Cooling System

MIDAS GREEN TECHNOLOGIES, LLC, a limited liability company

(Name of Assignee)    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

   [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest must be submitted to account for 100% of the ownership interest.

   [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (e.g., bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: CHRISTOPHER L. BOYD et al.    To: MIDAS GREEN TECHNOLOGY, LLC

      The document was recorded in the United States Patent and Trademark Office at

      Reel 033551, Frame 0489, or for which a copy thereof is attached.

   2. From: CHRISTOPHER L. BOYD et al.    To: MIDAS GREEN TECHNOLOGIES, LLC

      The document was recorded in the United States Patent and Trademark Office at

      Reel _____, Frame _____, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

4. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

5. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

6. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet(s).

[✓] As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

Signature: /James P Koen/   Date: 3.7.23

Printed or Typed Name: JAMES P KOEN

Title or Registration Number: CTO

[Page 2 of 2]

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| Christopher L. Boyd | Austin | Texas, USA |

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technologies ~~Technology~~, LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building. 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behalf of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____  12-15-2013
Christopher L. Boyd, Inventor   Date

_____  12/15/2013
O. Christopher Laguna, Witness   Date

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| James P. Koen | Round Rock | Texas, USA |

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technology [*Technologies*], LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building. 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behalf of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____   12-14-13
James P. Koen, Inventor       Date

_____   12/14/13
D. Christopher Laguna, Witness    Date

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| David Christopher Laguna | Austin | Texas, USA |

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technologies ~~Technology~~, LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building. 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behalf of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____  Dec. 16, 2013
David Christopher Laguna, Inventor    Date

_____  Dec. 16th 2013
Mario Conti Garcia, Witness    Date

J. V. Myers & Associates, P.C.                     1                                    JMG001-00

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| Mario Conti Garcia | Austin | Texas, USA |
|---|---|---|

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technology, LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building. 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behalf of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____    December 16th, 2013
Mario Conti Garcia, Inventor        Date

_____    12/16/13
David Christopher Lyons, Witness    Date

J. V. Myers & Associates, P.C.                1                                    JMG001-00

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| John Charles Tribou | Austin | Texas, USA |

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technologies, LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building. 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behalf of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____  16 Dec 2013
John Charles Tribou, Inventor      Date

_____  16 Dec 2013
James P Roen, Witness      Date

J. V. Myers & Associates, P.C.                    1                    JMG001-00

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| Thomas R. Turner | Georgetown | Texas, USA |

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technologies ~~Technology~~, LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behoof of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____  8/12/2014
Thomas R. Turner, Inventor      Date

_____  8/12/2014
Witness                          Date

# ASSIGNMENT AND AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, I,

| Kenneth D. Swinden | Hutto | Texas, USA |

have sold, assigned and transferred, and do hereby sell, assign and transfer unto Midas Green Technology, LLC, a limited liability company of the State of Texas, having its principal office at 8500 Shoal Creek, Building 2, Suite K, Austin TX 78757 ("Midas Green Tech"), and its successors, assigns, and legal representatives, the entire right, title and interest for the United States of America in and to certain inventions relating to improvements in:

## Appliance Immersion Cooling System

described, illustrated and claimed in an Application for Patent of the United States of America executed by me of even date herewith, together with the entire right, title and interest in and to said Application, and in and to Letters Patent which may be issued upon any Application for Letters Patent based on said Application, and upon any division, extension, continuation, or reissue of any such Application.

I hereby also sell, assign and transfer unto said Midas Green Tech, the entire right, title and interest in and to said invention, and in and to applications for Letters Patent therefor in all countries foreign to the United States of America, including all rights under any and all international conventions and treaties in respect of said inventions and said applications for Letters Patent in foreign countries, and I further authorize said Midas Green Tech, to apply for Letters Patent in foreign countries directly in its own name, and to claim the priority of the filing date of said application for Letters Patent of the United States of America under the provisions of any and all international conventions and treaties.

I hereby authorize and request the Commissioner for Patents of the United States of America to issue Letters Patent that may result from the timely filing of an Application for Letters Patent based on the aforesaid Application, as well as any division, extension, continuation or reissue of any such Application, to said Midas Green Tech, for the sole use and behoof of said Midas Green Tech, its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted, the same as they would have been held and enjoyed by me had this assignment not been made, and I hereby authorize and request the equivalent authorities in foreign countries to issue the patents of their respective countries to said Midas Green Tech

I agree that, when requested, I will, without charge to Midas Green Tech, but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said Midas Green Tech, its successors, assigns and legal representatives or nominees. I covenant with said Midas Green Tech, its successors, assigns and legal representatives, that the interest and property hereby conveyed is free from all prior assignment, grant, mortgage, license or other encumbrance.

_____   8-15-14
Kenneth D. Swinden, Inventor   Date

_____   8-15-14
                     Witness   Date