# EXHIBIT F

PTO/AIA/81A (02-15)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# PATENT - POWER OF ATTORNEY
# OR
# REVOCATION OF POWER OF ATTORNEY
# WITH A NEW POWER OF ATTORNEY
# AND
# CHANGE OF CORRESPONDENCE ADDRESS

| Field | Value |
|---|---|
| Patent Number | 10,405,457 |
| Issue Date | September 3, 2019 |
| First Named Inventor | Christopher L. Boyd |
| Title | Appliance Immersion Cooling System |
| Attorney Docket No. | JMG001-01 |

I hereby revoke all previous powers of attorney given in the above-identified patent.

☐ A Power of Attorney is submitted herewith.

OR

☒ I hereby appoint Practitioner(s) associated with the Customer Number identified in the box at right as my/our attorney(s) or agent(s) with respect to the patent identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:     **26285**

OR

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) with respect to the patent identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
|  |  |
|  |  |
|  |  |

Please recognize or change the correspondence address for the above-identified patent to:

☒ The address associated with the above-identified Customer Number.

OR

☐ The address associated with the Customer Number identified in the box at right:

☐ Firm or Individual Name

Address:
City:     State:     Zip:
Country:
Telephone:     Email:

I am the:
☐ Applicant.

OR

☒ Patent owner.
Statement under 37 CFR 3.73(c) (Form PTO/AIA/96) submitted herewith or filed on _____.

**SIGNATURE of Applicant or Patent Owner**

| | | |
|---|---|---|
| Signature | /James Koen/ | Date: 3-7-23 |
| Name | James Koen | Telephone: 512 844 5131 |
| Title and Company | Chief Technology Officer - MIDAS GREEN TECHNOLOGIES, LLC | |

NOTE: Signatures of all the applicants or patent owners of the entire interest or their representative(s) are required. If more than one signature is required, submit multiple forms, check the box below, and identify the total number of forms submitted in the blank below.

☑ A total of **1** forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public, which is to update (and by the USPTO to process) the file of a patent or reexamination proceeding. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*