# EXHIBIT G

**uspto**
UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 14/355,533 | 03/21/2023 03:37:57 PM ET | JMG001-01 |

### Title of Invention
Appliance Immersion Cooling System

### Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - U.S. National Stage under 35 USC 371 | PATENT # | 10405457 |
| CONFIRMATION # | 3995 | FILED BY | Amanda Kernan |
| PATENT CENTER # | 61777787 | AUTHORIZED BY | Mark Knedeisen |
| CUSTOMER # | 44070 | FILING DATE | 04/30/2014 |
| INTL. APPLICATION # | - | INTL. FILING DATE | - |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Christopher L. Boyd |

### Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| DA / 021818 | E20233KF39246758 | Amanda Kernan |

**PRE-AUTHORIZED ACCOUNT**
021818

**PRE-AUTHORIZED CATEGORY**
37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.19 (Document supply fees); 37 CFR 1.20 (Post Issuance fees); 37 CFR 1.21 (Miscellaneous fees and charges); 37 CFR 1.492 (National application filing, search, and examination fees)

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 2816 | PROCESSING FEE FOR CORRECTING INVENTORSHIP IN A PATENT | 160.00 | 1 | 160.00 |
| | | | TOTAL AMOUNT: | $160.00 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as