# EXHIBIT H

e Immersion Cooling System [PUBLIC VIEW]

| Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date |
|---|---|---|---|
| 3995 | JMG001-01 | 10,405,457 ⧉<br>Download PDF ⬇<br>Issued - 09/03/2019 | 04/30/2014 |

## Documents & transaction history

**Documents** | Transactions

owing 1 to 136 of 136 entries

| Mail room date ↑↓ | Doc code ↑↓ | Doc description ↑↓ | Pages ↑↓ | | Quick |
|---|---|---|---|---|---|
| 03/28/2023 | N570 | Communication - Re: Power of Attorney (PTOL-308) | 1 | Preview | PDF |
| 03/28/2023 | N570 | Communication - Re: Power of Attorney (PTOL-308) | 1 | Preview | PDF |
| 03/21/2023 | R48.REQ | Request under Rule 48 correcting inventorship | 2 | Preview | PDF |
| 03/21/2023 | R3.73 | Assignee showing of ownership per 37 CFR 3.73 | 2 | Preview | PDF |
| 03/21/2023 | LET. | Miscellaneous Incoming Letter | 7 | Preview | PDF |
| 03/21/2023 | PA.. | Power of Attorney | 1 | Preview | PDF |
| 03/21/2023 | N417 | Electronic Filing System Acknowledgment Receipt | 3 | Preview | PDF |
| 03/21/2023 | N417.PYMT | Electronic Fee Payment | 2 | Preview | PDF |
| 03/21/2023 | R48.REQ | Request under Rule 48 correcting inventorship | 7 | Preview | PDF |
| 03/21/2023 | LET. | Miscellaneous Incoming Letter | 6 | Preview | PDF |
| 03/21/2023 | R48.REQ | Request under Rule 48 correcting inventorship | 1 | Preview | PDF |
| 01/21/2022 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | 1 | Preview | PDF |
| 01/06/2022 | TRIAL.REQ.D | Request for Trial Denied | 21 | Preview | PDF |
| 02/25/2021 | SOL.NTC.SUIT | Report on the filing or determination of an action regarding a patent | 1 | Preview | PDF |