UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,**<br><br>    **Plaintiff,**<br><br>    - vs. -<br><br>**Rhodium Enterprises, Inc.;**<br>**Rhodium Technologies LLC;**<br>**Rhodium 10mw LLC;**<br>**Rhodium 2.0 LLC;**<br>**Rhodium 30mw LLC;**<br>**Rhodium Encore LLC; and**<br>**Rhodium Renewables LLC;**<br>    **Defendants.** | Civil Action No. 6:22-cv-00050-ADA<br><br>**Jury Trial Demanded** |

## ORDER ON PLAINTIFF'S MOTION TO CORRECT INVENTORSHIP UNDER 35 U.S.C. § 256

#420284v1

2

Having considered the Plaintiff's Motion to Correct Inventorship under 35 U.S.C. § 256, the Court finds that the motion should be GRANTED.

IT IS ORDERED that this Court orders the Director of the USPTO to correct the inventorship of U.S. Patent Number 10,405,457 as set out in the **Request Under Rule 48 Correcting Inventorship** filed with the USPTO on March 21, 2023, and to issue a certificate of correction. Accordingly, Midas shall notify the Director of the USPTO of this Court's Order and request that the Director issue a certificate of correction.

IT IS SO ORDERED this day of _____

_____
Alan D. Albright
UNITED STATES DISTRICT JUDGE
