UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| **Plaintiff,** | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.;** <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC;** <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC;** <br> **Rhodium Encore LLC; and** <br> **Rhodium Renewables LLC;** | |
| **Defendants.** | |

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE OPINIONS OF AND TO EXCLUDE TESTIMONY OF DR. JAMES LEE

2

    Having considered the Defendants' Motion to Strike Opinions of and Testimony of Dr. James Lee and all of the papers and evidence in support of and in opposition to the Motion, the Court finds that the motion is DENIED.

IT IS SO ORDERED this day of

                                            Alan D. Albright
                                            UNITED STATES DISTRICT JUDGE

#420475v1