UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:22-cv-50-ADA |
| RHODIUM ENTERPRISES, INC., *et al.* | § § § | |
| Defendant. | § | |

## JOINT NOTICE TO AMEND SCHEDULING ORDER

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines. Plaintiff Midas Green Technologies, LLC ("Midas Green") and Defendants (collectively, "Parties") file this Joint Notice to Amend Scheduling Order and would show the Court as follows:

Pursuant to the Court's Order Granting Joint Motion for Entry of Amended Scheduling Order (Dkt. No. 139), and the Joint Notice to Amend Scheduling Order (Dkt. No. 147), the deadline for the parties to serve their pretrial disclosures is March 15, 2024. The deadline for the Parties to serve objections to pretrial disclosures/rebuttal disclosures is March 19, 2024. The deadline for the Parties to serve objections to rebuttal disclosures is March 29, 2024. The Parties have agreed to extend the deadline for service of their pretrial disclosures to March 19, 2024, the deadline for objections to pretrial disclosures/rebuttal disclosure to March 26, 2024 and the deadline for service of objections to rebuttal disclosures to March 29, 2024.[1]

---

[1] The deadline filing of motions in limine remains March 27, 2024.

The requested changes: (1) are agreed to between the parties; (2) do not change the date of any hearing and or other Court date; and (3) do not extend any deadline of a pretrial submission that affects the Courts' ability to hold a scheduled hearing, trial, or Court event.

| Event | Former Date | New Date |
|---|---|---|
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | March 15, 2024 | March 19, 2024 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | March 19, 2024 | March 26, 2024 |
| Last court day to serve objections to rebuttal disclosures. | March 27, 2024 | March 29, 2024 |

Dated: March 18, 2024

  /s/ Melissa R. Smith
Melissa R. Smith
 melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Elizabeth R. Brannen
**STRIS & MAHER LLP**
777 S. Figueroa St, Ste 3850 Los Angeles, CA 90017
Telephone: (213) 995-6800
Fascimile: (213) 216-0299 Email:
ebrannen@stris.com

Attorneys for Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0

_[signature: Michael Smith]_

Michael C. Smith
**SCHEEF & STONE, LLP**
State Bar No. 18650410
113 East Austin Street
Marshall, Texas 75670
Office: (903) 938-8900

Joseph E. Thomas (admitted p.h.v.)
William J. Kolegraff (admitted p.h.v.)
Grant J. Thomas (admitted p.h.v.)
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

Attorneys for Plaintiff Midas Green Technologies

**CERTIFICATE OF CONFERENCE**

I certify that counsel for all Parties have conferred, and this motion is joint.

*/s/ Michael Smith*

**CERTIFICATE OF SERVICE**

I certify that counsel of record who have appeared electronically in this case have been served with a copy of this document via the Court's EM/ECF system.

*/s/ Michael Smith*