UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC**; <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC**; <br> **Rhodium 30mw LLC**; <br> **Rhodium Encore LLC**; <br> **Rhodium Renewables LLC**; <br> **Rhodium Encore Sub LLC**; <br> **Rhodium Renewables Sub LLC**; <br> **Rhodium Ready Ventures LLC**; <br><br> Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

## ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE*

Having considered the Plaintiff's Motion *in Limine* No. _ to Exclude Hearsay Testimony regarding CFD Simulations, the Court finds that the motion should be GRANTED.

IT IS SO. ORDERED


IT IS SO ORDERED this day of

                                                    Alan D. Albright
                                                  UNITED STATES DISTRICT JUDGE

#418327v1