# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00050-ADA |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) **JURY TRIAL DEMANDED** |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC;** | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REQUEST FOR
## DAILY TRANSCRIPTS AND REAL TIME REPORTING

COME NOW, Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC, and hereby request daily transcripts and real time reporting of the court proceedings during the trial in this action. A copy of this request was also sent via electronic mail to the Court Reporter, Ms. Kristie Davis, at kmdaviscsr@yahoo.com.

DATED: April 2, 2024                              Respectfully submitted,


                                                  */s/ Melissa R. Smith*
                                                  Melissa R. Smith
                                                  Texas Bar No. 24001351
                                                  **GILLAM & SMITH, LLP**
                                                  303 South Washington Avenue
                                                  Marshall, Texas 75670
                                                  Telephone: (903) 934-8450
                                                  Facsimile:  (903) 934-9257
                                                  melissa@gillamsmithlaw.com
                                                  J. Travis Underwood
                                                  Texas Bar No. 24102587
                                                  **GILLAM & SMITH, LLP**
                                                  102 North College Avenue, Suite 800
                                                  Marshall, Texas 75670
                                                  Telephone: (903) 934-8450
                                                  Facsimile:  (903) 934-9257
                                                  travis@gillamsmithlaw.com

                                                  Elizabeth R. Brannen
                                                  Kenneth J. Halpern (*Pro Hac Vice*)
                                                  Peter J. Brody (*Pro Hac Vice*)
                                                  Sarah Rahimi (*Pro Hac Vice*)
                                                  **STRIS & MAHER LLP**
                                                  777 South Figueroa Street, Suite 3850
                                                  Los Angeles, California 90017
                                                  Telephone: (213) 995-6800
                                                  Facsimile:  (213) 216-0299
                                                  ebrannen@stris.com
                                                  khalpern@stris.com
                                                  pbrody@stris.com
                                                  srahimi@stris.com


                                                  ***Attorneys for Rhodium Defendants***

## **CERTIFICATE OF SERVICE**

    I certify that on April 2, 2024, the documents filed with the Clerk of Court via the Court's CM/ECF system under seal in the above-captioned case were subsequently served on all counsel of record by electronic mail.

                                                        */s/ Melissa R. Smith*