UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, <br><br> Plaintiff, <br><br> - vs. - <br><br> **Rhodium Enterprises, Inc.;** <br> **Rhodium Technologies LLC;** <br> **Rhodium 10mw LLC;** <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30mw LLC;** <br> **Rhodium Encore LLC;** <br> **Rhodium Renewables LLC;** <br><br> Defendants. | Civil Action No. 6:22-cv-00050-ADA <br><br> **Jury Trial Demanded** |

<u>NOTICE OF REQUEST</u>

<u>FOR DAILY TRANCRIPTS AND REAL TIME REPORTING</u>

**PLEASE TAKE NOTICE** that Plaintiff Midas Green Technologies, LLC hereby requests daily transcripts and real time reporting of the court proceedings during the trial in this action, scheduled to commence on April 22, 2024. A copy of this request is also being emailed to the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.

DATED: April 3, 2024

Respectfully submitted,
 /s/ *Joseph E. Thomas*

Joseph E. Thomas (*admitted p.h.v.*)
William J. Kolegraff (*admitted p.h.v.*)
Grant J. Thomas (*admitted p.h.v.*)
THOMAS WHITELAW & KOLEGRAFF LLP

1

#415307v1

18101 Von Karman Ave., Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Fax: (949) 679-6405
jthomas@twtlaw.com
bkolegraff@twtlaw.com
gthomas@twtlaw.com

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Attorneys for Plaintiff Midas Green Technologies, LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who have appeared electronically in this case are being served with this document on April 3, 2024 by way of the primary email address that said counsel supplied to the Court's CM/ECF system.

/s/ Tierra Mendiola

#415307v1