# EXHIBIT A
# JOINT EXHIBIT LIST

| JX Number | Beginning Bates Number | Description |
| --- | --- | --- |
| JX0001 | MIDAS0397066 | U.S. Patent No. 10,405,457 |
| JX0002 | MIDAS0000001 | U.S. Patent Application No. 61/737,200 ("2012 Provisional") |
| JX0003 | MIDAS0000052 | U.S. Patent Application No. 61/832,211 ("2013 Provisional") |
| JX0004 | MIDAS0000078 | 457 Patent PCT Application |
| JX0005 | MIDAS0003334 | 457 Patent File History |

| JX Number | Beginning Bates Number | Description |
| --- | --- | --- |
| JX0006 | | Midas Green Technologies, LLC Profit & Loss, January through December 2013 (Sickmiller Ex. 2) |
| JX0007 | MIDAS0042235 | MGT Balance Sheet - 2015 |
| JX0008 | MIDAS0042223 | MGT Balance Sheet - 2017 |
| JX0009 | MIDAS0042225 | MGT Balance Sheet - 2019 |
| JX0010 | MIDAS0042227 | MGT Balance Sheet - 2018 |
| JX0011 | MIDAS0042229 | MGT Balance Sheet - 2020 |
| JX0012 | MIDAS0343164 | Midas Green Technologies Balance Sheet as of 12/31/2021 |
| JX0013 | MIDAS0409123 | Midas Green Technologies Balance Sheet as of 06/30/2023 |

| JX Number | Beginning Bates Number | Description |
| --- | --- | --- |
| JX0014 | RHOD0337308 | Rhodium Enterprises Condensed Consoildated Financial Statements - 3/31/22 |
| JX0015 | RHOD0337345 | Rhodium Enterprises Financial Statements - 12/31/21 |
| JX0016 | RHOD0337392 | Rhodium Enterprises Balance Sheet - 9/30/22 |
| JX0017 | RHOD0337393 | Rhodium Enterprises Consolidated Statements of Cash Flow - Q2 2022 |
| JX0018 | RHOD0337394 | Rhodium Enterprises Balance Sheet - 6/30/21 |
| JX0019 | RHOD0337395 | Rhodium Enterprises Balance Sheet - 9/30/21 |
| JX0020 | RHOD0337396 | Rhodium Enterprises Balance Sheet - 12/31/21 |
| JX0021 | RHOD0337397 | Rhodium Enterprises Condensed Consolidated Financial Statements - 6/30/21 |
| JX0022 | RHOD0337415 | Rhodium Eterprises Condensed Consolidated Financial Statements - 9/30/21 |
| JX0023 | RHOD0337449 | Jordan HPC P&L Statement - 5/31/22 |
| JX0024 | RHOD0337453 | Rhodium Enterprises Balance Sheet - 9/30/23 |
| JX0025 | RHOD0337461 | Rhodium 10MW P&L Statement - 5/31/22 |
| JX0026 | RHOD0337498 | Rhodium Enterprises Consolidated Financial Statement - Q4 2022 |
| JX0027 | RHOD0337534 | Rhodium Enterprises Inc. Consolidated Financial Statements, Dec. 31, 2021 and 2021 |
| JX0028 | RHOD0337565 | Rhodium Enterprises Balance Sheet - 3/31/23 |
| JX0029 | RHOD0337570 | Rhodium Enterprises Balance Sheet - 6/30/23 |
| JX0030 | RHOD0337579 | Rhodium Renewables Income Statement - 10/6/23 |
| JX0031 | RHOD0337580 | Rhodium Encore P&L Statement - 5/31/22 |
| JX0032 | RHOD0337583 | Rhodium 2.0 P&L Statement - 5/31/22 |
| JX0033 | RHOD0337584 | Rhodium 30MW P&L Statement - 5/31/22 |
| JX0034 | RHOD0337600 | Rhodium Enterprises Consolidated Statements of Cash Flow - Q1 2021 |