EXHIBIT B
PLAINTIFF'S EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P1. | GRC0002-0024 | 2010-01-12, Green Revolution Cooling, Inc. CarnotJet System | |
| P2. | RHOD0001100-104 | 2010-08-10, Green Revolution Cooling and Midas Networks Sales Contract Executed | |
| P3. | MIDAS0065321 | 2011-01-00, Green Revolution Cooling, The Clear Solution for Data Center Cooling | |
| P4. | MIDAS0302662 | 2011-02-00, Green Revolution Cooling, Inc. Company Intro | H |
| P5. | MIDAS0302705 | 2011-03-07, Email to J. Koen from C. Boyd RE sales agreement outline | H |
| P6. | MIDAS0274667 | 2011-03-07, Texas Office of the Secretary of State Certificate of Filing of Midas Green Technologies, LLC | H, F |
| P7. | MIDAS0302708 | 2011-03-11, Email to J. Koen from C. Best RE Marketing w/attachment(s) | H |
| P8. | MIDAS0303011 | 2011-03-31, Email to C. Best from D. Gibbs RE GR Cooling/VFA Call | |
| P9. | MIDAS0306615 | 2011-10-15, Email to F. Conti, From J. Koen RE Thursday Meeting | H |
| P10. | MIDAS0040993 | 2012-03-12, Inventor Notebook | |
| P11. | MIDAS0037700 | 2012-03-14, Handwritten Document-Improved Sled Package Invented by C. Boyd Witnessed by J. Koen | H |
| P12. | MIDAS0317792 | 2012-04-19, Email to J. Koen from K. Tooke RE good info w/attachment(s) | H |
| P13. | MIDAS0046362 | 2012-04-20, Inquiry re Power Consumption | H |
| P14. | MIDAS0046355 | 2012-04-24, Tank Design Drawing | H, F, IC |
| P15. | MIDAS0069355 | 2012-04-27, – Lids are too flimsy | H, IR |
| P16. | MIDAS0069351 | 2012-04-27, – Meeting with Deaton at Midas' new location 6th Street | H, IR |
| P17. | MIDAS0319275 | 2012-06-02 – Research re liquid cooled computers | H |
| P18. | MIDAS0319330 | 2012-06-13, Email String to J. Koen from C. Laguna RE Attn: Chris Luna | H |

#420867v1

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P19.** | MIDAS0319269 | 2012-06-18, – PCD visits Midas | H, F, IC |
| **P20.** | MIDAS0046368 | 2012-06-24, – Business Model | H |
| **P21.** | MIDAS0046378 | 2012-08-13, – Marketing/design considerations for PCD | H |
| **P22.** | MIDAS0046382 | 2012-09-21, Email String to J. Tribou from T. Presley RE design consideration from a marketing/sales perspective w/attachment(s) | |
| **P23.** | MIDAS0324631 | 2012-09-24, Email String to T. Presley from C. Boyd RE design considerations from a marketing/sales perspective w/attachment(s) | H |
| **P24.** | MIDAS0324645 | 2012-09-25, Email to J. Koen from F. Conti RE meeting | H |
| **P25.** | MIDAS0006908 | 2012-10-03, Email to J. Koen from J. Tribou RE random thoughts on forward direction | H |
| **P26.** | MIDAS0046421 | 2012-10-12,- Midas reaches out to investors | H |
| **P27.** | MIDAS0324869 | 2012-10-16, – Midas meets with Deaton Engineering | H |
| **P28.** | MIDAS0324757 | 2012-10-17, Email String to J. Tribou from K. Tooke RE alternate slide w/attachment(s) | H |
| **P29.** | MIDAS0324914 | 2012-10-18, Email String to J. Miller from K. Tooke RE Support | H |
| **P30.** | MIDAS0046427 | 2012-10-22, Email String to C. Boyd from J. Tribou RE question re interaction with C Best during development work at Midas | H |
| **P31.** | MIDAS0324956 | 2012-10-23, Email String to J. Koen from C. Best RE Support | H |
| **P32.** | MIDAS0189043 | 2012-10-24, Email String to clb@midasgreentech.com from J. Tribou RE welcome back | H |
| **P33.** | MIDAS0006935 | 2012-10-25, Email to J. Koen from J. Tribou RE latest rev of biz plan copy | H |
| **P34.** | MIDAS0189055 | 2012-10-25, Email to J. Koen from J. Tribou RE latest rev of biz plan copy w/attachment(s) | H |
| **P35.** | Deaton003274 | 2012-10-31,  Marketing/Design Spec Sheet from Deaton | H, F, AUTH |
| **P36.** | MIDAS0325053 | 2012-10-30, Email String to J. Tribou from C. Boyd RE VF drive pump (and bonus question/request) | H |
| **P37.** | MIDAS0006968-71 | 2012-10-31 Tank Design | H |
| **P38.** | MIDAS0008188-91 | 2012-11-06 – Deaton provides budget for tank manufacture | H |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P39.** | MIDAS0046430; MGT0034884 | 2012-11-16 – Sent JVM tank design | H, F. The document bearing the bates number MGT0034884 is not present on Rhodium's database. To the extent it is not a duplicate of MIDAS0046430, please provide it. |
| **P40.** | MIDAS0189926; MIDAS046398-99 | 2012-11-26, – Midas board meeting re business growth plan and current state | H, IC. No document bearing the Bates number MIDAS046398 appears in Rhodium's database. Please confirm that this is the correct Bates number. |
| **P41.** | MIDAS0328582 | 2013-10-04,- Deaton provides documents for patent application | H |
| **P42.** | MIDAS0325204 | 2012-12-03, – Business plan and valuation for Midas | H, IR |
| **P43.** | MIDAS0008389 | 2012-12-06 – Confirmed engagement with Deaton | |
| **P44.** | MIDAS0065183 | 2012-12-06, Email to C. Boyd from J. Tribou RE Power Blip and Cooling Tanks | H |
| **P45.** | MIDAS0008463 | 2013-01-10, DfR Solutions Improved Efficiency & Reliability for Data Center Servers Using Immersion Oil Cooling | H |

3

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P46.** | Deaton 010523-536 | 2013-01-25, Email to T. Turner from E. Deaton RE Midas SOW and Proposal w/attachment(s) AEO | H |
| **P47.** | MIDAS0008749 | 2013-02-01 - Control System Design Spec. | H, F |
| **P48.** | Deaton 010546 | 2013-02-04, Email to T. Turner from D. Swinden RE Midas AEO | H |
| **P49.** | Deaton010597 | 2013-02-07,  Oil Cooling system Concept discussion | H |
| **P50.** | Deaton 010565-93 | 2013-02-07, Email String to T. Turner from M. Conti RE Current Part Specifications w/attachment(s) AEO | H |
| **P51.** | MIDAS0065221 | 2013-02-08, Email String to C. Boyd from K. Tooke RE GRC system issue | H |
| **P52.** | Deaton010648; Deaton010650 | 2013-02-11, Control system interface structure change | H, F, IC |
| **P53.** | Deaton010700 | 2013-02-20, Controls interface discussion | H |
| **P54.** | Deaton010776 | 2013-03-12, Sends $25k to Deaton to manufacture and build tank | H, F, AUTH. Document description does not accurately reflect document contents. |
| **P55.** | Deaton 010778 | 2013-03-18, Email to C. Boyd from T. Turner RE Current Scope of Work AEO | H |
| **P56.** | Deaton 010815 | 2013-03-27, Email String to D. Swinden from T. Turner RE Project Status for Midas AEO | H |
| **P57.** | Deaton 010885-87 | 2013-04-03, Email String to T. Turner from M. Conti RE Concept Idea w/attachment(s) AEO | H |
| **P58.** | Deaton 010982-998 | 2013-04-17, Email to J. Koen from T. Turner RE Updated Design Requirements w/attachment(s) AEO | H |
| **P59.** | Deaton 011094-011110 | 2013-05-02, Email to Chris Boyd from T. Turner RE Design Requirements Document w/attachment(s) AEO | H |

