# EXHIBIT D
# PLAINTIFF'S WITNESS LIST

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC**;<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC**;<br>**Rhodium 30mw LLC**;<br>**Rhodium Encore LLC**;<br>**Rhodium Renewables LLC**; | |
| Defendants. | |

**PLAINTIFF'S TRIAL WITNESS LIST**

**PLEASE TAKE NOTICE** Plaintiff Midas Green Technologies, LLC will call the following witnesses at trial:

| | Plaintiff Midas Green Technologies, LLC will call the following witnesses at trial: | | | | |
|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** |
| 1 | James Paul Koen | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; applications that issued as the asserted patents; research, development, design, and manufacture of Midas' products; sales and marketing of Midas' products and services; infringement; damages; market for immersion cooling systems | 2.5 |
| 2 | Christopher Boyd | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products; | 2.5 |
| 3 | Mario Conti Garcia | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; applications that issued as the asserted patents; research, development, design, and manufacture of Midas' products; infringement; damages; market for immersion cooling systems | 2.5 |
| 4 | Scott Sickmiller | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products | 2.5 |
| 5 | Dr. Himanshu Pokharna | Live | Pltf. | Infringement | 2.5 |
| 6 | J. Duross O'Bryan | Live | Pltf. | Damages | 2.5 |
| 7 | Dr. James Lee | Live | Pltf. | Rebuttal | 2.5 |

2

#420808v1

| No. | Witness | Live or Deposition | Party | Subject | Direct Time Estimate |
|---|---|---|---|---|---|
| colspan="6" Plaintiff Midas Green Technologies, LLC will call the following witnesses at trial: | | | | | |
| Plaintiff Midas Green Technologies, LLC May call the following witnesses at trial: | | | | | |
| 8 | Chase Blackmon | Live | Def. | Knowledge of Patents; Benefits of Immersion Cooling; Infringement | 1.0 |
| 9 | Nathan Nichols | Live | Def. | Knowledge of Patents; Benefits of Immersion Cooling; Infringement | 1.0 |
| **Plaintiffs Total Estimate** | | | | | 19.5 |

3

#420808v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00050-ADA |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) **JURY TRIAL DEMANDED** |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC**; | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED PRELIMINARY WITNESS LIST (MARCH 26, 2024)

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium") list the following preliminary objections to Midas's proposed witness list. Defendants reserve all rights to propound additional objections pursuant to the schedule set out in the Court's standing orders.

| | **Plaintiff Midas Green Technologies, LLC** <br> **Witnesses That May Be Expected to Testify at Trial** | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| 1 | Ameritex, Custodian of Records | Live | Third | A custodian of records may be called if necessary to establish the authenticity of business records for admissibility purposes. | 0.5 | |
| 2 | Best, Christiaan | Live | Third | Prior art; market for immersion cooling systems; Green Revolution Cooling Gen 1 immersion system; Green Revolution Cooling Gen 2 immersion system. | 4.0 | |
| 3 | Blackmon, Cameron | Live | Def. | Design, development, marketing, testing, use/implementation of accused products; infringement; damages; market for immersion cooling systems; patentability | 0.5 | |
| 4 | Blackmon, Chase | Live | Def. | Design, development, marketing, testing, use/implementation of accused products; infringement; damages; market for immersion cooling systems; patentability | 4.0 | |

| | **Plaintiff Midas Green Technologies, LLC** <br> **Witnesses That May Be Expected to Testify at Trial** | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| 5 | Boyd, Christopher | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products; | 3.0 | |
| 6 | Boyd, James | Live | Third | GRC | 2.0 | Mr. Boyd was not disclosed as a witness, and has not been deposed. If Plaintiffs seek to call Mr. Boyd at trial, Defendants reserve the right to seek a deposition of Mr. Boyd or to otherwise object. |
| 7 | Burns & McDonnell, Custodian of Records, | Live | Third | A custodian of records may be called if necessary to establish the authenticity of business records for admissibility purposes. | 0.5 | |
| 8 | Cerasuolo, Nicholas | Deposition Designation | Def. | Design, development, marketing, testing, use/implementation of accused products; infringement; | 1.0 | Plaintiff has not served deposition designations for Mr. Cerasuolo. |

3

| | Plaintiff Midas Green Technologies, LLC<br>Witnesses That May Be Expected to Testify at Trial | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| | | | | damages; market for immersion cooling systems; patentability | | Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |
| 9 | Conti, Mario | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; applications that issued as the asserted patents; research, development, design, and manufacture of Midas' products; infringement; damages; market for immersion cooling systems | 2.0 | |
| 10 | Green Revolution Cooling, Custodian of Records | Live | Third | A custodian of records may be called if necessary to establish the authenticity of business records for admissibility purposes. | 0.5 | |
| 11 | Industrial Builders, Custodian of Records | Live | Third | A custodian of records may be called if necessary to establish the authenticity of business records for admissibility purposes. | 0.5 | |

| | **Plaintiff Midas Green Technologies, LLC** <br> **Witnesses That May Be Expected to Testify at Trial** | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| 12 | Koen, James | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; applications that issued as the asserted patents; research, development, design, and manufacture of Midas' products; sales and marketing of Midas' products and services; infringement; damages; market for immersion cooling systems | 4.0 | |
| 13 | Laguna, David Christopher | Deposition Designation | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products | 1.0 | Plaintiff has not served deposition designations for Mr. Laguna. Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |
| 14 | Lee, James | Live | Pltf. | Invalidity | 2.0 | Dr. Lee's testimony is inadmissible, at least in part, pursuant to Defendants' pending motion. |

