# EXHIBIT E
# DEFENDANTS' WITNESS LIST

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00050-ADA |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) **JURY TRIAL DEMANDED** |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC;** | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC.** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' PROPOSED WITNESS LIST (April 3, 2024)**

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium") hereby submit the below Proposed Witness List in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Western District of Texas, and this Court's Standing Orders, based on information reasonably available to Rhodium at this time. This Proposed Witness List discloses those witnesses that Rhodium expects to present at trial, either live or by deposition, and those witnesses Rhodium may call if the need arises, either live or by deposition. Rhodium expressly reserves the right to call live, by video, or by deposition (video or transcript) any witness on this list or on Plaintiff's witness list, or on any prior or future iteration of Plaintiff's witness list.

1

2

This Proposed Witness List does not identify those witnesses whom Rhodium may choose to cross-examine at trial, and Rhodium expressly reserves the right to cross-examine and/or impeach any witnesses called live or by deposition at trial by any party, regardless of whether those witnesses are disclosed on this Proposed Witness List, including without limitation by counter-designations of proffered deposition testimony. Rhodium further expressly reserves the right to present witnesses by deposition in the event that they become unavailable for trial.

Rhodium further expressly reserves the right to supplement or otherwise modify this Proposed Witness List based on circumstances as they may evolve prior to the commencement of Rhodium's case-in-chief, including to respond to issues raised by the Court's pretrial or trial rulings or to issues raised after the submission of this witness list. With respect to order, the parties are meeting and conferring, such that Rhodium may agree to change the order listed below to permit Midas Green witnesses to testify only once or to otherwise accommodate their schedule. Finally, Rhodium expressly reserves the right to call additional witnesses if necessary should Plaintiff contest the authenticity or admissibility of any document or other evidence at trial.

| Witness Order | Witness Name | Fact or Expert | Estimated Examination Time | Live or Deposition | May Call or Will Call |
|---|---|---|---|---|---|
| 1 | Chase Blackmon | Fact | 1.5 – 2 hours | Live | Will Call |
| 2 | Nathan Nicholas | Fact | 0.5 hours | Live | Will Call |
| 3 | Dr. Alfonso Ortega | Expert | 2 – 2.5 hours | Live | Will Call |
| 4 | Cameron Blackmon | Fact | 0.5 hours | Live | May Call |
| 5 | Christiaan Best | Fact | 0.75 hours | Live or Deposition | May Call |
| 6 | Michael Rainone | Fact | 0.5 hours | Live or Deposition | May Call |
| 7 | Juli Saitz | Expert | 0.75 – 1 hour | Live | May Call |
| 8 | Nicholas Cerasuolo | Fact | 0.5 hours | Live or Deposition | May Call |
| 9 | Marshall Long | Fact | 0.5 hours | Live | May Call |
| 10 | Christopher Boyd | Fact | 0.75 – 1 hour | Live | May Call |
| 11 | James Koen | Fact | 0.5 hours | Live | May Call |
| 12 | Scott Sickmiller | Fact | 0.5 hours | Live | May Call |
| 13 | Francisco Conti | Fact | 0.5 hours | Live or Deposition | May Call |
| 14 | Mario Conti | Fact | 0.5 hours | Live | May Call |
| 15 | Thomas Turner | Fact | 0.5 hours | Live or Deposition | May Call |
| 16 | D. Christopher Laguna | Fact | 0.5 hours | Live or Deposition | May Call |
| 17 | Kenneth Swinden | Fact | 0.5 hours | Live or Deposition | May Call |
| 18 | Kenneth Tooke | Fact | 0.25 hours | Live or Deposition | May Call |