# EXHIBIT F
# PLAINTIFF'S DEPOSITION DESIGNATIONS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.**;<br>**Rhodium Technologies LLC**;<br>**Rhodium 10mw LLC**;<br>**Rhodium 2.0 LLC**;<br>**Rhodium 30mw LLC**;<br>**Rhodium Encore LLC**;<br>**Rhodium Renewables LLC**; | |
| Defendants. | |

**PLAINTIFF'S PRELIMINARY LIST OF DEPOSITION DESIGNATIONS**

#420512v1

1

Plaintiff Midas Green Technologies, LLC hereby submits the following Deposition Designations that Midas may present as evidence at trial:

| **Peter Poulin**<br>**Taken on December 12, 2023** | 13:4-11;<br>33:5-20;<br>36:5-24;<br>37:19-21;<br>38:2-43:5;<br>45:23-50:25;<br>55:16-56:2;<br>56:22-57:20;<br>59:15-61:4;<br>63:7- 64:4;<br>70:9-15;<br>70:25-71:4;<br>102:5-24;<br>104:10-105:5;<br>105:22-106:21;<br>108:1-21;<br>114:15-21;<br>115:13-116:22;<br>117:13-15;<br>118:15-119:11;<br>120:6-20;<br>127:9-128:4;<br>140:13-141:17;<br>142:7-12;<br>224:21-225:2;<br>230:15-231:10 |
|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00050-ADA |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) **JURY TRIAL DEMANDED** |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC**; | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATION (MARCH 26, 2024)

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium") provide the following objections to the deposition designations Midas has disclosed. Defendatns reserve the right to supplement or modify these objections, including to correct any unintentional omissions. Rhodium further objects to Midas's use of any deposition testimony other than the deposition of Peter Poulin at trial, as Midas has not disclosed deposition designations in keeping with the applicable scheduling order.

1

**Deposition of Peter Poulin**

| Midas Designation | Rhodium Objections | Rhodium Counter-Designation |
|---|---|---|
| 13:4-11 | | |
| 33:5-20 | | 35:12–36:4 |
| 36:5-24 | Rhodium objects that a clarifying instruction is required, to inform the jury that this testimony refers to work by James Boyd, a GRC employee, not Chris Boyd, Midas's former employee. | |
| 37:19-21; | | |
| 38:2-43:5; | 40:14 – Misstates testimony. | 43:6–44:8 |
| 45:23-50:25; | 49:18 – Misstates testimony. | 51:1–14 |
| 55:16-56:2; | Outside scope | |
| 56:22-57:20; | | |
| 59:15-61:4; | 60:11 – Misstates testimony | |
| 63:7- 64:4; | Passage should continue through line 6 to complete answer. | 64:7–14 |
| 70:9-15; | Passage should continue through line 16 to complete answer. | 65:7–70:8 |
| 70:25-71:4; | | 71:5–17 |
| 102:5-24; | Outside scope, confusing without context. | 99:4–102:4 |
| 104:10-105:5; | | 105:7–17 |
| 105:22-106:21; | 106:18 – Scope, misstates testimony | |
| 108:1-21; | 108:17 – Scope, calls for speculation, calls for a legal conclusion | 107:17–24, 108:23–109:8 |
| 114:15-21; | Absent context, which Midas does not provide, this testimony is entirely unclear. 403. | 113:11–114:14 |
| 115:13-116:22; | | |
| 117:13-15; | No answer designated. | |
| 118:15-119:11; | 119:8 – Calls for speculation and legal conclusion | |
| 120:6-20; | 120:14 – Calls for speculation and legal conclusion | |
| 127:9-128:4; | | |
| 140:13-141:17; | | |
| 142:7-12; | | |
| 224:21-225:2; | 224:24 – Scope, calls for speculation and legal conclusion | 225:4–227:15 |
| 230:15-231:10 | | |

| | |
|---|---|
| DATED: March 26, 2024 | Respectfully submitted, |
| | /s/ Elizabeth Brannen |

                                            Melissa R. Smith
                                            Texas Bar No. 24001351
                                            **GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
Sarah Rahimi (*Pro Hac Vice*)
**STRIS & MAHER LLP**
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile: (213) 216-0299
ebrannen@stris.com
khalpern@stris.com
pbrody@stris.com
srahimi@stris.com

*Attorneys for Rhodium Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I served the foregoing document by e-mail on counsel of record for Plaintiff Midas Green Technologies, LLC.

*/s/ Peter J. Brody*
Peter J. Brody