# EXHIBIT G
# DEFENDANTS' DEPOSITION DESIGNATIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 6:22–CV–00050–ADA ) |
| **Rhodium Enterprises, Inc.;** <br> **Rhodium Technologies LLC;** <br> **Rhodium 10MW LLC;** <br> **Rhodium 2.0 LLC;** <br> **Rhodium 30MW LLC**; <br> **Rhodium Encore LLC;** <br> **Rhodium Renewables LLC;** <br> **Rhodium Renewables Sub LLC; and** <br> **Rhodium Ready Ventures LLC.** | ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC ("Rhodium") disclose the following deposition designations, upon which Rhodium may rely at trial. Rhodium reserves all rights, including but not limited to the rights to (i) supplement or modify these designations, including to account for unintentional omissions or to respond to issues raised by the Court's pretrial or trial rulings or issues raised after the submission of these designations; (ii) to introduce any testimony designated by Plaintiff; and (iii) to propound rebuttal designations.

**Defendants' Deposition Designations and Plaintiffs' Responses**

| Christiaan Best | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 15:12–17:23 | | | |
| 25:8–26:14 | | | |
| 27:11–13 | | | |
| 27:15–28:21 | | | |
| 37:6–24 | | | |
| 38:1–17 | | | |
| 38:19–23 | | | |
| 39:2–42:9 | | | |
| 43:1–20 | | | |
| 47:5–50:2 | | | |
| | | 50:3-11 | |
| | | 50:15-51:1 | |
| 51:2–4 | | | |
| 51:13–19 | | | |
| 51:24–52:11 | | | |
| | | 52:12-25 | |
| 54:4–17 | | | |
| 54:23–55:13 | | | |
| 55:22–56:4 | | | |
| 56:22–57:25 | | | |
| 61:13–66:25 | | | |
| 67:2–18 | | | |
| 69:5–25 | | | |
| | | 70:3-71:3 | |
| | | 72:6-21 | |
| 74:24–75:22 | | | |
| 75:25–78:3 | | | |
| | | 78:4-7 | |
| 78:25–79:17 | | | |
| 83:19–25 | | | |
| 84:2–86:12 | | | |
| 87:11–88:10 | | | |
| 88:18–90:24 | | | |
| 91:3–92:3 | | | |
| | | 92:4-93:18 | |
| 93:19–94:4 | | | |
| 94:07 | | | |
| 94:12–97:12 | | | |
| | | 99:20-21 | |
| 99:22–25 | | | |
| 100:3–20 | | | |
| | | 100:21-25 | |
| 101:1–103:24 | | | |
| 104:1–14 | | | |
| | | 104:15-19 | |
| 104:20–105:2 | | | |
| 106:15–20 | | | |
| 107:3–14 | | | |
| 107:16–108:7 | | | |

| | | | |
|---|---|---|---|
| 108:12–109:2 | | | |
| 109:17–21 | | | |
| 110:2–111:4 | | | |
| 111:8–112:22 | | | |
| 112:25–113:13 | | | |
| | | 113:14-16 | |
| 113:17–114:19 | | | |
| 114:22–115:17 | | | |
| 115:19–116:4 | | | |
| 116:17–25 | | | |
| 117:2–124:2 | | | |
| 124:5–126:2 | | | |
| 126:4–13 | | | |
| 126:24–132:22 | | | |
| | | 136:22-137:4 | |
| 162:12–19 | | | |
| 163:5–8 | | | |
| | | 166:18-167:4 | |
| | | 171:9-22 | |
| | | 181:16-182:6 | |
| | | 210:3-211:7 | |
| | | 211:16-213:1 | |
| | | 213:20-214:22 | |
| | | 215:1-11 | |
| | | 215:13-17 | |
| | | 218:2-16 | |
| | | 221:6-19 | |
| | | 223:16-20 | |
| | | 226:18-227:23 | |
| | | 266:18-267:5 | |

