# EXHIBIT I
# PLAINTIFF'S VOIR DIRE

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC**, | |
| Plaintiff, | Civil Action No. 6:22-cv-00050-ADA |
| - vs. - | **Jury Trial Demanded** |
| **Rhodium Enterprises, Inc.**; <br> **Rhodium Technologies LLC**; <br> **Rhodium 10mw LLC**; <br> **Rhodium 2.0 LLC**; <br> **Rhodium 30mw LLC**; <br> **Rhodium Encore LLC**; <br> **Rhodium Renewables LLC**; | |
| Defendants. | |

## PLAINTIFF'S PROPOSED VOIR DIRE

#420864v1

Plaintiff Midas Green Technologies, LLC hereby submits the following voir dire questions that may be used in regard to jury selection:

1.) Do you have any negative feelings about small companies or large companies? If so, please explain.

2.) Have you ever filed a lawsuit or had a dispute with a company? If so, please explain.

3.) Have you or someone close to you ever had any dealings with the United States Patent and Trademark Office? If so, please explain.

4.) Have you or anyone close to you ever invented or designed a product? If so, please explain.

5.) Have you or someone close to you ever invented created or developed something and had that idea taken from you? If so, please explain.

6.) Have you or someone close to you or your employer ever been involved in a dispute over a patent? If so, please explain.

7.) Have you or anyone close to you had any legal training or ever worked in the legal profession including any judge, lawyer, or law firm? If so, please explain.

8.) Have you ever worked for the government? If so, please explain.

9.) Do you or anyone in your immediate family own any crypto currency? If so, please explain.

10.) Do you have any negative opinions on crypto currency? If so, please explain if this would that influence your ability to be a fair and impartial juror in this case?

2

#420864v1