# EXHIBIT K
# JOINT JUROR QUESTIONNAIRE

**Parties' Proposed Juror Questionnaire**

*The parties propose the following juror questionnaire, which is modeled on the sample available on the Court's website. Any questions requested only by Midas, or Midas position statements, are in* red*. Any questions requested only by Rhodium, or Rhodium position statements, are in* blue*.*

Name: _____

Age: _____

Gender: _____

Address: _____

Birthplace: _____

Education: _____

    Highest grade/degree completed: _____

    College or Vocational School: _____

    Major or Area(s) of Study: _____

Occupation: _____

    Job Title: _____

    Employer (current or most recent): _____

    Describe Job Duties: _____

    _____

    Immediate Prior Job (if any): _____

    Have you ever worked in a position in which you supervised others? ___ Yes ___ No

Have you ever served in the military? ___ Yes ___ No

    If yes, what branch, and what was the highest rank you achieved? _____

Marital Status _____

    Spouse/Partner's Occupation _____

    Occupations of other adults in your household _____

Number of Children _____    Ages of Children _____

Occupations of Adult Children _____

Please list any clubs, groups, churches, unions, fellowships or other religious or civic organizations to which you belong, as well as any leadership positions you have held there.

_____

_____

_____

Where do you get most of your news?

Television _____

Magazines_____

Newspapers _____

Radio _____

Websites _____

Social Media _____

For the news source listed above, please indicate the network, publication, station or website:

_____

Do you have any special knowledge, training, education, or work experience in any of the following areas?

| Law, law firms, court system | | Patents, copyrights, or trademarks | |
|---|---|---|---|
| Computer hardware | | Software development | |
| Electrical engineering | | Licensing | |
| Mechanical engineering | | <span style="color:red">Car repair</span> | |
| Heating/cooling systems | | Control systems | |
| Metal work or welding | | Construction | |

Have you ever heard of or are you familiar with:

    Midas Green Technologies   _____

    Rhodium Enterprises, Inc.   _____

    Rhodium Technologies LLC   _____

    Rhodium 10MW LLC   _____

    Rhodium 2.0 LLC   _____

    Rhodium 30MW LLC   _____

    Rhodium Encore LLC   _____

    Rhodium Renewables LLC   _____

    Rhodium Renewables Sub LLC   \_\_\_\_\_

    Rhodium Ready Ventures LLC   \_\_\_\_\_

Have you or any of your family ever filed for a patent? \_\_\_ Yes \_\_\_No

    If "yes," please describe what was covered by the patent and whether a patent was granted.

_____

Have you ever owned a business? \_\_\_ Yes \_\_\_No

    If "yes," please indicate the type of business and years it was owned.

_____

Have you or anyone in your immediate family ever invented something you/they did not get credit for? \_\_\_ Yes \_\_\_No

Have you or anyone in your immediate family ever heard of or invested in cryptocurrency? \_\_\_ Yes \_\_\_No

Have you ever heard of cryptocurrency? \_\_\_ Yes \_\_\_No

Have you or anyone in your immediate family ever invested in cryptocurrency? \_\_\_ Yes \_\_\_No

Have you ever felt that a plaintiff got too much money in a lawsuit? \_\_\_ Yes \_\_\_No

Do you trust the legal system? \_\_\_ Yes \_\_\_No

Have you ever served as a juror before? ___ Yes ___ No

    If "yes," were you the foreperson? ___ Yes ___ No

Do you have an unusual hardship or other personal issue that would affect or prevent your ability to serve as a juror in a case scheduled for trial from April 22 to April [26][29], 2024 in Waco? ___ Yes ___ No

    If "yes," describe hardship:

_____

_____

_____