# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MIDAS GREEN TECHNOLOGIES, LLC | § | |
| | § | |
| vs. | § | NO: WA:22-CV-00050-ADA |
| | § | |
| RHODIUM ENTERPRISES, INC., RHODIUM TECHNOLOGIES, LLC, RHODIUM 10MW LLC, RHODIUM 2.0 LLC, RHODIUM 30MW LLC, RHODIUM ENCORE LLC, RHODIUM INDUSTRIES LLC, RHODIUM JV LLC, RHODIUM RENEWABLES LLC, RHODIUM SHARED SERVICES LLC, RHODIUM SHARED SERVICES PR INC., CHASE BLACKMON, CAMERON BLACKMON, NATHAN NICHOLS | § | |

## ORDER RESETTING ZOOM FINAL PRE-TRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM FINAL PRE-TRIAL CONFERENCE by Zoom on April 09, 2024 at 09:30 AM.

IT IS SO ORDERED this 8th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE