# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Midas Green Technologies, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00050-ADA |
| | ) |
| **Rhodium Enterprises, Inc.;** | ) |
| **Rhodium Technologies LLC;** | ) |
| **Rhodium 10MW LLC;** | ) **JURY TRIAL DEMANDED** |
| **Rhodium 2.0 LLC;** | ) |
| **Rhodium 30MW LLC**; | ) |
| **Rhodium Encore LLC;** | ) |
| **Rhodium Renewables LLC;** | ) |
| **Rhodium Renewables Sub LLC; and** | ) |
| **Rhodium Ready Ventures LLC,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY

PLEASE BE ADVISED that on August 24, 2024, and August 29, 2024, Defendants Rhodium Enterprises, Inc., Rhodium Technologies LLC, Rhodium 10MW LLC, Rhodium 2.0 LLC, Rhodium 30MW LLC, Rhodium Encore LLC, Rhodium Renewables LLC, Rhodium Renewables Sub LLC, and Rhodium Ready Ventures LLC (the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), *In re Rhodium Encore LLC et al.*, Case No. 24-90448 (Jointly Administered). As a result of the filing, any further action against the Debtors is stayed under section 362(a) of the Bankruptcy Code, and this case is stayed in its entirety.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors or their property without first obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanctions, as may be appropriate.

DATED: August 30, 2024	Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
travis@gillamsmithlaw.com

Elizabeth R. Brannen
Kenneth J. Halpern (*Pro Hac Vice*)
Peter J. Brody (*Pro Hac Vice*)
Sarah Rahimi (*Pro Hac Vice*)
**STRIS & MAHER LLP**
777 South Figueroa Street, Suite 3850
Los Angeles, California 90017
Telephone: (213) 995-6800
Facsimile: (213) 216-0299
ebrannen@stris.com
khalpern@stris.com
pbrody@stris.com
srahimi@stris.com

***Attorneys for Rhodium Defendants***

2

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2024, the documents filed with the Clerk of Court via the Court's CM/ECF system under seal in the above-captioned case were subsequently served on all counsel of record by electronic mail.

*/s/ Melissa R. Smith*