4

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P60. | Deaton011464 | 2013-07-01, Midas sends $20k to Deaton for initial design and fabrication | H |
| P61. | MIDAS0068970 | 2013-07-02, Email String to M. Conti, From C. Boyd RE Possible tubing system? AEO | H |
| P62. | MIDAS0328256 | 2013-07-17, Email String to C. Boyd from C. Laguna RE Control boxes w/attachment(s) | H |
| P63. | Deaton 011508-509 | 2013-07-17, Email String to C. Boyd from D. Swinden RE Control boxes AEO | H |
| P64. | Deaton011617 | 2013-08-08 "Construction phase' | H |
| P65. | MIDAS0019151 | 2013-10-04, Midas Quote #41 to customer 78712 | H, IR |
| P66. | MIDAS0019435 | 2013-10-15, Email String to J. Koen from M. Conti RE Patent Filing Confidential | H |
| P67. | MIDAS0329218 | 2013-11-12, Email to S. Rosendahl from C. Laguna RE Cooling Technology | H |
| P68. | MIDAS0100986 | 2013-11-13, Email to S. Rosendahl from J. Koen RE Green Host IT | H |
| P69. | MIDAS0334924 | 2013-11-22,  – Signed Lease for 6th Street Location | H, IR |
| P70. | MIDAS0329644 | 2013-12-11, Email to J. Koen from C. Laguna RE Grc patent | H |
| P71. | Deaton 012451-456 | 2013-12-16, Email String to J. Koen from G. Dawson RE Assignment w/attachment(s) AEO | H, F |
| P72. | Deaton 012457-470 | 2013-12-16, Email String to J. Koen from G. Dawson RE PCT Paperwork w/attachment(s) AEO | H, F |
| P73. | MIDAS0329965 | 2014-01-23, – Current set of drawings | H |
| P74. | MIDAS0330146 | 2014-01-30, – Estimate to Complete MGT Immersion cooling system | H, F, IR |

5

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P75.** | MIDAS0100988 | 2014-02-12 - Working to pour concrete at 6th Street location for cooling towers | H, IR |
| **P76.** | MIDAS0330971-72 | 2014-05-06, Email String to J. Koen from C. Laguna RE ECR for Lid Redesign | H |
| **P77.** | MIDAS0020581 | 2014-07-25, – Demo of tank | H, IR |
| **P78.** | Best Ex. 4 | 2014-07-31, US Patent Application Publication Pub. No.: US 2014/0211412 A1 | |
| **P79.** | MIDAS0020672 | 2014-08-00, About Midas Green Technologies | H |
| **P80.** | Deaton012874 | 2014-09-07, – Open House – CH3 Data center and Midas Green Tech | H, IR |
| **P81.** | MIDAS0041697 | 2015-03-01, Asset Purchase Agreement CH3 Data_MGT | H, F, IR |
| **P82.** | MIDAS0025378 | 2016-01-02, Email to F. Conti, From J. Koen RE Recap of Members Meeting | H |
| **P83.** | MIDAS0341945 | 2016-12-15, Email String to M. Conti, From J. Koen RE Clear Communications w/attachment(s) | H |
| **P84.** | MIDAS0261598 | 2017-08-25, Email String to J. Koen from M. Hunter RE Follow Up | H |
| **P85.** | Long Ex. 60 | 2017-11-06, Email String to Cameron Blackmon from M. Long RE data center video | H |
| **P86.** | Long Ex. 61 | 2017-11-07, Email String to Cameron Blackmon from M. Long RE data center video | H, INC |
| **P87.** | Long Ex. 62 | 2017-11-09, Text Message to Cameron Blackmon from M. Long RE 3000 brand new s9s with PSU | H, INC |
| **P88.** | MIDAS0262504 | 2017-11-10, Email String to G. Testa from J. Koen RE GRC Deploys Immersed HPC Cluster at JPCU w/attachment(s) AEO | H |

6

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P89. | MIDAS0343197 | 2018 to 2021 plus 2022 Prelim., Midas Green Technologies General Ledgers Spreadsheets | H, 403 |
| P90. | Long Ex. 63 pages from IS0037666 (1-7) | 2018-03-12 to 03-14, Text Messages Marshall/Cameron/Chase RE "accountant sent us 3 months' worth of bills" | H, INC |
| P91. | RHOD0333065-69 | 2018-04-00, SMC sierra monitor SMC Cloud RESTful API Start-up Guide Applicability & Effectivity | H |
| P92. | Long Ex. 64 pages from IS0037666 (51-62) | 2018-06-15 to 07-07, Text Messages Marshall/Cameron/Chase RE "a new dog" | H, INC |
| P93. | IS0022149 | 2018-07-16, Discount Steel, Inc. Invoice Order No.: 4351081 | H, F |
| P94. | RHOD0092381-85 | 2018-08-03, Email String to Chase Blackmon from B. McElrath RE Mining Partnership - Update | H, F |
| P95. | Long Ex. 66 pages from IS0037667 (25-30) | 2018-08-22 to 08-31, Text Messages Marshall/Cameron/Chase RE "remaining 80 miners up and running." | H, INC |
| P96. | RHOD0055456-457 | 2018-08-31, Certificate of Formation Limited Liability Company-Filed in the Office of the Secretary of State of Texas | |
| P97. | Best Ex. 12 | 2018-11-06, US Patent No.: US 10,123,463 B2 | |
| P98. | RHOD0278179-181 | 2018-11-14, Certificate of Amendment The State of Texas; The name of the filing entity is: Immersion Systems LLC, Executed | |
| P99. | IS0023499-554 | 2019-03-29, Immersion Systems "The Definitive Guide for Immersion Cooling" | H |
| P100. | MIDAS0004181 | 2019-03-29, Immersion Systems, LLC Frequently Asked Questions | H, F, IR |
| P101. | MIDAS0097139 | 2019-04-10, Email to J. Koen from M. Conti RE Partnership Outline | H |
| P102. | MIDAS0102041 | 2019-05-01, Summary Company agreement Alcatex_MGT | H |
| P103. | RHOD0058312-314 | 2019-05-14, Email to Chase Blackmon from J. Mathews RE Updated Quote w/attachment(s) | H |
| P104. | IS0000829-834 | 2019-05-22, Discount Steel, Inc. Blueprint Drawings M20s - 40 Unit Tank | F |
| P105. | RHOD0010072 | 2019-06-06, Email Between Jonathan Brosseau[jonathan.brosseau@gmail.com]; David Brassard[dbrassard@novacap.ca] Ce: Blackmon, William[wgblackmon@bmsmanagement.com] | |

7

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P106.** | IS0007226-228 | 2019-08-06, Email to Cameron Blackmon from Google Forms RE Immersion Systems Discovery Questions | H |
| **P107.** | IS0007469-471 | 2019-08-09, Email to Chase Blackmon from C. Jacobs RE  thoughts w/attachment(s) | H |
| **P108.** | IS0007469 | 2019-08-09, Email to Chase Blackmon from C. Jacobs RE thoughts | H |
| **P109.** | RHOD0060007 | 2019-08-09, Email to Chase Blackmon from C. Jacobs RE thoughts | H |
| **P110.** | RHOD0132232 | 2019-08-15, Email to Jarad [jaradhoggan@gmail.com] from N. Nichols RE Immersion Systems | H, OR |
| **P111.** | ISO0001513 | 2019-08-19, Immersion System Purchase and Firmware Installation Services Agreement, Immersion Systems LLC & Melon Technologies LLC Fully Executed | H, F, IR, 403. Rhodium notes that the correct Bates number for this document appears to be IS0001513. To the extent Midas refers to a different document, please identify it, and all objections are preserved. |
| **P112.** | IS0015136 | 2019-08-22, Email to D. Lippe from Chase Blackmon RE RTM - Immersion Systems | H |
| **P113.** | RHOD0055944-946; RHOD0055949; RHOD0055946; RHOD0055950-958; RHOD0055947 | 2019-08-27, Email String to C. Jacobs from A. Thomas RE Quote Request w/attachment(s) | H |