5

| | | | **Plaintiff Midas Green Technologies, LLC** <br> **Witnesses That May Be Expected to Testify at Trial** | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| 15 | Long, Marshall | Deposition Designation | Def. | Design, development, marketing, testing, use/implementation of accused products; infringement; damages; market for immersion cooling systems; patentability | 1.0 | Plaintiff has not served deposition designations for Mr. Long. Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |
| 16 | Mohan, Kevin | Live | Third | There are no acceptable non-infringing market substitutes and the Bixbit software license is not comparable to a patent license to manufacture a patented product | 1.0 | Mr. Mohan was not disclosed as a witness, and has not been deposed. If Plaintiffs seek to call Mr. Mohan at trial, Defendants reserve the right to seek a deposition of Mr. Mohan or to otherwise object. |
| 17 | Nichols, Nathan | Deposition Designation | Third | Design, development, marketing, testing, use/implementation of accused products; infringement; | 1.0 | Plaintiff has not served deposition designations for Mr. Nichols. Defendants object to any attempt |

6

| | **Plaintiff Midas Green Technologies, LLC** <br> **Witnesses That May Be Expected to Testify at Trial** | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| | | | | damages; market for immersion cooling systems; patentability | | to present a witness by deposition without the appropriate advance service of deposition designations. |
| 18 | O'Bryan, J. Duross | Live | Pltf. | Damages | 2.0 | Mr. O'Bryan's testimony is inadmissible, at least in part, pursuant to Defendants' pending motion. |
| 19 | Pokharna, Himanshu | Live | Pltf. | Infringement | 2.0 | Dr. Pokharna's testimony is inadmissible, at least in part, pursuant to Defendants' pending motion. |
| 20 | Poulin, Peter | Deposition Designation | Third | GRC systems; immersion cooling market | 1.0 | |
| 21 | Prime Controls, Custodian of Records | Live | Third | A custodian of records may be called if necessary to establish the authenticity of business records for admissibility purposes. | 0.5 | |
| 22 | Rainone, Michael | Deposition Designation | Third | GRC Systems design | 0.5 | Plaintiff has not served deposition |

7

| | Plaintiff Midas Green Technologies, LLC<br>Witnesses That May Be Expected to Testify at Trial | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| | | | | | | designations for Mr. Rainone. Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |
| 23 | Sickmiller, Scott | Live | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products | 3.0 | |
| 24 | Swinden, Kenneth | Deposition Designation | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products | 1.0 | Plaintiff has not served deposition designations for Mr. Swinden. Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |

| | Plaintiff Midas Green Technologies, LLC<br>Witnesses That May Be Expected to Testify at Trial | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Witness** | **Live or Deposition** | **Party** | **Subject** | **Direct Time Estimate** | **Defendants' Preliminary Objections** |
| 25 | Theriot, Lyle | Live | Third | There are no acceptable non-infringing market substitutes | 1.0 | Mr. Theriot was not disclosed as a witness, and has not been deposed. If Plaintiffs seek to call Mr. Mohan at trial, Defendants reserve the right to seek a deposition of Mr. Theriot or to otherwise object. |
| 26 | Tooke, Kenneth | Deposition Designation | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products | 1.0 | Plaintiff has not served deposition designations for Mr. Tooke. Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |
| 27 | Tribou, John Charles | Deposition Designation | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, | 1.0 | Plaintiff has not served deposition designations for Mr. Tribou. Defendants object to any attempt |

| No. | Witness | Live or Deposition | Party | Subject | Direct Time Estimate | Defendants' Preliminary Objections |
|---|---|---|---|---|---|---|
| colspan=7 | | | | | | |

<!-- Merged table below -->

| No. | Witness | Live or Deposition | Party | Subject | Direct Time Estimate | Defendants' Preliminary Objections |
|---|---|---|---|---|---|---|
| | | | | **Plaintiff Midas Green Technologies, LLC** <br> **Witnesses That May Be Expected to Testify at Trial** | | |
| | | | | and manufacture of certain of Midas' products | | to present a witness by deposition without the appropriate advance service of deposition designations. |
| 28 | Turner, Thomas | Deposition Designation | Pltf. | Conception and/or reduction to practice of patented inventions and related subject matter; research, development, design, and manufacture of certain of Midas' products | 1.0 | Plaintiff has not served deposition designations for Mr. Turner. Defendants object to any attempt to present a witness by deposition without the appropriate advance service of deposition designations. |
| **Plaintiffs Total Estimate** | | | | | 42.5 | |

10

DATED: March 26, 2024									Respectfully submitted,

/s/ Elizabeth Brannen

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
Sarah Rahimi (*Pro Hac Vice*)
**STRIS & MAHER LLP**
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile:  (213) 216-0299
ebrannen@stris.com
khalpern@stris.com
pbrody@stris.com
srahimi@stris.com

***Attorneys for Rhodium Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I served the foregoing document by e-mail on counsel of record for Plaintiff Midas Green Technologies, LLC.

*/s/ Peter J. Brody*
Peter J. Brody