| Christopher Boyd - Volume 1 | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 7:5–17 | | | |
| 9:13–10:2 | | | |
| 10:17–12:2 | | | |
| 12:17–15:13 | | | |
| 15:23–16:17 | | | |
| 18:13 | | | |
| 18:25–22:3 | | | |
| 22:21–24:13 | | | |
| 51:24–55:17 | | | |
| 56:20–57:16 | | | |
| 62:10–13 | | | |
| 77:11–79:14 | | | |
| 79:18–81:1 | | | |
| 81:19–82:17 | | | |
| 83:19–21 | | | |
| 92:19–94:21 | | | |
| 98:5–10 | | | |
| 99:15–19 | | | |
| 103:25–104:17 | | | |
| 109:16–111:8 | | | |

| | | | |
|---|---|---|---|
| 112:15–25 | | | |
| 113:9–11 | | | |
| 113:20 | | | |
| 115:3–23 | | | |
| 116:2–3 | | | |
| 116:10–117:6 | | | |
| 117:13–21 | | | |
| 122:23–123:5 | | | |
| 123:25–125:25 | | | |
| 126:4–9 | | | |
| 126:16–128:11 | | | |
| 131:4 | | | |
| 131:16–17 | | | |
| 132:10–23 | | | |
| 143:7–19 | | | |
| 150:20–151:23 | | | |
| 162:11–18 | | | |
| 164:5–16 | | | |
| 166:12–13 | | | |
| 166:16–167:21 | | | |
| 172:8–14 | | | |
| 172:24–173:6 | | | |
| 173:11–19 | | | |
| 173:21–174:20 | | | |
| 174:7 | | | |
| 174:23–175:4 | | | |
| 176:6–7 | | | |
| 176:10–21 | | | |
| 176:25–178:7 | | | |

| Christopher Boyd Errata - Volume 1 | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 143:10 | | | |
| 166:16–20 | | | |
| 174:7 | | | |

| Christopher Boyd - Volume 2 | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 190:20–191:5 | | | |
| 193:21–23 | | | |
| 194:1–2 | | | |
| 196:22–23 | | | |
| 197:1–6 | | | |
| 198:1–199:14 | | | |
| 199:20–201:8 | | | |
| 202:24–203:4 | | | |
| 203:6 | | | |
| 203:9–13 | | | |
| 203:19–23 | | | |
| 204:2–24 | | | |
| 205:18–206:3 | | | |
| 229:7 | | | |
| 229:15 | | | |

| | | | |
|---|---|---|---|
| 230:9 | | | |
| 230:14 | | | |
| 230:21 | | | |
| 232:23 | | | |
| 233:1–2 | | | |
| 233:9–11 | | | |
| 235:10–12 | | | |
| 241:15–20 | | | |
| 254:7–255:25 | | | |
| 256:2–13 | | | |
| 256:16 | | | |
| 258:16–25 | | | |
| 260:21–23 | | | |
| 262:21–265:17 | | | |
| 267:16–268:14 | | | |
| 268:17–269:9 | | | |
| 269:14–24 | | | |
| 270:1–271:21 | | | |
| 272:2–4 | | | |
| 273:13–16 | | | |
| 273:19–274:5 | | | |
| 274:9–275:1 | | | |
| 275:4–276:10 | | | |
| 276:19–25 | | | |
| 277:2 | | | |
| 277:14–17 | | | |
| 277:20–21 | | | |
| 278:1–3 | | | |
| 278:7 | | | |
| 278:15–20 | | | |
| 279:6–280:8 | | | |
| 280:10 | | | |
| 283:17–19 | | | |
| 283:23–284:1 | | | |
| 285:1–9 | | | |
| 285:13–19 | | | |
| 285:22–24 | | | |
| 286:12–23 | | | |
| 287:1–288:6 | | | |
| 288:8–9 | | | |
| 288:12 | | | |
| 289:9–14 | | | |
| 289:17–21 | | | |
| 289:23–290:4 | | | |
| 290:12–14 | | | |
| 290:17–18 | | | |
| 290:22–291:5 | | | |
| 291:8–292:6 | | | |
| 292:9–12 | | | |
| 294:24–295:15 | | | |
| 295:18–20 | | | |
| 295:24–296:7 | | | |
| 296:10–22 | | | |