8

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P114. | RHOD0092853-73 | 2019-10-06, Executive Employment Agreement, Executed | H, IR |
| P115. | RHOD0054021-025 | 2019-10-15, Email String to Cameron Blackmon from Chase Blackmon RE JPM Private Business Advisory Conference Call w/attachment | H |
| P116. | ISO0022794 | 2019-11-19, Immersion System Purchase and Firmware Installation Services Agreement w/Greenidge Generation, LLC, not Executed/exhibits | H, F, IR, 403. Rhodium notes that the correct Bates number for this document appears to be IS0022794. To the extent Midas refers to a different document, please identify it, and all objections are preserved. |
| P117. | MIDAS0031368 | 2019-12-02, MGT Budgetary Quote #12021C (Midas XCI Crypto Waterless System Complete Cooling Solution) | H, F |
| P118. | RHOD0199324-375 | 2020-00-00, Draft, Agreement of Limited Partnership of Permian BTC JVCO, LP | H, IR |
| P119. | RHOD0185735 | 2020-01-08, Acromag BusWorks XT Series Brochure Ethernet Analog and Discrete I/0 Modules | H |
| P120. | MIDAS0041742 | 2020-01-24, Letter to Edge Data Solutions, Inc. from Midas Green Technologies RE ongoing discussions between our two companies." | H |
| P121. | IS0032666-723; MGT000581 | 2020-02-04, Email to sales@immersionsystems.io from on behalf of A. Pennington RE [log received] [sales] United States Patent No., 10, 405, 457 | H, IR |
| P122. | RHOD0130153-56 | 2020-02-06, Email to N. Cerasuolo from N. Nichols RE Binding LOI Whinstone - Invitation to edit | H, OR |
| P123. | RHOD0130465-78 | 2020-02-17, IS Project Rhodium Business Model | H, OR |
| P124. | IS0002033 | 2020-02-12, Email to J. Parker from N. Nichols RE [sales] Quote | H, OR |
| P125. | Cerasuolo Ex. 3 | 2020-02-17, element Investor Presentation | H, IR |

9

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P126.** | RHOD0130465-66 | 2020-02-17, Email to M. Kelley from N. Nichols RE Rhodium pitch deck-- comments for consideration w/attachment(s) | H, IR |
| **P127.** | MGT0000849; MIDAS0031663-664 | 2020-03-04, Letter to  Immersion Systems LLC, Cameron Blackmon from A. Pennington, Hunt Pennington PLLC RE United States Patent No.: 10,405,457 - Appliance Immersion Cooling System - 2nd Notice | H, IR, 403 |
| **P128.** | RHOD0104090-128 | 2020-03-06, Email String to Cameron Blackmon from N. Cerasuolo RE Edited JV Agreement w/attachment(s) | H, OR |
| **P129.** | RHOD0103950-988 | 2020-03-09, Email to legal@imperiumpartners.io from legal@imperiumpartners.io RE Document Rhodium JV LLC -operating agreement Mar 6 2020 CLEAN - FINAL v1 w/attachment(s) | H, OR |
| **P130.** | RHOD0007112 | 2020-03-27, Email to L. Theriot from Chase Blackmon RE Rhodium Tanks with attachments | H |
| **P131.** | MIDAS0098759 | 2020-03-30, Email to J. Koen from M. Conti RE Proposal | H |
| **P132.** | RHOD0007119-120 | 2020-03-31, Email to D. Michael from Chase Blackmon RE Newest CAD File for 24 Whatsminer M30s | H |
| **P133.** | RHOD0004071 | 2020-04-01 Inception to 12-31-2020, Rhodium Enterprises LLC and Rhodium JV LLC Consolidated and Combined Financial Statements | H |
| **P134.** | RHOD0067308-408 | 2020-04-08, Confidential Private Placement Memorandum for Rhodium 30mw LLC | H, |
| **P135.** | Cameron Ex. 123 | 2020-04-08, Texas Secretary of State Business Organizations Inquiry - Rhodium JV LLC | |
| **P136.** | IS0009566-67 | 2020-04-22, Email String to M. Long from N. Nichols RE Miner Repair/Warranty issues | H |
| **P137.** | RHOD0102025-27 | 2020-04-24, Email String to N. Cerasuolo from A. Sullivan RE Immersion Systems // XMS - Intro | H, IR |
| **P138.** | RHOD0129601-603 | 2020-04-24, Email to louis@mimesiscapital.com from N. Nichols RE Louis - Rhodium (Mbre Info) | H |
| **P139.** | RHOD0130229 | 2020-05-12, Email to D. Johnston from N. Nichols RE Intro to Pal Capital w/attachment(s) | H, IR |
| **P140.** | RHOD0067409 | 2020-05-18, Rhodium Draft Returns Analysis | H |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P141. | RHOD0067050-53 | 2020-05-18, Email String to W. Vaughan from N. Nichols RE Intro | H, IR |
| P142. | RHOD0067305-07 | 2020-05-18, Email to D. Boirun from N. Cerasuolo RE Rhodium PPM + Model for Realio Fund w/attachment(s) | H, IR |
| P143. | RHOD0067601-11 | 2020-05-21, Email String to R. Barbash from N. Cerasuolo RE Ross Barbash Imperium Team -- follow up call w/attachment(s) | H, IR |
| P144. | | 2020-05-29, Original Complaint for Patent Infringement Against Immersion Systems LLC | H, NP, IR |
| P145. | RHOD0070493-98 | 2020-06-02, Email String to T. Zacker from N. Nichols RE Rhodium 30MW Investment Thesis | H |
| P146. | RHOD0010839-42 | 2020-06-04, Email to Cameron Blackmon from Chase Blackmon RE Manufacturing Services Agreement w/attachment(s) | H |
| P147. | RHOD0062471-72 | 2020-06-04, Email to Chase Blackmon from N. Nichols RE Manufacturing Services Agreement | H |
| P148. | RHOD0062493-94 | 2020-06-05, Email to Owners of Rhodium Mining from Cameron Blackmon RE Document Rhodium 30MW Manufacturing Agmt | H |
| P149. | MIDAS0044418 | 2020-06-18, Immersion Edge Lincoln Rackhouse Immersion Cooling Facility_AEO | |
| P150. | RHOD0131665-66 | 2020-06-11, Email String to R. Barbash from N. Nichols RE SPV Docs, New Model and Stash | H, OR |
| P151. | RHOD0127353-54 | 2020-06-15, Email to N. Nichols from M. Al-Mashita RE GDA and Proof Capital launch $2 Million Dollar Fund | H, IR |
| P152. | Poulin Ex. 11 | 2020-06-22, Diamond Quad Views-Based upon the file: diamond quad - for lenert Drawings | INC, IC |
| P153. | MIDAS0032263 | 2020-06-24, Reseller Agreement EDSI_MGT | H |
| P154. | MIDAS0044458 | 2020-07-02, EVS Metal Quote #16044 | |
| P155. | RHOD00318421-531 | 2020-07-07, UPDATED Confidential Private Placement Memorandum for Rhodium 30mw LLC | H, IR |
| P156. | MIDAS0294252 | 2020-07-11, Group Text Messages Number of Participants 8 J. Koen, M. Conti, F. Conti, D. Branscum, S. Sickmiller, B. Frantz and D. Burgess | H |
| P157. | RHOD0000002-23 | 2020-07-13, Thermosystems Job Name: Georgetown Project, Submitted by: Mike Murray, Job # 39497 | H |

#420867v1

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P158. | RHOD0007935 | 2020-07-17, Email String to orders@drycoolers.com from Chase Blackmon RE J-7465--Drawing Approval Required--PO P-28665B w/ attachment(s) | H |
| P159. | MIDAS0294414 | 2020-07-22, Automation Direct Quotation #6370084WDQF | |
| P160. | MIDAS0294407 | 2020-07-22, MGT PO #XCIC-0001 to Ion Design | H |
| P161. | RHOD0132927-30 | 2020-07-27, Email String to R. Barbash from N. Cerasuolo RE Rhodium Opportunity and Requests | H |
| P162. | RHOD0132906-910 | 2020-07-28, Email String to N. Cerasuolo from R. Barbash RE Rhodium Opportunity and Requests | H |
| P163. | RHOD0091022-29 | 2020-08-15, Email String to N. Nichols from E. Samuel RE Rhodium PPM + Model for Realio Fund | H |
| P164. | MIDAS0242974 | 2020-09-10, Email to D. Wannemacher from J. Koen RE EDSI and Midas Updates | H |
| P165. | GRC0469-472 | 2020-09-29, GRC GEN 10 42U DUO ASSEMBLY Schematic | |
| P166. | GRC0484-487 | 2020-09-29, GRC GEN 10 42U QUAD ASSEMBLY Schematic | |
| P167. | MIDAS0041824 | 2020-10-01, License Agreement EDSI_MGT | H |
| P168. | RHOD0206930-943 | 2020-10-07, Draft, Intellectual Property License Agreement between Imperium Investment Holdings LLC and Permian BTC JVCO, LP | H, IR |
| P169. | MIDAS0295671 | 2020-10-08, Midas PO #MC12U-009 | H |
| P170. | MIDAS0295457 | 2020-10-12, Number of participants RE JCI Reseller Agreement 10-11-20 MC.docx | IR |
| P171. | RHOD0017948-949 | 2020-10-14, Email String to B. Whitnell from N. Nichols RE IP License Agreement with Permian BTC JVCO LP | H, IR |
| P172. | MIDAS0296277 | 2020-11-23, MGT Budgetary Quote #112320-1 (Edge Data Center Solutions Stage 1 Proposal) | H |
| P173. | MIDAS0296275 | 2020-11-23, MGT Budgetary Quote #112320-1 (Edge Data Center Solutions Stage 2 Proposal) | H |
| P174. | MIDAS0041840 | 2020-12-04, Amended and Restated License Agreement EDSI_MGT | H |