| | | | |
|---|---|---|---|
| 296:24–297:1 | | | |
| 297:3–13 | | | |
| 298:5–7 | | | |
| 298:11–17 | | | |
| 298:20–299:2 | | | |
| 299:6–11 | | | |
| 300:8–11 | | | |
| 301:1–7 | | | |
| 302:10–15 | | | |
| 302:17–22 | | | |
| 302:25–303:3 | | | |
| 303:5–8 | | | |
| 303:11–17 | | | |
| 303:20–304:3 | | | |

| Christopher Boyd Errata - Volume 2 | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 229:7 | | | |
| 230:21 | | | |
| 229:15 | | | |
| 230:9 | | | |
| 230:14 | | | |
| 232:23 | | | |
| 233:1–2 | | | |
| 233:9–11 | | | |
| 235:10–12 | | | |
| 255:4–7 | | | |
| 255:16–17 | | | |
| 256:2 | | | |
| 256:13 | | | |

| Francisco Conti | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 9:21–10:5 | | | |
| 11:23–12:17 | | | |
| 13:24–14:11 | | | |
| 15:18–16:4 | | | |
| 16:13–17 | | | |
| 17:2–12 | | | |
| 20:1–21:18 | | | |
| 23:20–24:4 | | | |
| 26:11–13 | | | |
| 28:22–29:8 | | | |
| 30:17–24 | | | |
| 31:3–12 | | | |
| 32:3–7 | | | |
| 32:21–33:6 | | | |
| 34:11–25 | | | |
| 36:8–21 | | | |
| 37:13–20 | | | |
| 37:23–38:5 | | | |
| 40:11–41:17 | | | |
| 51:3–52:11 | | | |

| | | | |
|---|---|---|---|
| 75:2–9 | | | |
| 75:18–76:16 | | | |
| 79:9–23 | | | |
| 83:1–3 | | | |
| 83:18–24 | | | |
| 84:13–85:8 | | | |
| 88:9–16 | | | |
| 88:21–89:4 | | | |
| 89:12–17 | | | |
| 89:23–90:2 | | | |
| 90:22–91:7 | | | |
| 107:7–110:6 | | | |
| 110:10–20 | | | |
| 111:1–4 | | | |
| 112:17–113:20 | | | |
| 115:23–116:7 | | | |
| 126:13–24 | | | |
| 127:5–14 | | | |
| 128:13–129:4 | | | |
| 129:18–130:15 | | | |
| 130:23–131:6 | | | |
| 132:5–19 | | | |
| 137:5–138:14 | | | |
| 140:8–9 | | | |
| 140:13–141:3 | | | |
| 144:5–18 | | | |
| 144:25–145:10 | | | |
| 145:20–146:8 | | | |
| 148:2–149:14 | | | |
| 150:17–25 | | | |
| 151:20–152:1 | | | |
| 152:5–156:3 | | | |
| 156:20–24 | | | |
| 157:21–158:6 | | | |
| 158:15–17 | | | |
| 162:23–164:11 | | | |
| 164:16–165:1 | | | |
| 185:25–187:6 | | | |
| 187:15–188:7 | | | |
| 189:4–189:11 | | | |
| 210:18–211:25 | | | |
| 212:10–25 | | | |
| 216:24–217:3 | | | |

| Mario Conti Garcia | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 54:4–16 | | | |
| 58:23–59:13 | | | |
| 59:16–21 | | | |
| 59:25–60:1 | | | |
| 84:8–9 | | | |
| 84:13 | | | |
| 94:22–24 | | | |

| | | | |
|---|---|---|---|
| 95:2–12 | | | |
| 95:16 | | | |
| 139:11–17 | | | |
| 139:20–140:1 | | | |