12

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P175.** | RHOD0180949-953 | 2020-12-31, Rhodium Legal Entity Structure | H |
| **P176.** | MIDAS0244453 | Midas XCI System User Manual | |
| **P177.** | RHOD0148834-35 | 2021-01-24, Email to N. Nichols from D. Stadlin RE Rhodium Pitch - Updated | H |
| **P178.** | RHOD0049269-272 | 2021-01-25, Email to Chase Blackmon from C. Gossett RE Fwd: w/attachment(s) | H |
| **P179.** | RHOD0148126-138 | 2021-02-00, Rhodium 2.0 Catalogue | H, IR, MIL |
| **P180.** | RHOD0003957 | 2021-02-01, Confidentiality, Proprietary Rights, and Protective Covenants Agreement, Cameron Blackmon Fully Executed Outside AEO | H |
| **P181.** | RHOD0003946 | 2021-02-01, Confidentiality, Proprietary Rights, and Protective Covenants Agreement, Chase Blackmon Fully Executed Outside AEO | H, IR |
| **P182.** | RHOD0003624 | 2021-02-01, Confidentiality, Proprietary Rights, and Protective Covenants Agreement, Nathan B. Nichols Fully Executed Outside AEO | H |
| **P183.** | MIDAS0041894 | 2021-02-01, Reseller Agreement Alcatex_EDSI | H |
| **P184.** | MIDAS0250534 | 2021-02-11, Email String to J. Fitch from M. Conti RE Proposal - Add a "Why Midas" table with our compelling advantages to the web site w/attachment(s) | H |
| **P185.** | RHOD0046281-289 | 2021-03-02, Email String to Chase Blackmon from J. Curbo Re Rhodium Mining - Final Designs w/attachment(s) | H |
| **P186.** | MIDAS0250953 | 2021-03-04, Email to S. Howell from M. Conti RE Midas-Whinstone proposal w/attachment(s) | H |
| **P187.** | GRC0516-518 | 2021-03-09, REVISION TABLE-ICEraQ-10Q ELECTRICAL SCHEMATIC | |
| **P188.** | MIDAS0251012 | 2021-03-11, Email String to F. Conti from L. Theriot RE Midas-Whinstone proposal | H |
| **P189.** | MIDAS0301168 | 2021-03-15, EDSI PO No. 1006 | H, IR |
| **P190.** | MIDAS0343294 | 2021-03-15, Midas Green Technologies Purchase Order No.: 1006 to HDI Investors, LLC (w/additional PO and CO)_Outside AEO | H, F, IC |
| **P191.** | RHOD0147165-66 | 2021-03-16, Email to S. Gilbert from A. Ausiello RE ops forecast template @ $30K BTC w/attachment(s) | H |

13

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P192.** | MIDAS0002966 | 2021-03-17, Plaintiff Midas' Response to Immersion's First Set of Rogs and Rfps | H, F, IR, 403 |
| **P193.** | MIDAS0041929 | 2021-03-24, Reseller Agreement Exuvi8_MGT | H |
| **P194.** | RHOD0004740 | 2021-03-26, Ameritex Invoice Number 86497 to Rhodium Mining | H |
| **P195.** | RHOD0328078 | 2021-04-12, Email to C. VanZoeren from A. Hammett RE VFD | H |
| **P196.** | RHOD0196056-58 | 2021-04-14, Email to J. Moore from N. Cerasuolo RE Anticipated Roll-Up, IPO, and Our Future Together | H, IR |
| **P197.** | RHOD0185744-45 | 2021-04-21, Memo to M. Long from F. Yost w/Relevant Solutions RE Remote IO for temperature and pressure monitoring | H |
| **P198.** | RHOD0004741 | 2021-04-23, Ameritex Invoice Number 86833 to Rhodium Enterprises LLC | H |
| **P199.** | MIDAS0251686 | 2021-04-23, Email String to J. Esquier from J. Koen RE Immersion mutual Cooperation Agreement | H |
| **P200.** | RHOD0004742 | 2021-04-27, Ameritex Invoice Number 86858 to Rhodium Enterprises LLC | H |
| **P201.** | RHOD0004743 | 2021-04-28, Ameritex Invoice Number 86873 to Rhodium Enterprises LLC | H |
| **P202.** | RHOD0004737 | 2021-05-14, Kelvion URV-MF102L2X-091E800-XKH016S1 Final Assembly Blueprint | |
| **P203.** | MIDAS0002664 | 2021-05-18, Plaintiff Midas' First Amended Response to Immersion's First set of Rogs and RFPs | H, F, IR, 403 |
| **P204.** | RHOD0039850-51 | 2021-05-26, Email String to D. Sundin from N. Nichols RE EF Rhodium Mining - Fluid Deployment and Contracting Work Stream | H |
| **P205.** | MIDAS0343325 | 2021-05-26, Whinstone US Inc. Purchase Order No.: WCO-2107 to Midas Green Technologies Outside AEO | H, F, IC |
| **P206.** | MIDAS0409100 | 2021-06 to 2023-06, Midas Immersion Cooling Pricing Analysis Table Outside AEO | H, F, AUTH |
| **P207.** | MIDAS0409964-0410048 | 2021-06-00, Midas Green Tech Marketing Strategy | H |
| **P208.** | RHOD0036481-482 | 2021-06-03, Email String to C. VanZoeren from B. Peterson RE Blanks made w/attachment(s) | H |

14

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|
| **P209.** RHOD0121340-52 | 2021-06-06, Email to D. Wall from J. Melillo RE Rhodium - Perot Family Office - bitcoin mining (list of attendees) - question w/attachment(s) | H |
| **P210.** RHOD0004218 | 2021-06-07, Rhodium Enterprises Presentation | H |
| **P211.** MIDAS0343222 | 2021-06-11, Whinstone US Inc. Purchase Order No.: WEL-2117 to Midas Green Technologies (w/additional PO)_Outside AEO | H, F, IC, AUTH |
| **P212.** MIDAS0343175 | 2021-06-11, Whinstone US Inc. Purchase Order No.: WELL-2117 to Midas Green Technologies | H |
| **P213.** MIDAS0253197 | 2021-06-15, Envirosep PO #PO-w200-001-01 | H |
| **P214.** MIDAS0409962 | 2021-06-30, Email to S. Howell from M. Conti RE slide deck draft w/attachment(s) | H |
| **P215.** RHOD0119635-36 | 2021-06-30, Letter to Lt. Governor Patrick from N. Nichols RE Christian Business Culture and Bitcoin w/Nathan Nichols CV attachment(s) | H, IR |
| **P216.** RHOD0083342-344 | 2021-07-01, Rhodium Enterprises, Inc. Unanimous Written Consent of Sole Director to Action Taken w/out a Meeting, Executed | H |
| **P217.** RHOD0185342 | 2021-07-14, Email String to M. Kulesza from G. Tang RE *EXTERNAL Acromag Software | H |
| **P218.** MIDA0042235-236 | 2021-07-14, Midas Green Technologies, LLC Balance Sheet as of December 31, 2015 | H |
| **P219.** MIDAS0301167 | 2021-07-15, EDSI PO No. 1019 | H, IR |
| **P220.** MIDAS0042282 | 2021-07-15, '457 and '446 Claim Charts of MGT Commercial Embodiment - 12U Tank | H, F, IC, 403, 1006. Rhodium further objects that testimony about the subject matter of this claim chart is inadmissible pursuant to Rhodium's motion to exclude the testimony of Dr. James Lee. |