| Jim Koen | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 6:21–7:1 | | | |
| 7:6–7 | | | |
| 9:12–24 | | | |
| 11:11–12:20 | | | |
| 13:19–16:12 | | | |
| 17:15–18:18 | | | |
| 19:3–13 | | | |
| 20:19–22 | | | |
| 26:6–8 | | | |
| 33:1–25 | | | |
| 41:15–42:18 | | | |
| 43:11–46:6 | | | |
| 48:2–10 | | | |
| 49:25–50:20 | | | |
| 51:6–11 | | | |
| 51:25–53:2 | | | |
| 53:17–54:19 | | | |
| 55:18–25 | | | |
| 56:10–14 | | | |
| 57:3–8 | | | |
| 59:13–60:9 | | | |
| 60:20–63:9 | | | |
| 63:14–21 | | | |
| 64:1–15 | | | |
| 64:21–24 | | | |
| 68:2–70:17 | | | |
| 73:2–25 | | | |
| 74:19–75:5 | | | |
| 75:20–77:5 | | | |
| 77:9 | | | |
| 77:14–80:20 | | | |
| 83:12–84:4 | | | |
| 84:9–20 | | | |
| 85:5–86:22 | | | |
| 87:18–22 | | | |
| 88:24–89:1 | | | |
| 89:10–21 | | | |
| 93:14–17 | | | |
| 93:23–94:19 | | | |
| 98:2 | | | |
| 98:18–99:13 | | | |
| 104:2–10 | | | |
| 105:1–3 | | | |
| 105:11–14 | | | |
| 105:21–106:2 | | | |
| 106:9–107:22 | | | |

| | | | |
|---|---|---|---|
| 108:5–108:22 | | | |
| 109:1–112:20 | | | |
| 112:25–113:4 | | | |
| 113:6–114:19 | | | |
| 125:14–126:8 | | | |
| 128:8–129:25 | | | |
| 130:7–11 | | | |
| 132:5–8 | | | |
| 132:15–24 | | | |
| 133:4–134:9 | | | |
| 136:21–25 | | | |
| 137:18–138:2 | | | |
| 149:25 | | | |
| 150:18–21 | | | |
| 151:2–13 | | | |
| 169:4–9 | | | |
| 169:17–172:17 | | | |
| 173:13–174:16 | | | |
| 177:12–178:10 | | | |
| 178:20–179:1 | | | |
| 193:22–194:18 | | | |
| 201:13–202:5 | | | |
| 202:17–205:2 | | | |
| 216:6 | | | |
| 216:14–217:13 | | | |
| 218:11–218:19 | | | |
| 219:12–220:18 | | | |
| 221:23–222:2 | | | |
| 223:25–225:23 | | | |
| 228:25–229:22 | | | |
| 241:9–243:22 | | | |
| 256:13–21 | | | |
| 263:6–9 | | | |
| 263:22 | | | |
| 264:20–267:24 | | | |
| 268:16–269:1 | | | |
| 269:12–271:18 | | | |
| 287:21–289:13 | | | |
| 292:13–22 | | | |
| 298:21 | | | |
| 305:15–306:13 | | | |
| 306:17–25 | | | |
| 307:9–308:1 | | | |
| 311:20–312:3 | | | |
| 312:25–315:11 | | | |
| 335:2–337:23 | | | |
| 339:23–340:24 | | | |

| David Christopher Laguna | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| | | 11:15-13:22 | |
| | | 14:1-19 | |
| 32:5–33:2 | | | |