15

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P221. | MIDAS0042237 | 2021-07-20, '457 and '446 Claim Charts of MGT Commercial Embodiment - 50U Tank | H, F, IC, 403, 1006. Rhodium further objects that testimony about the subject matter of this claim chart is inadmissible pursuant to Rhodium's motion to exclude the testimony of Dr. James Lee. |
| P222. | RHOD0004256 | 2021-08-00, Rhodium Presentation | H |
| P223. | RHOD0185381 | 2021-08-02, Email to J. Melillo from C. Blackmon RE box v1 - Project Rocket - Business Section w_attachment Project Rocket | H |
| P224. | RHOD0185369 | 2021-08-02, Email to M. Long from J. Melillo RE box v1 | H |
| P225. | RHOD0144563; RHOD0145752 | 2021-08-02, Email to N. Nichols from A. Ausiello RE Power Agreements w/attachment(s) | H |
| P226. | MIDAS0301170 | 2021-08-12, EDSI PO No. 1024 | H, IR |
| P227. | MIDAS0343291 | 2021-08-12, Midas Green Technologies Purchase Order No.: 1024 to Mini Kix, Inc. (w/additional PO)_Outside AEO | H, F, IC |
| P228. | MIDAS0343308 | 2021-08-12, Midas Green Technologies Purchase Order No.: 1027 to Mini Kix, Inc. (w/additional PO and CO)_Outside AEO | H, F, IC |
| P229. | MIDAS0343363 | 2021-08-12, Midas Green Technologies, LLC Purchase Order No.: PO-W200-001-C02 to Envirosep, Inc. Outside AEO (w/additional PO) | H, F, IC |
| P230. | MIDAS0343371 | 2021-08-12, Module and Tank Tracking Spreadsheet (3 active sheets) | H, F, AUTH |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P231.** | RHOD0003470 | 2021-08-13, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P232.** | RHOD0082241-264 | 2021-08-14, Email to Cameron Blackmon from C. Topping RE NDA Links w/attachment(s) | H |
| **P233.** | MIDAS0301200 | 2021-08-21, EDSI PO No. 1027 | H, IR |
| **P234.** | RHOD0158079-124 | 2021-09-15, Imperium Investments Holdings LLC | H, IR, MIL |
| **P235.** | MIDAS0301169 | 2021-09-23, EDSI PO No. 1029 | H, IR |
| **P236.** | RHOD0027917-19 | 2021-09-23, Email Chain Between Caleb VanZoeren, Will Broadman, Chase Blackmon, Jonathan K Grice, Calaway M McQueen, Jorge Calderon | |
| **P237.** | MIDAS0343315 | 2021-09-23, Midas Green Technologies Purchase Order No.: 1029 to BitCat (w/additional PO)_Outside AEO | H, F, IC |
| **P238.** | RHOD0004660 | 2021-09-24, Grundfos Quotation System 21.3.1 Pump Performance Datasheet | |
| **P239.** | MIDAS0343195 | 2021-09-28, Midas Green Technologies Estimate No.: 2 to Whinstone | H |
| **P240.** | MIDAS0100522 | 2021-09-30, Email String to D. Branscum from M. Conti RE Midas paragraph | H |
| **P241.** | RHOD0162456-490 | 2021-09-30, Project Rocket Rhodium Investor Presentation Confidential-AEO | H |
| **P242.** | RHOD0157876-0158078 | 2021-10-06, AltaView Advisors Imperium Investments Holdings LLC, Company Catalogue | H, IR, MIL |
| **P243.** | RHOD0004748 | 2021-10-06, Ameritex Invoice Number 50088 DWN PMT to Rhodium Renewables | H |
| **P244.** | MIDAS0400211 | 2021-10-15, Complete Submittal  200 MW Installation Whinstone Rev D | |
| **P245.** | RHOD0004738 | 2021-10-20, Ameritex Invoice Number 50192 DWN PMT to Rhodium 70MW 7546_Outside AEO | H |

17

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P246.** | MIDAS0343259 | 2021-10-23, 360mining.com - New Deal Quote Reference No.: 20211023-114137332 (w/additional PO and CO)_Outside AEO | H, F, IC |
| **P247.** | RHOD0012767 | 2021-10-24, Email String to J. Melillo from C. Blackmon RE edits w_attachment Roadshow Script | H |
| **P248.** | RHOD0012768 | 2021-10-24, Roadshow Script V3.5 Chase updated Section | H |
| **P249.** | RHOD0003138 | 2021-10-28, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P250.** | MIDAS0100601 | 2021-10-30, Email to S. Howell from M. Conti RE Midas Strategy w/attachment(s) | H |
| **P251.** | MIDAS0104944 | 2021-11-03, Email to A. Boen from J. Koen RE Immersion Edge Dissolution w/attachment(s) | H |
| **P252.** | RHOD0022989 | 2021-11-04, Industrial Builders Rhodium Fan Tower and Munters Unit Electrical Blueprint_Outside AEO | H |
| **P253.** | RHOD0004189 | 2021-11-11, Rhodium Presentation | H |
| **P254.** | RHOD0155723 | 2021-11-12, Email to A. Peloubet from D. Elliot RE NetZero w/attachment(s) | H, IR |
| **P255.** | B_Riley-000979-86 | 2021-11-15, Email String to J. Nardini from N. Cerasuolo RE Rhodium - Additional Disclosure | H, IR |
| **P256.** | RHOD0002854 | 2021-11-16, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P257.** | RHOD0004657 | 2021-11-17, Ebara Pump Performance Datasheet Quotation System 21.4.0_Outside AEO | |
| **P258.** | RHOD0004272 | 2021-11-20, Rhodium Enterprises Deck | H |
| **P259.** | RHOD0023696-23720 | 2021-11-22, Email to N. Cerasuolo from A. Peloubet RE CONFIDENTIAL - 2021-Q3 financials for Fairbairns w/attachment(s) | H, IR |
| **P260.** | RHOD0023659 | 2021-11-22, Email to N. Nicholos from R. Binner RE Pre_IPO dry-run Q&A prep | H, IR |
| **P261.** | B_Riley-002489-98 | 2021-11-30, Email String to A. Peetz from J. Melillo RE Rhodium - Valuation Submission | F, H, IR |

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P262.** | RHOD0270891-942 | 2021-11-30, Letter to M. Crispino from N. Nichols RE Rhodium Enterprises, Inc. Registration Statement on Form S1 File No. 333-206575 | H, IR |
| **P263.** | MIDAS0343199 | 2021-12-01, Midas Green Technologies Purchase Order No.: 101038 to be provided (w/additional PO and CO)_Outside AEO | H |
| **P264.** | RHOD0002549 | 2021-12-01, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P265.** | RHOD0022688 | 2021-12-02, Email String to Chase Blackmon from A. Ausiello RE Comps w/attachment(s) | H, IR |
| **P266.** | B_Riley-004682-86 | 2021-12-02, Email String to J. Bueno from N. Nichols RE Comps | H, IR |
| **P267.** | INDUSTRIAL000459 | 2021-12-10, Control Panel Drawings Email | |
| **P268.** | RHOD0002337 | 2021-12-10, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P269.** | RHOD0002130 | 2021-12-14, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR ,403 |
| **P270.** | MIDAS0046081 | 2021-12-20, Invoice for Grid #3821 | H, IR |
| **P271.** | RHOD0004757 | 2021-12-23, Ameritex Invoice Number 89007 to Rhodium Mining | H |
| **P272.** | MIDAS0343298 | 2021-12-29, Midas Green Technologies Purchase Order No.: 101043 to Mini Kix, Inc. (w/additional PO)_Outside AEO | H, F, IC |
| **P273.** | RHOD0004090 | 2021-12-31, Rhodium Enterprises Inc. Consolidated Financial Statements | H |
| **P274.** | MIDAS0045986 | 2022-00-00, Midas Immersion Cooling-Immersion Cooling Overview Deck | H |
| **P275.** | RHOD0332497 | 2022-00-00, MMU Mining Earnings Summary and 2nd tab Electrum History Spreadsheet (2 active sheets) | H, F, 403 |
| **P276.** | RHOD0004229 | 2022-01-00, Rhodium Roadshow Presentation Building Bitcoin with innovation, sustainability and integrity | H |
| **P277.** | RHOD0171501-509 | 2022-01-02, Email String to J C [calvin.jim@gmail.com] from N. Cerasuolo Rhodium comps and valuation comparison w/attachment(s) | H, IR, MIL |
| **P278.** | RHOD0171283-285 | 2022-01-05, Email String to A. Ausiello from N. Cerasuolo RE Corporate Model Update w/attachment(s) | H, IR, MIL |
| **P279.** | B_Riley-009461-91 | 2022-01-12, Email String to J. Melillo from A. Peetz RE Rhodium Roadshow Deck w/attachment(s) | F, H, IR |
| **P280.** | RHOD0018592-RHODO0018601 | 2022-01-12, Email To: Zach Scheich[zachscheich@rhodiummining.io | |