| | | | |
|---|---|---|---|
| 33:10–17 | | | |
| 34:17–35:6 | | | |
| 35:7–36:12 | | | |
| | | 38:4-41:11 | |
| 41:12–43:5 | | | |
| 43:19–44:9 | | | |
| 44:22–24 | | | |
| 45:1–3 | | | |
| | | 45:4-10 | |
| 45:11–14 | | | |
| 45:17–21 | | | |
| 45:24–46:7 | | | |
| | | 46:8-15 | |
| 51:9–52:15 | | | |
| 52:18–23 | | | |
| 53:3–14 | | | |
| | | 54:2-3 | |
| 54:18–55:7 | | | |
| | | 55:8-10 | |
| 78:12–79:3 | | | |
| 80:4–13 | | | |
| 81:1–23 | | | |
| 83:1–84:4 | | | |
| 84:11–85:4 | | | |
| 85:6–86:17 | | | |
| 86:19–87:10 | | | |
| 90:19–91:16 | | | |
| 91:19–20 | | | |
| | | 92:25-94:7 | |
| 95:2–20 | | | |
| 95:23–96:11 | | | |
| 96:14–98:2 | | | |
| 98:4–13 | | | |
| 101:11–102:6 | | | |
| 103:3–9 | | | |
| 103:14–19 | | | |
| 104:2–25 | | | |
| | | 105:1-6 | |
| 105:25–106:8 | | | |
| 110:14–24 | | | |
| 111:2–3 | | | |
| | | 111:4-11 | |
| 111:19–112:22 | | | |
| 112:25–113:9 | | | |
| 113:14–15 | | | |
| 117:9–18 | 117:9-18 (Objection as to claims being read separately; Claims need to be read as a whole; Improper questioning as to a lay witness) | | |

| | | | |
|---|---|---|---|
| 117:22–118:2 | 117:22-118:2 (Objection as to claims being read separately; Claims need to be read as a whole; Improper questioning as to a lay witness) | | |
| 120:1–11 | 121:1-11 (Objection as to claims being read separately; Claims need to be read as a whole; Improper questioning as to a lay witness) | | |
| 133:22–25 | | | |
| 134:14–16 | | | |
| 134:19–135:12 | | | |

| Mike Rainone | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 11:2–13:2 | | | |
| | | 13:4-17 | |
| 14:15–16:12 | | | |
| 16:17–16:21 | | | |
| | | 16:22-24 | |
| 16:25–18:15 | | | |
| | | 18:16-18 | |
| | | 22:13-23:22 | |
| 23:23–24 | | | |
| 24:4–17 | | | |
| 25:3–7 | | | |
| 25:10–27:17 | | | |
| 28:19–21 | | | |
| 28:25–29:14 | | | |
| 30:4–31:14 | 30:4-14 (Hearsay) | | |
| | | 31:15-17 | |
| | | 32:12-33:3 | |
| 33:23–35:2 | | | |
| 35:5–35:23 | | | |
| 36:1–3 | | | |
| | | 36:4-7 | |
| | | 36:13 | |
| 39:3–4 | | | |
| 39:7–19 | | | |
| 39:23–40:2 | | | |
| | | 40:7-11 | |
| | | 46:7-9 | |
| 48:10–12 | | | |
| 48:22–49:20 | | | |
| 50:4–22 | | | |
| | | 51:3-5 | |
| 51:6–22 | | | |
| 52:3–10 | | | |
| 52:13–53:1 | | | |
| | | 53:2-4 | |
| 58:21–61:9 | | | |
| 61:21–62:8 | | | |

| | | | |
|---|---|---|---|
| 63:20–24 | 63:20-24 (Objection as to Relevancy; Testimony regarding the 446 Patent is improper testimony) | | |
| 64:7–22 | 64:7-22 (Objection as to Relevancy; Testimony regarding the 446 Patent is improper testimony) | | |
| 65:5 | 65:5-15 (Objection as to Relevancy; Testimony regarding the 446 Patent is improper testimony) | | |
| 65:8–10 | | | |
| 65:15 | | | |
| | | 66:6-67:11 | |
| | | 68:1-15 | |
| 68:16–22 | | | |
| | | 68:23-70:17 | |
| | | 71:4-25 | |
| | | 73:1-14 | Calls for Legal Conclusion |
| | | 73:15-25 | Calls for Legal Conclusion |
| | | 74:1-25 | |
| | | 75:1-4 | |
| | | 75:5-9 | |
| | | 75:10-16 | |
| | | 76:4-24 | |
| | | 77:2-5 | |
| 84:7–85:22 | | | |
| | | 94:14-95:2 | |
| 96:2–6 | 96:2-6 (nonresponsive) | | |
| | | 94:14-95:2 | |
| | | 97:4-17 | |
| | | 97:22-25 | |
| | | 98:2 | |
| | | 98:5-17 | |
| | | 99:10-20 | |
| | | 99:21-25 | |
| | | 100:1 | |