19

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P281.** | Cerasuolo Ex. 12 | 2022-01-13, Original Complaint for Patent Infringement | H |
| **P282.** | RHOD0001910 | 2022-01-13, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P283.** | RHOD0001702 | 2022-01-18, USSCE Registration Statement Rhodium Enterprises, Inc. | H, IR, 403 |
| **P284.** | Cerasuolo Ex. 13 | 2022-01-18, USSEC Amendment No. 6 to Form S-1 Registration Statement Rhodium Enterprises, Inc. Webpage from sec.gov/Archives 07/07/23 | H, NP, IR |
| **P285.** | INDUSTRIAL000815 - INDUSTRIAL000851 | 2022-01-18, Agreement Between Rhodium Renewal Services and Industrial Builders | |
| **P286.** | RHOD0004747 | 2022-01-19, Ameritex Invoice Number 50535 DWN PMT to Rhodium Mining | H |
| **P287.** | B_Riley-012712-13 | 2022-01-19, Email to M. Bradshaw from N. Cerasuolo RE Rhodium - Demand Letter | F, H |
| **P288.** | INDUSTRIAL000814 | 2022-01-26, Email From: Chase Blackmon | |
| **P289.** | MIDAS0343305 | 2022-01-26, Midas Green Technologies Purchase Order No.: PO101053 to Cleanspark, Inc. (w/additional PO) | H, F, IC |
| **P290.** | MIDAS0343356 | 2022-01-28, Midas Green Technologies, LLC Purchase Order No.: PO-ED18-006-R to MCA_Outside AEO (w/additional PO) | H, F, IC |
| **P291.** | RHOD0004744 | 2022-02-28, Ameritex Invoice Number 02282022 to Rhodium Mining | H |
| **P292.** | MIDAS0343275 | 2022-03-01, Compute North Purchase Order Quote No.: PO00017 (w/additional PO) | H, F, IC |
| **P293.** | MIDAS0343335 | 2022-03-08, Maystell Quote No.: 2000550 to Midas Green Technologies Outside AEO (w/additional PO) | H, F, IC |
| **P294.** | MIDAS0343280 | 2022-03-16, Midas Green Technologies Purchase Order No.: 501060 to Eagle Energy Resources (w/additional PO and CO)_Outside AEO | H, F, IC |
| **P295.** | MIDAS0343330 | 2022-03-22, Midas Immersion Cooling Purchase Request PO No.: 153503310 (executed quote) to Envirosep, Inc. | H, F, IC |
| **P296.** | MIDAS0343320 | 2022-03-22, Midas Immersion Purchase Order No.: 000001 to Galaxy Qualified Opportunity Zone Business (w/additional PO)_Outside AEO | |
| **P297.** | RHOD0332460-332496 | "2022-03-25, Shunt Trip Cause & Effect Table; 2022-05-26, Rhodium Temple IO List REVA, RIO-DHP01-01 Table-For Review | H, F, IC |
| **P298.** | INDUSTRIAL001546 - INDUSTRIAL001551 | 2022-03-29, email to Rick Spivey | |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P299. | RHOD0004745 | 2022-03-31, Ameritex Invoice Number 03312022 to Rhodium Mining | H |
| P300. | RHOD0004113 | 2022-03-31, Rhodium Enterprises Inc. Condensed Consolidated Financial Statements (Unaudited)_Outside AEO | H |
| P301. | B_Riley-012870 | 2022-04-04, Email to J. Baker from M. Cerasuolo RE B Riley RHDM -- reconnect | F, H, IR |
| P302. | RHOD0004758 | 2022-04-07, Ameritex Invoice Number 89530 to Rhodium Mining | H |
| P303. | RHOD0004746 | 2022-04-29, Ameritex Invoice Number 04292022 to Rhodium Mining | H |
| P304. | Poulin Ex. 9 | 2022-05-12, US Patent Application Publication Pub. No.: US 2022/0151097 A1 | |
| P305. | RHOD0332504 | 2022-05-16, Prime Controls Rhodium Temple 0477-0001-CN01 rev. 0 Immersion Mining Critical Infrastructure Controls Narrative | H, IR |
| P306. | MIDAS0343270 | 2022-05-17, Compute North Purchase Order Quote No.: PO000308 Rev 0 (w/additional PO)_Outside AEO | H, F, IC |
| P307. | RHOD0332756-61 | 2022-05-26, Rhodium Enterprises, Inc. Temple Plant Drawings by Prime Controls | H, IR |
| P308. | RHOD0332753 | 2022-05-26, Rhodium Enterprises, Inc. Temple Plant, Typical Cooler Block P&ID Drawings by Prime Controls | H, IR |
| P309. | RHOD0332498-332891 | 2022-05-26, Shunt Trip Cause & Effect | |
| P310. | RHOD0004750 | 2022-05-31, Ameritex Invoice Number 89795 to Rhodium Mining | H |
| P311. | RHOD0332501 | 2022-06-02, DH1 Block 1&2 C&E, Normal Start/Stop Sequences Table(s) | H, F, AUTH, IC |
| P312. | INDUSTRIAL002005 - INDUSTRIAL002008 | 2022-06-23, email From: Jamie Estes | |
| P313. | RHOD0004751 | 2022-06-30, Ameritex Invoice Number 89896 to Rhodium Mining | H |
| P314. | RHOD0004752 | 2022-06-30, Ameritex Invoice Number 89963 to Rhodium Mining | H |
| P315. | RHOD0004052 | 2022-06-30, Rhodium Enterprises Inc. Condensed Consolidated Financial Statements (Unaudited)_Outside AEO | H |
| P316. | Dkt. 50 | 2022-07-11, Joint Stipulation on Claim Construction | |
| P317. | RHOD0004337 | 2022-07-11, Rhodium Enterprises Building Bitcoin with innovation, sustainability and integrity | H |

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P318.** | RHOD0004753 | 2022-07-31, Ameritex Invoice Number 89989 to Rhodium Mining | H |
| **P319.** | RHOD0004754 | 2022-07-31, Ameritex Invoice Number 90065 to Rhodium Mining | H |
| **P320.** | RHOD0004755 | 2022-08-31, Ameritex Invoice Number 90131 to Rhodium Mining | H |
| **P321.** | RHOD0004756 | 2022-08-31, Ameritex Invoice Number 90180 to Rhodium Mining | H |
| **P322.** | Ortega Ex. 139 | 2022-08-31, Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission to Plaintiff | H |
| **P323.** | RHOD0003657 | 2022-08-31, SCE Confidential Private Placement Memorandum Rhodium Enterprises, Inc. Rhodium Enterprises PPM - Foreign Investor Outside AEO | H, IR, 403 |
| **P324.** | RHOD0001166 | 2022-08-31, SCE Confidential Private Placement Memorandum Rhodium Enterprises, Inc. Rhodium Enterprises PPM - US Outside AEO | H, IR, 403 |
| **P325.** | RHOD0004312 | 2022-09-00, Rhodium Enterprises Deck | H |
| **P326.** | RHOD0004178-188 | 2022-09-00, Rhodium Presentation | H |
| **P327.** | RHOD0004354 | 2022-09-07, Summary of Proposed Terms between collectively Rhodium and SilverSun Technologies, Inc., Fully Executed | H, IR |
| **P328.** | B_Riley-012973-013102 | 2022-09-26, Email to J. Bueno from J. Melillo RE Aesop docs w/attachment(s) | F, H, IR |
| **P329.** | RHOD0004361 | 2022-09-29, Agreement and Plan of Merger by and among Silversun Technologies, Inc., Rhodium Enterprises Acquistion Corp., Rhodium Enterprises Acquistion LLC and Rhodum Enterprises, Inc. | H |
| **P330.** | RHOD0004131 | 2022-09-30, Rhodium Enterprises Inc. Condensed Consolidated Financial Statements | H |
| **P331.** | RHOD0004325 | 2022-10-00, Rhodium Presentation | H |
| **P332.** | INDUSTRIAL002825 - INDUSTRIAL002858 | 2022-10-12, Industrial Builders Certification and Application for Payment | |