| Scott Sickmiller | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 7:15–8:8 | | | |
| 8:17–25 | | | |
| 11:16–24 | | | |
| 13:8–11 | | | |
| 13:18–20 | | | |
| 14:21–15:6 | | | |
| 15:12–19 | | | |
| 17:5–10 | | | |
| 18:21–19:2 | | | |
| 20:7–11 | | | |
| 20:24–25:2 | | | |
| 21:20–22:10 | | | |

| | | | |
|---|---|---|---|
| 25:6–25:10 | | | |
| 32:5–12 | | | |
| 32:21–23 | | | |
| 33:21–24 | | | |
| 34:10–11 | | | |
| 36:2–20 | | | |
| 44:17–47:5 | | | |
| 47:9–48:19 | | | |
| 49:2–51:22 | | | |
| 54:10–55:2 | | | |
| 68:9–19 | | | |
| 70:20–23 | | | |
| 71:3–20 | | | |
| 72:1–73:22 | | | |
| 73:25–74:2 | | | |
| 74:17–21 | | | |
| 79:21–80:13 | | | |
| 80:17–81:5 | | | |
| 81:8–20 | | | |
| 81:24–82:3 | | | |
| 82:16–87:8 | | | |
| 88:15–89:1 | | | |
| 125:1–126:4 | | | |
| 129:5–130:25 | | | |
| 131:4–9 | | | |
| 132:1–9 | | | |
| 133:5–8 | | | |
| 133:12–23 | | | |
| 134:4–14 | | | |
| 139:19–140:25 | | | |
| 141:7–24 | | | |
| 142:12–18 | | | |
| 142:22–144:21 | | | |
| 145:12–21 | | | |
| 148:6–13 | | | |
| 148:24–151:24 | | | |
| 161:1–11 | | | |
| 164:1–5 | | | |
| 165:6–20 | | | |
| 167:2–7 | | | |
| 167:22–25 | | | |
| 168:2–8 | | | |
| 168:24–169:10 | | | |
| 169:17–170:2 | | | |
| 170:13–22 | | | |
| 173:16–174:20 | | | |
| 175:6–12 | | | |
| 175:15–21 | | | |
| 176:5–11 | | | |
| 178:8–16 | | | |
| 186:2–15 | | | |
| 193:18–194:3 | | | |
| 195:15–18 | | | |

| | | | |
|---|---|---|---|
| 197:14–21 | | | |
| 211:7–11 | | | |
| 211:20–213:8 | | | |
| 220:5–221:25 | | | |
| 231:8–231:25 | | | |
| 232:9–11 | | | |
| 236:2–237:20 | | | |
| 242:5–243:20 | | | |

| Kenneth D. Swinden | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 28:12–29:21 | | | |
| 29:25–30:11 | | | |
| 31:1–24 | | | |
| 33:4–34:3 | | | |
| | | 34:14-37:8 | |
| 78:15–79:9 | | | |
| | | 79:10 | |