22

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P333.** | RHOD0333749 | 2022-10-14, Consent of Nathan Nichols to be Named as a Director Upon the Completion of the Merger, Exhibit 99.2 | H, IR |
| **P334.** | RHOD0004646 | 2022-10-20, Amendment to Merger Agreement by and among Silversun Technologies, Inc., Rhodium Enterprises Acquistion Corp., Rhodium Enterprises Acquistion LLC and Rhodum Enterprises, Inc., Fully Executed | H, IR |
| **P335.** | RHOD0004346 | 2022-12-00, Rhodium Presentation | H |
| **P336.** | RHOD0004652 | 2022-12-21, Second Amendment to Merger Agreement by and among Silversun Technologies, Inc., Rhodium Enterprises Acquistion Corp., Rhodium Enterprises Acquistion LLC and Rhodum Enterprises, Inc., | H, IR |
| **P337.** | Poulin Ex. 4 | 2023-00-00, GRC eBook The Definitive Guide to Immersion Cooling | H, F, NP |
| **P338.** | Poulin Ex. 5 | 2023-00-00, GRC HashRaQ MAX "Take Your Blockchain Performance to the MAX" Brochure | H, F, NP |
| **P339.** | Poulin Ex. 6 | 2023-00-00, GRC Take Your Crypto Mining Peformance to the MAX-Introducing the new HashRaQ MAX | H, F, NP |
| **P340.** | RHOD0332970-71 | 2023-01-05, Email String to J. Kenney from C. VanZoeren RE Prime Controls - RHDM - Term Sheet | H |
| **P341.** | Sickmiller Ex. 26 | 2023-02-06, Riot Investor Relations Press Releases-Riot Announces January 2023 Production and Operations Updates webpage(s) | H, NP |
| **P342.** | Chase Ex. 16 | 2023-02-17, Defendants' Further Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories Nos. 1, 3-6, 10, 13, 15 | H |
| **P343.** | MIDAS0343373 | 2023-03-13, Copy of HubSpot-crm-exports-all-deals Spreadsheet | H, F, AUTH, IR, 403 |
| **P344.** | RHOD0337285; RHOD0337289-90; RHOD0337296; RHOD0337305-307; RHOD0332968 | 2023-06-09, System View Testing Logs Real Time | H, INC |
| **P345.** | MIDAS0409102 | 2023-07-07, Purchase Order (No. 1) by and between Midas Immersion Cooling and Project Lefty, Fully Executed | H, INC |

23

#420867v1

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P346.** | Conti Ex. 26 | 2023-07-19, Midas Immersion Cooling Supply 200 MW of Leading-Edge Immersion Cooling Equipment Solutions to Riot Platforms, Inc. webpage(s) | H, NP |
| **P347.** | | 2023-07-31, Defendants' Third Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories | H |
| **P348.** | Sickmiller Ex. 9 | 2023-08-08, Midas Green Technologies, LLC Balance Sheet as of  June 30, 2023; Profit & Loss January 2021 through June 2023 | H |
| **P349.** | Chase Ex. 111 | 2023-08-15, Rhodium Presentation | H |
| **P350.** | MIDAS0411916<br>MIDAS0411888<br>MIDAS0411918<br>MIDAS0412027<br>MIDAS0411914<br>MIDAS0412019<br>MIDAS0412018<br>MIDAS0412021<br>MIDAS0412030<br>MIDAS0412025<br>MIDAS0411922<br>MIDAS0411915 | 2023-08-31, Rockdale Site Inspection Photos | |
| **P351.** | MIDAS0410829<br>MIDAS0410663<br>MIDAS0410950<br>MIDAS0410803<br>MIDAS0410821<br>MIDAS0410829<br>MIDAS0410769<br>MIDAS0410919<br>MIDAS0410666<br>MIDAS0410799<br>MIDAS0410670<br>MIDAS0410814 | 2023-08-31, Temple Site Inspection Photos | |

24

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| | MIDAS0410792<br>MIDAS0410652<br>MIDAS0410807<br>MIDAS0410878<br>MIDAS0410917<br>MIDAS0410879<br>MIDAS0410819<br>MIDAS0410789<br>MIDAS0410818<br>MIDAS0410854<br>MIDAS0410823 | | |
| **P352.** | MIDAS0411739-0411758 | 2023-08-31, Site Inspection Photos taken by Himanshu Pokharna | |
| **P353.** | | 2023-08-31 Temple Site Inspection Video | |
| **P354.** | | 2023-08-31, Rockdale Site Inspection Video | |
| **P355.** | Cerasuolo Ex. 27 | 2023-10-17, Letter to SEC from SilverSun Technologies, Mark Meller CEO RE Application for Withdrawal on Form RW | H, IR |
| **P356.** | | 2023-12-22, J. Duross O'Bryan Expert Witness Report w/exhibits | H, F. Rhodium further objects that the subject matter of this report is inadmissible pursuant to Rhodium's motion to exclude the testimony of J. Duross O'Bryan. |
| **P357.** | | 2023-12-22, Dr. Himanshu Pokharna Expert Witness Report w/exhibits | H, F. Rhodium further objects that the subject matter of this report is |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| | | | inadmissible pursuant to Rhodium's motion to exclude the testimony of Dr. Himanshu Pokharna. |
| **P358.** | | 2024-01-26, Dr. James Lee Expert Witness Rebuttal Report w/exhibits | H, F. Rhodium further objects that parts of the subject matter of this report are inadmissible pursuant to Rhodium's motion to exclude the testimony of Dr. James Lee. |
| **P359.** | Lee Ex. 15 | Additions or Corrections to Expert Report of Lee | NP, H, F. Rhodium further objects that the subject matter of this document is inadmissible pursuant to Rhodium's motion to exclude the testimony of Dr. James Lee. |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P360. | INDUSTRIAL000456 - INDUSTRIAL000458 | 22137-Rhodium Panel-P0.pdf | |
| P361. | INDUSTRIAL000464 - INDUSTRIAL000466 | 22137-Rhodium Panel-P1.pdf | |
| P362. | INDUSTRIAL000460 - INDUSTRIAL000462 | 22137-Rhodium_Panel-P0.pdf | |
| P363. | MIDAS0343372 | 50U Master BOM Spreadsheet - Midas XCI CH3 Data Buildout Budget | H, F, AUTH, IR |
| P364. | MIDAS0046078 | All Invoices Issued to 360 Mining | H, F, AUTH, IC |
| P365. | MIDAS0046075 | All Invoices Issued to EDSI 22 | H, F, AUTH, IC |
| P366. | MIDAS0046052 | All Invoices Issued to Whinstone | H, F, AUTH, IC |
| P367. | MIDAS0386330 | BOM MGT XCI LITE Spreadsheet | H, F, AUTH |
| P368. | MIDAS0381360 | BOM MGT XCI V3 Current Spreadsheet | H, F, AUTH |
| P369. | MIDAS0381826 | BOM MGT XCI V4 120815 Spreadsheet | H, F, AUTH |
| P370. | MIDAS0382716 | BOM MGT XCI V5 Spreadsheet | H, F, AUTH |
| P371. | MIDAS0385689 | BOM MGT XCI V6 010818 Spreadsheet | H, F, AUTH |
| P372. | MIDAS0382721 | BOM MGT XCI v6 current Spreadsheet | H, F, AUTH |
| P373. | MIDAS0396143 | BOM Simple Crypto v3 for Compute North Spreadsheet | H, F, AUTH |
| P374. | MIDAS0337771 | BOM with Pricing Tool Spreadsheet | H, F, AUTH |

27

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P375.** | RHOD0332452; RHOD0332454; RHOD0332455; RHOD0332456-RHOD0332457 | Computer Screen Print-System View<br>Computer Screen Print-Cooler<br>Computer Screen Print-Alarms<br>Computer Screen Print-Vibrology, 2 pages | H, IC |
| **P376.** | INDUSTRIAL001040 - INDUSTRIAL001068 | Control Techniques REV 1.1 For Manufacturing.pdf | |
| **P377.** | INDUSTRIAL001492 - INDUSTRIAL001521 | Control Techniques REV A.1 For Approval.pdf | |
| **P378.** | Poulin Ex. 8 | GRC Webinar: Introducing the DCW Award-Winning ICEraQ Series 10 Leaflet | H, F, NP |
| **P379.** | GRC0233 | GRC0233_rack - assembly - right hand - Rev D | INC |
| **P380.** | TACC00000065 | Green Revolution Cooing carnotJet System PPT | H |
| **P381.** | GRC0170-0212 | Green Revolution Cooling "Fluid-Submersion: The Future of Data Center Cooling" | H |
| **P382.** | TACC00000111-121 | Green Revolution Cooling (GRC) NSF STCI Draft | |
| **P383.** | INDUSTRIAL000882 | I.O._MAPPING_Based_on_22137_RHODIUM_PANEL_-_P0.xlsx | |
| **P384.** | Long Ex. 58 | Immersion Systems "An excellent documentary co-produced by Marshall Long" Tweet | IR, H, NP, INC |
| **P385.** | INDUSTRIAL003023 - INDUSTRIAL003025 | Industrial Builders control panel Diagram | |
| **P386.** | INDUSTRIAL003026 - INDUSTRIAL003028 | Industrial Builders control panel Diagram | |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P387. | INDUSTRIAL000463 | Industrial Builders Elec Prelim Single Line | |
| P388. | INDUSTRIAL000153 | Industrial Builders Electrical Prelim Single Line Schematic | |
| P389. | INDUSTRIAL000176 - INDUSTRIAL000196 | Industrial Builders Kelvion Cooler Diagram | |
| P390. | INDUSTRIAL002076 - INDUSTRIAL002077 | Industrial Builders Purchase Order | |
| P391. | RHOD0332929 | Industrial Builders Recreation of Rhodium Doc | |
| P392. | INDUSTRIAL000002 - INDUSTRIAL000041 | Instruction Manual Liquitron DC 4000 | |
| P393. | | James Boyd LinkedIn Profile, webpage(s) | IR |
| P394. | RHOD0038846- RHOD0038896 | Kelvion Adiabatic I&M v2020 | |
| P395. | RHOD0027920 | Kelvion Data Sheet attachment to previous email | |
| P396. | MIDAS0046104 | MGT Crypto Chart | H, F, IC, 403, 1006. Rhodium further objects that testimony about the subject matter of this claim chart is inadmissible pursuant to |