| John C. Tribou | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| | | 26:13 | |
| 26:14–23 | | | |
| 41:21–44:1 | | | |
| 44:4–11 | | | |
| 44:18–23 | | | |
| 48:6–8 | 48:6-19 (ATTORNEY-CLIENT COMMUNICATIONS/PRIVILEGED COMMUNICATION) | | |
| 48:14–19 | | | |
| 50:8–17 | 50:8-17 (ATTORNEY-CLIENT COMMUNICATIONS/PRIVILEGED COMMUNICATION) | | |
| 51:10–16 | | | |
| 52:22–53:6 | | | |
| 58:7–60:13 | | | |
| 60:16–23 | | | |
| | | 60:24-61:6 | |
| 61:9–62:4 | | | |
| | | 62:14-63:8 | |
| 63:9–24 | | | |
| | | 64:18-24 | |
| | | 65:4-25 | |
| 68:2–15 | | | |
| | | 69:3-9 | |
| 71:9–72:17 | | | |
| | | 72:18-73:2 | |
| 73:10–75:22 | | | |
| | | 75:23-24 | |
| 76:3-23 | | | |
| | | 76:24-25 | |
| 77:1–78:9 | | | |

| Kenneth Tooke | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| 7:10–24 | | | |
| 8:15–23 | | | |
| 11:23-12:6 | | | |
| 12:18–24 | | | |
| 13:9–24 | | | |
| 18:24–19:25 | | | |
| | | 20:7-25 | |
| | | 22:3-9 | |
| | | 22:13-24 | |
| | | 23:12-15 | |
| 32:18–34:10 | | | |
| | | 34:11-19 | |
| 34:20–35:6 | | | |
| 36:11–23 | | | |
| | | 36:24-37:2 | |
| | | 37:15-38:14 | |
| 39:1–11 | | | |
| 39:13–16 | | | |
| | | 39:17-40:7 | |
| 40:11–23 | | | |
| | | 41:23-43:5 | |
| 43:6–45:4 | | | |
| 45:6–25 | | | |
| | | 47:10-13 | |
| 47:21–48:18 | 47:21-48:20 (Hearsay; Calls for Speculation) | | |
| 48:20 | | | |
| 48:23–49:8 | | | |
| 51:1–9 | | | |
| 51:23–53:22 | 53:4-54:18 (Hearsay; Calls for Speculation) | | |
| 53:25–54:18 | | | |
| | | 54:14-22 | |
| 55:23–56:23 | 55:23-56:23 (Hearsay; Calls for Speculation) | | |

| Thomas R. Turner | | | |
|---|---|---|---|
| Rhodium Designation | Midas Objection | Midas Counter-Designation | Rhodium Objection |
| | | 17:10-12 | |
| | | 17:18-18:1 | |
| | | 18:6 | |
| | | 18:8-10 | |
| | | 18:14-19:10 | |
| 27:8–12 | | | |
| 27:14–15 | | | |
| 27:23–28:6 | | | |
| 28:10–11 | | | |
| | | 28:14-16 | |
| | | 28:18-22 | |
| | | 30:9-21 | |
| 32:19–34:10 | | | |

| | | | |
|---|---|---|---|
| 35:4–36:12 | | | |
| 36:15–21 | | | |
| | | 36:22-23 | |
| 37:4–38:20 | | | |
| | | 40:5-12 | |
| | | 40:25-41:4 | |
| | | 87:13-88:3 | |
| 88:4–20 | | | |
| | | 88:25-90:7 | |
| 90:8–12 | | | |
| | | 90:13-17 | |
| 90:18–91:11 | | | |
| | | 91:13-19 | |
| | | 91:23-92:14 | |
| 92:15–93:25 | | | |
| 94:3–11 | | | |
| | | 97:16-98:8 | |
| 98:9–99:11 | | | |
| | | 99:16-19 | |
| 99:20–100:24 | | | |
| 101:1–22 | | | |
| 102:1–7 | | | |
| | | 102:10-12 | |
| 102:13–20 | | | |
| 103:1–9 | | | |
| | | 103:10-20 | |
| 103:21–25 | | | |
| 104:2–105:6 | | | |
| | | 154:6-7 | |
| | | 154:11 | |
| | | 155:7-8 | |
| | | 155:10 | |
| | | 158:19-24 | |