29

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| | | | Rhodium's motion to exclude the testimony of Dr. James Lee. |
| P397. | MIDAS0045769 | Midas Balance Sheet - 2021 | H |
| P398. | MIDAS0343198 | Midas Checklist w/notes Spreadsheet | H, F, AUTH |
| P399. | MIDAS0331871-875 | Midas Green Tech Company Background | H |
| P400. | MIDAS0343196 | Midas Green Technologies Chart of Accounts Report Spreadsheet | H, 403 |
| P401. | GRC0033-0068 | Midas Green Technologies Immersion cooling… Midas XCI Generation-Next Data Center | H |
| P402. | MIDAS0008672 | Midas Green Technologies, LLC Technical Proposal | H, IR |
| P403. | MIDAS0045773 | Midas Profit & Loss 2021 | H, F, AUTH |
| P404. | MIDAS0252943 | Midas_Riot Rockdale Delivery Proposal Spreadsheet | H, F, AUTH |
| P405. | RHOD0332972 | Nonbinding; Rhodium Confidential and Proprietary Information _Notes | H |
| P406. | RHOD0332920 | Photograph of Rhodium Facility | |
| P407. | Ortega Ex. 132 | Photos/Pictures of Gen 1 | AUTH, F, NP |
| P408. | PrimeControls000781-PrimeControls000794 | Prime Controls Control Narrative Rhodium Enterprises 7/8/2022 | |

#420867v1

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P409.** | PrimeControls000394-PrimeControls000408 | Prime Controls Invoice 2254006-05.pdf | |
| **P410.** | PrimeControls001257-PrimeControls001275 | Prime Controls Invoice 2254006-07.pdf | |
| **P411.** | PrimeControls000683-PrimeControls000701 | Prime Controls Mining Critical Infrastructure Control Narrative | |
| **P412.** | PrimeControls000683-PrimeControls000701 | Prime Controls Mining Critical Infrastructure Control Narrative | |
| **P413.** | PrimeControls000515-PrimeControls000524 | Prime Controls Rhodium Enterprises, Inc. Temple Plant Drawing Index | |
| **P414.** | PrimeControls001059-PrimeControls001087 | Prime Controls Rhodium Enterprises, Inc. Temple Plant Remote IO Panel | |
| **P415.** | RHOD0001134-0001151 | Prime Controls Rhodium Temple | H |
| **P416.** | PrimeControls000797-PrimeControls000799 | Prime Controls System Trips (Trip/ Equipment Shutdowns) | |

#420867v1

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P417.** | PrimeControls000506-PrimeControls000507 | Prime Controls System Trips (Trip/ Equipment Shutdowns) DH1 Block 1&2 C&E | |
| **P418.** | PrimeControls000800-PrimeControls000801 | Prime Controls System Trips (Trip/ Equipment Shutdowns) DH1 Block C&E | |
| **P419.** | RHOD0337602; Cameron Ex. 126 | R30 Tank v2.step and screenshot | 1006, IC |
| **P420.** | RHOD0337601; Cameron Ex. 125 | R70 Tank v2.step | 1006, IC |
| **P421.** | RHOD0332918-332966 | Rhodium Facility Photographs | IC |
| **P422.** | RHOD0332968-332975 | Rhodium Facility Photographs | IC |
| **P423.** | INDUSTRIAL001530 | Rhodium - Ethernet IO.xlsx | |
| **P424.** | RHOD0337294; RHOD0337297; RHOD0337299-302 | Rhodium DH1 Cooler 1 Overview Schematics computer print-out pages | H |
| **P425.** | Chase Ex. 108 | Rhodium Enterprises, Inc.-Beginning Structure-Diagram | H |
| **P426.** | INDUSTRIAL001587 - INDUSTRIAL001605 | Rhodium Industries Cooling Tower Installation | |
| **P427.** | INDUSTRIAL002119 | Rhodium Industries Cooling Tower Installation | |
| **P428.** | INDUSTRIAL002409 | Rhodium Industries Cooling Tower Installation | |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| | IDENTIFIER | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| P429. | INDUSTRIAL002981 - INDUSTRIAL002986 | Rhodium Industries Cooling Tower Installation | |
| P430. | RHOD0332452; RHOD0332454; RHOD0332455; RHOD0332456- RHOD0332457 | Rhodium Production 12 | H, IC |
| P431. | MIDAS0409120 | Pricing Analysis.xls | H, F, AUTH |
| P432. | MIDAS0031184 | Spreadsheet of Gross Profit | H, F, AUTH, IR |
| P433. | MIDAS0409122 | Table: Quantity, Cost, Sales, Margin Spreadsheet Outside AEO | H, F, AUTH |
| P434. | MIDAS0409121 | Tank System Sales Sheet (7 active sheets)_Outside AEO | H, F, ATUH |
| P435. | RHOD0007113-14 | Tanks | AntminerS17 Tank.dwg , M20s - 40 Unit Tank, Drawings 2D View and 3D View | INC, IC |
| P436. | MIDAS0411781-790 | GRC Trade Show Photographs | H, F |
| P437. | INDUSTRIAL001125 - INDUSTRIAL001410 | Unidrive_M700-M701_and_M702_Control_UG_Issue_2_(0478-0353-02)_Approved.pdf | |
| P438. | INDUSTRIAL000078 - INDUSTRIAL000083 | WORM_Datasheet_Moore_Industries.pdf | |
| P439. | MIDAS0402150 | 1001-1301 SC3TV4 Tank Weldment R4.1 | |
| P440. | MIDAS0401028 | 1001-1300 SC3TV4 Manufacturing R4 | |
| P441. | MIDAS0401026 | 1001-1300 SC3TV4 Plenum V3E R4 | |
| P442. | MIDAS0401006 | 1001—1302 SC3TVT Base Assembly R4 | |
| P443. | MIDAS0401001 | 1001-1307 SC3TV4 PDU Mount R4 | |
| P444. | MIDAS0255419 | 1001-1300A SC3TV4 Layout and Dimensions R1 | |

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST

| IDENTIFIER | | DESCRIPTION | RHODIUM OBJ. |
|---|---|---|---|
| **P445.** | MGT0000699 | Tank Assembly Drawings | |
| **P446.** | MIDAS0244576 | 1001-1201 SC2TV4 Tank Weldment | |
| **P447.** | MIDAS0044546 | 1001-1201 SC2TV4 Tank Weldment | |
| **P448.** | MIDAS0284284 | 1001-1201 SC2TV4 Tank Weldment R1 | |
| **P449.** | MIDAS0402434 | 1001-1201 SC2TV4 Tank Weldment R2 | |
| **P450.** | MIDAS0402458 | 1001-1200 SC2TV4 System Manufacturing R2 | |
| **P451.** | MIDAS0258890 | 1001-1200 SC2TV4 System Manufacturing R1 | |
| **P452.** | MIDAS0253488 | 1001-1301 SC3TV4 Tank Weldment | |
| **P453.** | MIDAS0259275 | 1001-1301 SC3TV4 Tank Weldment R4 | |
| **P454.** | MIDAS0044662 | 1001-1301 SC3TV4 Tank Weldment R3 | |

#420867v1

PLAINTIFF MIDAS GREEN TECHNOLOGIES' TRIAL EXHIBIT LIST